AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Al-Muhammad Aleek Shabazz
Plaintiff

v.

CMS/SGM Dept of Cor. Commissioner Stan Taylor et al
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 - 372

I, Al Muhammad Aleek Shabazz, declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED**
**JUN - 5 2006**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (• Yes)   • • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Dela Correctional Center

   Inmate Identification Number (Required):  00 241736

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   (• No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   • • Yes   • • No
   b. Rent payments, interest or dividends   • • Yes   • • No
   c. Pensions, annuities or life insurance payments   • • Yes   • • No
   d. Disability or workers compensation payments   • • Yes   • • No
   e. Gifts or inheritances   • • Yes   • • No
   f. Any other sources   (• • Yes)   • • No  account statement

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  • No

   If "Yes" state the total amount $ ___0¢___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes  • No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   mom sister family when they can send something

   I declare under penalty of perjury that the above information is true and correct.

   ___6-1-06___                    ___Al-Muhammad Aleek Shabazz___
   DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240 (Rev. 10/03)
DELAWARE (Rev 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Al-Muhammad Alook Shabazz (aka Roger Dennis Jr)
Plaintiff

V.

Dept of Corrections / DCC Prison
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Al-Muhammad Alook Shabazz (alias Mr Roger Dennis Jr) declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant       • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (• Yes)   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   Inmate Identification Number (Required): 00241736

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   (• No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. May 24th 04 (St/Sgt Dusty Wagner) DCC Kitchen thirty Dollars & some change a month

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | (• • No) |
   | b. | Rent payments, interest or dividends | • • Yes | (• • No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | (• • No) |
   | d. | Disability or workers compensation payments | • • Yes | (• • No) |
   | e. | Gifts or inheritances | • • Yes | (• • No) |
   | f. | Any other sources  money order from family | (• • Yes) | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 4/05)

4. Do you have any cash or checking or savings accounts?  · · Yes  (· · No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   · · Yes  (· · No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   mother Gloria J. Dennis  Whatever she can a month
   sister Monique M. Matthews (same")
   aunts  Varies B'days - Holidays, so forth

I declare under penalty of perjury that the above information is true and correct.

6-1-06                    /s/ Al-Muhammad Aleek Shabazz
DATE                      SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06 - 372

TO: Muhammad Shabazz    SBI#: 241736

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   May 23, 2006



FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of November 1, 2005 to April 30, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 3.98 |
| Dec | 29.53 |
| Jan | .94 |
| Feb | 5.22 |
| March | 12.33 |
| April | .01 |

Average daily balances/6 months: 8.80

Attachments
CC:  File

Stacy Shane
5/23/06

Michael Little
Nory Pilli
5/23/06

CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ ___0___ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __(-196)__

I further certify that during the past six months the applicant's average monthly balance was $ __8.80__

and the average monthly deposits were $ __2583__

__5/22/06__                __Stacy Slane__
Date                       Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

# Individual Statement

Date Printed: 5/19/2006

## For Month of December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.17 |
|---|---|---|---|---|---|---|
| 00241736 | Shabbaz | Muhammad | | | | |
| Current Location: | 22 | | | Comments: | AKA Roger Dennis/QOL4 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/7/2005 | ($19.59) | $0.00 | $0.00 | $30.58 | 192478 | | | |
| Pay-To | 12/9/2005 | ($5.00) | $0.00 | $0.00 | $25.58 | 193708 | | FAMM FOUNDATION | |
| Canteen | 12/14/2005 | ($18.18) | $0.00 | $0.00 | $7.40 | 194850 | | | |
| Visit | 12/19/2005 | $50.00 | $0.00 | $0.00 | $57.40 | 196590 | 4776907244 | | G.DENNIS |
| Canteen | 12/21/2005 | ($19.10) | $0.00 | $0.00 | $38.30 | 198064 | | | |
| Pay-To | 12/23/2005 | ($10.00) | $0.00 | $0.00 | $28.30 | 199016 | | PROJECT AWARE | |
| Canteen | 12/29/2005 | ($19.30) | $0.00 | $0.00 | $9.00 | 201005 | | | |

Ending Mth Balance: $9.00

Total Amount Currently on Medical Hold: ($1.96)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 5/19/2006

## For Month of January 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.00 |
|---|---|---|---|---|---|---|
| 00241736 | Shabbaz | Muhammad | | | | |
| Current Location: | 22 | | | Comments: | AKA Roger Dennis/QOL4 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2006 | ($8.92) | $0.00 | $0.00 | $0.08 | 203598 | | | |
| | | | | Ending Mth Balance: | $0.08 | | | | |

Total Amount Currently on Medical Hold: ($1.96)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of February 2006

Date Printed: 5/19/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 |
|---|---|---|---|---|---|---|
| 00241736 | Shabbaz | Muhammad | | | | |
| Current Location: | 22 | | | Comments: | AKA Roger Dennis/QOL4 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/8/2006 | $20.00 | $0.00 | $0.00 | $20.08 | 220349 | | | |
| Canteen | 2/15/2006 | ($19.72) | $0.00 | $0.00 | $0.36 | 223229 | 08344059782 | | J. ELLIS |
| | | | | Ending Mth Balance: | $0.36 | | | | |

Total Amount Currently on Medical Hold: ($1.96)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of March 2006

Date Printed: 5/19/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00241736 | Shabbaz | Muhammad | | | $0.36 |

Current Location: 22

Comments: AKA Roger Dennis/QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 3/8/2006 | $35.00 | $0.00 | $0.00 | $35.36 | 232552 | 9252002833-21970 | | M. MATTHEWS |
| Canteen | 3/16/2006 | ($19.31) | $0.00 | $0.00 | $16.05 | 237863 | | | |
| Canteen | 3/22/2006 | ($16.01) | $0.00 | $0.00 | $0.04 | 239595 | | | |

Ending Mth Balance: $0.04

Total Amount Currently on Medical Hold: ($1.96)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 5/19/2006

Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00241736 | Shabbaz | Muhammad | | | | |

Current Location: 22

Comments: AKA Roger Dennis/QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 4/7/2006 | $0.00 | ($2.00) | $0.00 | $0.04 | 246953 | | 3/28/06 | |
| Medical | 4/7/2006 | ($0.04) | ($1.96) | $0.00 | $0.00 | 247363 | | 3/28/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($1.96)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 5/19/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | $0.36 | |
|---|---|---|---|---|---|---|---|---|---|
| 00241736 | Shabbaz | Muhammad | | | | | | | |
| Current Location: | 22 | | | Comments: | AKA Roger Dennis/QOL4 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 3/8/2006 | $35.00 | $0.00 | $0.00 | $35.36 | 232552 | 9252002833-21970 | | M. MATTHEWS |
| Canteen | 3/16/2006 | ($19.31) | $0.00 | $0.00 | $16.05 | 237863 | | | |
| Canteen | 3/22/2006 | ($16.01) | $0.00 | $0.00 | $0.04 | 239595 | | | |

**Ending Mth Balance:** $0.04

Total Amount Currently on Medical Hold: ($1.96)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 5/19/2006

Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00241736 | Shabbaz | Muhammad | | | | |
| Current Location: | 22 | | | Comments: | AKA Roger Dennis/QOL4 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 4/7/2006 | $0.00 | ($2.00) | $0.00 | $0.04 | 246953 | | 3/28/06 | |
| Medical | 4/7/2006 | ($0.04) | ($1.96) | $0.00 | $0.00 | 247363 | | 3/28/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($1.96)

Total Amount Currently on Non-Medical Hold: $0.00