(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

0 6 -   3 7 2

(1) Al-Muhammad Aleek Shabazz
    (Name of Plaintiff)          (Inmate Number)
    alias M. Regis Dennisje

MHU Bldg 22  1181 Paddock Rd  Smyrna Del 19977
    (Complete Address with zip code)

(2)_____
    (Name of Plaintiff)          (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                    FSM
                    vs.
(1) CMS/ Medical System (listed on seperate paper

(2) Dela Correctional Center Warden Thomas Carroll etals

(3) Dept of Correction Commissioner Stanley W. Taylor
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**FILED**

JUN -5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
(Case Number)
( to be assigned by U.S. District Court)

PO scanned

**CIVIL COMPLAINT**

• • Jury Trial Requested

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
      including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    •Yes    ••No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    •Yes••No

C.    If your answer to "B" is Yes:

1.    What steps did you take? Filed grievances followed Chain of command

2.    What was the result? Don't look No action

D.    If your answer to "B" is No, explain why not: _____

III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll

Employed as Warden at Dela Correctional Center

Mailing address with zip code: Dela Correctional Center P.O. Box 500

Smyrne Dela 19977

(2) Name of second defendant: C M S medical (capacity)

Employed as listed on separate sheet at Dela Correctional Center

Mailing address with zip code: Dela Correctional Center Smyrna Dela 19977

(3) Name of third defendant: Stanley W. Taylor

Employed as Commissioner at Dept of Corrections

Mailing address with zip code: 245 McKee Road Dover Del

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.



2.

3.

## V.   RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.   Sue it the Court to hear this case before a judge and jury, and decide in good faith a judgement for all damages, and all the pain, and suffering. Most important the responsible ones be held accountable CMS so forth.

2. *That the Court look at all details, and facts.*

3. *That I get a fair Judgement*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____*Al-Muhammad Aleek Shabazz*_____ A.K.A *Mc Royal Dennis Jr*
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

(Summary of events)

1) On this date Thursday March 23rd 06 11 am My ear was damaged by a fall on the edge of desk. Metal desk In Cell B-Lower 11 Bldg 22. Witnessed by Inmate Bryant L. Cannon, and David Smith whom applied wet Rag on Right ear, and held it until staff came on the tier. Sgt. J. Jarman and Cpl. M. Burton were working this day whom immediately called nurse. Nurse Shari Luanne Neal came down to look at it, and she called N/P Dr. Sherell A. OSJ ind said it may need stitches, and on the phone she told OSJ to bring the big baby some Candy. Insulting my character as a man, and a muslim. From this date I haven't been able to hear anything out my right ear. 2pm NP Sherell A. OSJ showed up to take a look at it said I may need stitches. She cleaned it dressed it and said she'll check back with me in a couple of Days.

2) March 25th 06 3:41 am Nurse Kay gave me antibiotics for ear, and regular meds. 6:45pm Nurse Clairlynn Reader called me out Checked ear it was still bleeding and black purple, ind green seriously bruised still Can't hear. She told me they should have sent me out the day this happened, because it still looks bad. She said she'll put me back down Monday to be seen by Dr. I still Can't hear out Right ear.

3) Tuesday March 28th 06 Hollered at Counselor Cindy A. Atallian told her what happened to ear, and showed her. Told her what was going on with medical and she said she'll be on top of that, and personal issues with family. She said she'll get with Sherell A. OSJ & medical and they've also been dealing with back race issue. I've been without my backbrace since Feb. 2001. 1:30pm this same day NP Sherell OSJ (MA) Adrienne Branch (MA) K. Cann came over to see me. I was told I may haft to go out to hospital ENT in 3 weeks after Clog Wax /with Blood behind it doesn't come out with eardrops and if meds don't work. 9:30 pm Nurse Rebecca E. Vliet called me out to redress Ear. They didn't give me ear plugs to protect ears from water during shower or anything. March 29th 06 Nurse Shari Luanne Neal started Talking real foul out her mouth, because I was given orders to put drops in Ear put Cotton ball in ear to protect meds. She hollered its your "damn" ear do what you want see if I care. I filed grievance on her, and letters to my counselor, and her boss.

4). April 2nd o6 Nurse Rebecca E. Vliet gave me migraine headache meds, but not new meds N/P Dr. Sherrell Ott ordered, Nor did she check ear as requested. Filed another medical grievance on Nurse Luanne Neal. Inadequate Treatment.

)April 3rd. o6 filed grievances on medical, because I wasn't getting any of my meds, and nurses starting cursing, and disrespecting me.

) April 4th o6 made everyone aware I still can't hear, ears draining, and I still get very serious headaches that keep me from sleeping.

April 5th o6 Had Sgt Cain contact my counselor Cindy A. Atallian.

7) April 7th o6 Ott's here to see me. 1:30pm Was just getting out shower. Sherrell Ott said my counselor called her so she came over to see me. I told er pain meds weren't working and there's constant pain. Things began to get out of hand and ridiculous, so it led to me filing this suit.

8) April 10th o6 Clairlynn leader had to check on my meds because I didn't get them, so she said she had to call Shari Luanne Neal. Tuesday April 11th o6 Mental Health Monet came down to see me about all the drama that's been going on.

10) Monet got angry with me, because I told counselor Atallian to get with her and let her know I need to talk to her. Monet snapped on me and said she doesn't like to be pressured, but I let her know I'm court ordered to see mental health.

11) April 12th o6 cho Potter & Sgt C. Vanserden was on the tier with nurse Rebecca E. Vliet, and I was explaining to her that the Dr told me I didn't haft to keep putting sickcall slips, in to be seen and she started talking all crazy cursing so forth and I told her I'm not going to argue with her; I'll deal with all this Inadequacie treatment in Court. She made it sound like I was threatening her which was not the case.

12) April 15th o6 Ear still killing me so I put sickcall slips in.

13) April 16th o6 3:53pm Meds Sunday Nurse Rebecca E. Vliet said Nurse Practitioner will be over tomorrow.

14) I wrote everyone, and spoke to everyone about the pain in my ear and me not being able to hear anything. Cpl. S. Marshall, My counselor Cindy A. Atallian, Spoke to Lib. S. Hastings Lt/Lt Alisa Profaci and the Lt's whom been assisting to make sure I'm seen.

15) April 18th 06 1:30pm Called out by N/P Sherell A. Ott she flushed ear a ball of wax came out, and she thought maybe that's why I could not hear, and then she told me now there's a infection in the ear, and once this clears up I should be going out to the outside for a ENT specialist Ear Nose & Throat Doctor.

16) April 21st 06 Counselor Cindy Atallian mailed me memo which will be enclosed as exhibits and proof throughout this lawsuit.

17) April 22nd 06 More problems with the pain meds I should be getting, but haven't been Nurse Clairlynn Reader said she'll check on them.

18) April 23rd 06 7pm Nurse Clairlynn Reader called me out to flush ear gave me eardrops and said she's going to talk to Ott. From the order she saw No pain meds were ordered like N/P Sherell A. Ott said she would.

April 28th 06 I asked Sgt. V. Kinloch has the Dr. been over because she was suppose to have came early in the week.

19) C/o K. Hughey Black female officer called me out 10 pm April 27th 06 out of concern to see if I was seen by the Dr. because she saw I was in a lot of pain with alot on my mind.

20) April 28th 06 Spoke to Counselor Atallian earlier today during Classification and Lt. J. Seacord. Was Classified Out she ask me about my ear and meds, and so forth, I told her I'm still not getting what I'm suppose to be getting. She called after Classification 1:30pm Ott showed up over to see me I missed Muslim service which I attend every friday to hear once again I'll haft to be sent out. Still Can't hear, and ear's in alot of pain.

21) April 29th 06 4:00 am Nurse Kay was suppose to brought me ear drops and she gave me a box of eyedrop instead of eardrop. I told her I got ear drop. she argued with me until I showed her she was wrong. It took someone else to straighten her mess out. I filed

cont → paperwork on this incident. No one did anything about any of the grievances so forth. That's why I'm filing this suits. Inadequate treatment. Nurse Kay came back told me I was wrong to try to hold evidence against her that she gave me the wrong med. How was I wrong when all she wants to do was argue?

Dr. Ott wound up upping the dosage of otium pain meds for the ear.

22) April 29th 06 Saturday Nurse Rebecca E. Volst argued with me again saying she didn't see a order for meds being upped.

23) Monday May 1st 06 I had Cpl. G. Marshall call and he spoke to Adrienne Branch Medical Assistant, and she told him more than likely they'll be over Wednesday to see me.

May 2nd 06 Nurse Becky forgot pain meds said she'll be back, and she never came back with copys of pain meds.

24) May 4th 06 Nurse Leanni disrespected me by calling me by my alias Roger Dennis Jr. When she been calling me by my muslim legal name. Then she told me and I quote if I have a f---ing problem with it write her boss Jeremy. She tried to Insult my character, and disrespect me as a man. I wrote her up. She didn't even answer that grievance.

25) May 5th 06 Nurse Leanni tried to say there was a discrepancy with my meds. All she was doing was still nitpicking because I didn't argue with her. I walked out and wrote her up.

26) May 8th 06 Ott came down to see me to clear discrepancy with meds. She told me she'd take care of it. She said she'll be back to see me friday. All this should be logged in a log book, and my counselor could issue copies of all the letters I wrote her about these incidents.

27) May 13th 06 Sat I filed a emergency sickcall slip Nurse Becky said is it a emergency she walked away, but my ear was bleeding out, and she did nothing about it, so I did what I had to do filo paperwork.

28) May 16th 06 9:20am was called to go to Bldg 24 to see mental health Dr. Kunnelli I told him about all the problems he checked my medical file saw that there may have been a misprint where I was getting to strong dosage of Zantac, so he lowered the dosage which medical file should & could be subpoenaed.

29) May 22nd 06 1:30pm Mental Health Monet came to see me. I told her the problems, and that I haven't heard back from my counselor after 3 letters I wrote. There was nothing threatening nor offensive. I told Monet Counselor Atallian had sent me a letter with one line telling me she sent a copy of my letter to staff/Lt Profaci for her review on May 10th 06. I haven't heard from my counselor since then. She said she'll talk to her and send me a memo friday to let me know whats what. I never got a letter nor memo from Monet friday or as of yet.

30) Friday May 26th 06 meds were passed out 3am I let the nurse know and showed her where my ear had been draining and bleeding so she told me she couldn't take the sickcall slip she might get fired. 11:55am on my way to lunch I pushed the sickcall under the medical door, and I informed Lt. Michael Welcome of incident so he called Dr. ott. I went to Jumuah Service 3pm I was called MA. K. Cann NP Sherrell ott & Nurse Luanne well in the Medical Dept. Sherrell said the Lt. called her said I hadn't been seen by her which was a lie, but she had a attitude with me. She checked my ear once again the infection is back, I still can't hear and I'm still catching alot of flack about my meds, and then doing their jobs. Nurse Luanne, and I had a argument, and then when I was leaving medical a guard approach me in a threatening manner, took his belt off with mace on it, and his cuffs threw it on the floor. I took my shirt & kufi off, and things were heated from there.

(Page 8)

Sgt. J. Jarman & C/o P. Calhoun  C/o M. Oney stopped the incident before it escalated. That's where everything stands now. Now I turn to the court because I know I have a very strong case that I request to be tried by Judge & Jury.

My witnesses to this case are officers and Inmates, Nurses

(1) Cpl. S. Marshall
(2) Counselor Cindy A. Atallian
(3) C/o S. Hastings
(4) C/o K. Hughey
(5) Sgt. C. VanSgoidel
(6) C/o Clinton Passley
(7) I/m Bryant L. Cannon
(8) I/m David Smith
(9) Nurse Clairlynn Reader (Transfered Georgetown Medical as of 5-31-06) 5-30-06 Tuesday was her last day here. She saw me on 5-30-06.

All to be subpoenaed if this case has to go all the way to trial The Institution is Responsible for the loss of property which will be attatched as my exhibits.

For the 5yrs I've been without my back brace, I'm seeking $50,000 dollars every year. That comes to $250,000 for 5years. As far as my ear its a possibility that I could suffer permanent hearing loss for the medical Department neglecting to send me out trying to save the state money, I'm seeking $550,000 dollars. Altogether that comes to $800,000 dollars. I also request that this suit be paid for by the Department of Corrections or the Medical Dept, because they are responsible for the damages.

Under American legal practice a party (generally a plaintiff) who has established that he or she has suffered an injury is entitled to relief. This relief is called a "remedy" and may come in various forms. Common judicial remedies in American courts include damages, injunctions, mandamus, and awards of cost and attorney fees. The monetary damages may be awarded by a court fall into three broad categories: 1) actual damages, including out of pocket, or pecuniary losses, as well as compensation for physical and mental suffering; 2) nominal damages, when no damages, were sustained; and 3) punitive damages, sometimes called "exemplary damages, are only allowable when actual damage has been suffered and the acts causing the injury were so reckless, wanton, malicious, or intentional as to warrant an additional damage award. In this case the pain, and suffering and my hearing loss in my right ear, and my migraine headaches, and back pains from a assault done by guards.

See Mack V. Johnson, 430 F. Supp 1139 (E.D. PA. 1977) affirmed without opinion 582 S. 2d 1275 and Appeal of Smith, 582 S. 2d 1276 (No opinion)

Actual (or Compensatory) damages see Wilson V. Donovan, 218 F. Supp 944 (D.C. La. 1963), affirmed J. Smith and Son, Inc. V. Wilson, 328 F. 2d 313, Cert. den. 85 S. Ct. 31, 379 U.S. 816

Under 5th Amendment U.S. CA. I am entitled to a jury trial I am using & stressing my right to be appointed counsel if this goes all the way to trial.
See Burnell Hendricks V. Coughlin 114 S 3d 340 (1997) also see Cooper V. A Sargenti. CD 877 S 2d 170, 174 2d (Cir 1989)

(Continue Page 8)

With all meds V/P Sherell A. O.S.S has tried; the excruciating pain continues, and many sleepless nights, and the most damaging thing is I still can't hear out my right ear and continue to get infections, and have not yet been out for a Ent to see what the extent of the damages are. The Ear continues to drain, and I'm in serious pain while the state tries to save money rather than to send me out.

Therefore I'm at the Courts Mercy asking that you get "involved, and order the prison and Medical System to send me to a specialist.

And for the foregoing reason I don't have a Job and I only get money every now & then from family on the streets; I wish to enter this case forma pauperis.

Mr. Al-Muhammad Aleek Shabazz ( Alias
Mr. Roger Dennis Jr

Signature: Mr. Al-Muhammad Aleek Shabazz (Mr. Roger Dennis Jr )
( June 1st 06

## Certificate of Service

I, _Al Muhammad Aleek Shabazz_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _Law Suit    Serious Injury_

_In Institution_ upon the following

parties/person (s):

TO: _Office of the Clerk_          TO: _____
_United States District Court_     _____
_844 N. King Street_               _____
_Lockbox 18_                       _____
_Wilm, Delaware_                   _____


TO: _____              TO: _____

_____                  _____

_____                  _____

_____                  _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center. 1181 Paddock Road. Smyrna. DE 19977.

On this _1_ day of _June_ _____, 2006

_Al Muhammad A. Shabazz_

I/M Al-Muhammad Abdul Shaba
SBI# 00244736 UNIT M H U Bldg 22 B-1-11

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, Dela. 19801

5-19-06

Mr Al-Muhammad Aleek Shabazz
AKA Roger Dennis JR. SBI 240736

Please provide a copy of your legal
name change so clean resolve this
matter for you. There is not a copy
in your medical record.

thank you
Debbie Winfields, LPN
Medical

I have no idea what you are talking about. Do you have copies? Wm 2·22·05

S/Lt B.H Williams,

I understand my photo album Burgoyns with my family photo is still in your office somewhere. My optimus Radio has also been sitting In you alls office for quite sometime where they sent it to you all, because they said it was altered, but I was told it was going to be replaced for another Radio. I also understand that my Savannah TV with the remote is also down there. Ple. get back to me if you have Any of these Items or all. Thank you for your attention and cooperation.

Sincerely

Mr Al Muhammad Aleek Shabazz

aka LoyeDennis Jr.  SBI 00241736
MHU Bldg 21 C-Lower 6#
Feb. 20th 05

I also understand My write-up in the kitchen last year was over Turned by Mr. Tony Redina, so they had no right to Sue me. Lt Larry N. Savage did The hearing and the Sanction was also over turned.

Circle any choice items

INMATE NAME: Dennis Muhammad    INMATE SIGNATURE: [signature]    SB# 00591/350    (7 To 10 Day Delivery)    DATE 7-8-02

Items Requested for Purchase from Commissary

| Quantity Requested | Quantity Approved | Item | Size | Cost $ | Quantity Requested | Quantity Approved | Item | Size | Cost $ |
|---|---|---|---|---|---|---|---|---|---|
| | | Baseball Cap | | | | X | Sweatshirt no hood | | |
| | | Bathrobe | | | 1 | 1 | Television Color 128131558 | 13" | 94.88 |
| | | Chess/Checkers/Dominoes | | | | | T-shirt no pocket | | |
| | | Fan | | | | | T-shirt pocket | | |
| | | Gym Shorts | | | | | Thermal Pants | | |
| | | Handkerchief | | | | | Thermal Top | | |
| | | Headphones—Sony/Koss | | | | | Towels | | |
| | | Knit Cap | | | | | Underwear 3 pk.—boxer/briefs | | |
| | | Kufi | | | | | Washcloths | | |
| | | Locker box | | | | | Watch Battery (commis. watch only) | | |
| | | Pajamas | | | | | Wrist Watch | | |
| | | Prayer Rug | | | | | Bristle Pads | | |
| | | Photo Album | | | | | Brushes—low quality/high quality | | |
| | | Radio | | | | | Crayons | | |
| | | Remote Control (universal) | | | | 1 | Pastels | | |
| | | Rosary/Cross/Pendant | | | | | Pencil Sharpener | | |
| | | Sneakers—Nike/Reebok | | | | | Protractor | | |
| | | Socks 3 pk. | | | | | Ruler | | |
| | | Sweatband—head/wrist | | | | | Watercolor Markers | | |
| | | Sweatpants | | | | | Watercolor Paints | | |
| | | Sweatshirt w/hood | | | | | Watercolor Pencils | | |

Reviewed by Property Officer: [signature]    Date: 7-11-02
Received by Inmate: C/O EVANS [signature]    Date: 7-12-02
                    Signature

Distributor:    White — Property Officer
               Pink — Commissary
               Yellow — Inmate

FORM #: 661    (Rev: 11/00)
              (3-part)

**Please Note:** This form must be submitted on your scheduled commissary day along with any other purchases you may have. At that time, the amount will be deducted from your account.

(Items Not listed on my property list I had)

(1) Yellow legal Pad New (Papers Inside it)

(3) New Dial Roll-ons

(1) Bar lever 2000 (Soap)

Variety of Islamic literature Books

$0 2A Packet (Law Work) folders w/ Legal material

Islamic folder of Literature

AA Batteries New 1 pack of (4)

Baby Lotion (1)

Next 1 lotion lotion that Cost $2.25 New Cocoa Butter lotion

Commissary combs (1) professional & 1 small

(2) Baby Powders (1) New (1) used

(1) Box Tea Bags (Not New 17 out of 48 used

Coffee in a Container

2) Choc Chip Cookies

Soups / Clear Commissary Bowl $2.35 w/ white lid

4) Boxes of Dobbos

1) Party Mix

1) Hot Cheese Curls

1) Brown Legal Envelope (I sent one out)

1) Tuna Fish

1) Pickle

1 Squeeze bottle of Mayonnaise

some Brown Envelopes 2 with personal papers, Islamic Books cards from wife

($ Amm Books/ Legal I get written Spring, Summer all the way Thru -

(lots of personal Papers w/ Legal Papers & folders missing & Islamic Papers w/ addresses

Pictures Photo Copied By family of family In Color, I go to the store Everyweek my commissary list & receipts in a envelope are missing (4) legal long envelopes (4) Black pens, personal mail family friends, and legal mail / my daily Journal That I kept Thousands and some pages (Personal Magazines 2 folders Vanilla / Brown envelopes Poetry and legal material Inside Property Sheets on my TV & Remote and the circuits

1 Box 1TV

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Al muhamid Shabazz (Roger Dennis)    SBI# 241736
HOUSING UNIT: HL3 B   bld 22    DATE 6-16-04    TIME: 6-16-04 R

HIGHLIGHTED ITEMS RETURNED TO I/m

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
| 1 | meds (Chlorophenicamine) | 9 | 92 pills | Fair   SENT TO |
| 2 | meds (HCTI) | 5 | 16 pills | Fair   INFIRMARY |
| 3 | meds (propcanolol) | 5 | 44 pills | Fair |
| 4 | meds (enAlApril) | 5 | 16 pills | Fair |
| 5 | Meds (SAnitidine) | 5 | 50 pills | Fair |
| 6 | glass case  Black | 0 | X 1 | Poor |
| 7 | eye glasse  Gold color | P | X 1 | Poor |
| 8 | Bowl (plasTic clear) | P | X 1 | Poor |
| 9 | Lid (plasTic clear) | P | 1 | Poor |
| 10 | Tooth brush holder (clear) | P | X 1 | Poor |
| 11 | Tooth brush (purple) | P | X 1 | Poor |
| 12 | Soap dish (clear) | P | X 1 | Poor |
| 13 | Toenail clippers | P | 1 | Poor |
| 14 | Deoderant (dial) | P | X 1 | Poor |
| 15 | pick (black) | P | 1 | Poor |
| 16 | hair brush (brown) | P | X 1 | Poor |
| 17 | Combs | P | 1 | Poor |
| 18 | After shave (AftA) | P | 1 | Poor |

C/O Roger Raney
Officer's Name (Print Clearly)

PETER J. FORBES JR LT
Supervisor's Name (Print Clearly)

8x4
Shift

1600-2400
Shift

C/O _____
Officer's Signature Who Inventoried Property

_____
Supervisor's Signature Reviewing Inventory

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property    FORM# 537-A

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Roger Dennis (Al-Mulamik Gleek Shaba27) SBI# 241736
HOUSING UNIT: bld 22  HL3B   DATE 6-16-04   TIME: 1459

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
| 19 | Spask (blue) | P | 1 | Poor |
| 20 | Cream (Hydrocortisone) | P | 1 | Poor |
| 21 | (Albuteral) Inhaler | P | 1 | Poor  SENT TO INFIRMARY |
| 22 | AEROSHI inhaler | P | 1 | Poor |
| 23 | Book (Shell Super opat) | P | 1 | Poor |
| 24 | prayer rug (burgundy) | P | 1 | Poor |
| 25 | Pen black | P | 1 | Poor |
| 26 | Cx Sylvania T.V. # J28131558 | P | 1 | Poor |
| 27 | xy radio (panasonic) W+J DB00 315 | P | 1 | Poor |
| 28 | Case black for radio | P | 1 | Poor |
| 29 | Key on rope string | P | 1 | Poor |
| 30 | Shower Shoes | P | 1 | Poor |
| 31 | Lid clear plastic | P | 1 | Poor |
| 32 | Cup (yellow white) | P | 1 | Poor |
| ---- | | | | |
| ---- | | | | |
| ---- | | | | |
| ---- | | | | |

Officer's Name (Print Clearly)                    Shift  3x4        Officer's Signature Who Inventoried Property
Peter J Forbes Jr.                                 Shift  1600 – 2400   Supervisor's Signature Reviewing Inventory
Supervisor's Name (Print Clearly)

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)      (Person Receiving Property)        Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)      (Person Receiving Property)        Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)      (Person Receiving Property)        Unit

Revised: 4/01/03   ** S- State Property   P- Personal Property   FORM# 537-A

ALLOWABLES

## INMATE ACQUIRED OR CONFISCATED PROPERTY

241736

INMATE NAME: Roger Dennis (all Muhamed Hlee K Shabaz)   SBI# 10-110-04-07

HOUSING UNIT: 22 HL3        DATE 6-12-04        TIME: 941736 1939

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| 1 | Sweat shirt   white | S | 1 | Poor |
| 2 | Towel   white | S | 1 | Poor |
| 3 | Wash Cloth   white | S | 1 | Poor |
| 4 | Socks   white | S | 5 | Poor |
| 5 | T Shirts   white | S | 5 | Poor |
| 6 | boxers   white | S | 5 | Poor |
|  | SWEATSHIRT GY HOOD | S | 1 | PINK - ALTERED  ATT. HOODS-POCK |

**Officer's Name (Print Clearly)** Roger Ranar

**Supervisor's Name (Print Clearly)** PETEN FORBES TR  LT

Shift 8/4
Shift 1600 2400

**Officer's Signature Who Inventoried Property**

**Supervisor's Signature Reviewing Inventory**

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within _____

(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within _____

(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within _____

(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property        FORM# 537-A

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: _Roger Dennis_                                     SBI# _241736_

HOUSING UNIT: _27 A6 3_          DATE _6/18/04_          TIME: _1330_

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
| 33 | Holy Quran | P | X 1 | Fair |
| 34 | Encyclopedia - Islamic Doctrine PROPHET | P | X 1 | Fair |
| 35 | Islam in Focus | P | √ 1 | Fair |
| 36 | Actual Innocence | P | X 1 | Fair |
| 37 | Manilla envelopes | P | X 4 | Poor |
| 38 | Photo Album | P | X 1 | Poor |
| 39 | Envelopes | P | X 10 | Poor |
| 40 | Masterlock | P | √ 1 | Fair |
| 41 | Remote Sylvania | P | √ 1 | Poor Plot with TV |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

_Roger Dennis_

**Officer's Name (Print Clearly)**

_Eric Forbes  LT_

**Supervisor's Name (Print Clearly)**

Shift _8-4_

_1600-2400_

**Shift**

**Officer's Signature Who Inventoried Property**

**Supervisor's Signature Reviewing Inventory**

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)   (Date)        (Time)        (Person Receiving Property)        Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)   (Date)        (Time)        (Person Receiving Property)        Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)   (Date)        (Time)        (Person Receiving Property)        Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property                    FORM# 537-A

## Delaware Department of Correction
## Health Care Services Fee Sheet

===================================================================

Inmate Name _____    SBI # _____

(Last, First MI)

Facility _____    Date _____

    ____   **Chargeable Visit**                            **$4.00**

    ____   **Non Chargeable Visit**                           **-0-**

    ____   **Medication Handling Fee ($2.00 X _____ )**      **$_____**

### Total Amount Charged To Inmate Account      **$_____**

Health Care Staff Signature: _____

===================================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____    Date: _____

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

===================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
       Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
### FORM #: 621

3 part NCR

(C:Copay 96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____ SBI # _X̶4̶1̶7̶2̶6̶_

(Last, First MI)

Facility _____ Date ____9/13/05____

| | |
|---|---|
| ___ **Chargeable Visit** | **$4.00** |
| ✓ **Non Chargeable Visit** | **-0-** |
| ___ **Medication Handling Fee ($2.00 X _____ )** | $ _____ |
| **Total Amount Charged To Inmate Account** | $ _0__ |

Health Care Staff Signature: _____

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____  Date: __9/13/05__

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____, Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

**Inmate Name** _BROWN ROBBIE_    **SBI #** _241736_
(Last, First MI)

**Facility** _D/C_    **Date** _3/05/06_

| | | |
|---|---|---|
| ___ | **Chargeable Visit** | **$4.00** |
| ✓ | **Non Chargeable Visit** | **-0-** |
| ___ | **Medication Handling Fee ($2.00 X __1__ )** | $ ___ |

**Total Amount Charged To Inmate Account**    $_.00_

**Health Care Staff Signature:** _____

---

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** X_____    **Date:** _3/26/06_

**1) *Witness Signature:** _____    **Date:** _____ .

**2) *Witness Signature:** _____    **Date:** _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #:  621**

3 part NCR

(C:Copay.96:Form.4)

# Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____    SBI # _____

(Last, First MI)

Facility _____    Date _____

| | | |
|---|---|---|
| ___ | **Chargeable Visit** | **$4.00** |
| ✓ | **Non Chargeable Visit** | **-0-** |
| ___ | **Medication Handling Fee ($2.00 X _____ )** | $ _____ |

**Total Amount Charged To Inmate Account**    $ _____

Health Care Staff Signature: _____

---

# I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____    Date: _____

1) *Witness Signature: _____    Date: _____ .

2) *Witness Signature: _____    Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

**Inmate Name**  _____    **SBI #** _____

       (Last, First MI)

**Facility** _____    **Date** _____

    ____ **Chargeable Visit**                                         **$4.00**
    ____ **Non Chargeable Visit**                                  **-0-**
    ____ **Medication Handling Fee ($2.00 X ____ )**      **$_____**

       **Total Amount Charged To Inmate Account**      **$_____**

**Health Care Staff Signature:** _____

---

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

**Inmate Signature:** _____    **Date:** _____

**1) *Witness Signature:** _____    **Date:** _____

**2) *Witness Signature:** _____    **Date:** _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office      Posted/Entered by_____ Date_____

Copy:   Inmate Medical Record (yellow)
       Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____    SBI # _____

(Last, First MI)

Facility _____    Date _____

___ **Chargeable Visit**    **$4.00**
___ **Non Chargeable Visit**    **-0-**
___ **Medication Handling Fee ($2.00 X _____ )**    $_____

**Total Amount Charged To Inmate Account**    $_____

Health Care Staff Signature: _____

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____    Date: _____

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

**Inmate Name** _____   **SBI #** _____

(Last, First MI)

**Facility** _____   **Date** _____

|  | Chargeable Visit | $4.00 |
| --- | --- | --- |
| ✓ | Non Chargeable Visit | -0- |
|  | Medication Handling Fee ($2.00 X _____ ) | $_____ |

**Total Amount Charged To Inmate Account**  $_____

**Health Care Staff Signature:** _____

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____   **Date:** _____

**1) *Witness Signature:** _____   **Date:** _____ .

**2) *Witness Signature:** _____   **Date:** _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office   Posted/Entered by_____ Date_____
Copy:   Inmate Medical Record (yellow)
        Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

# Delaware Department of Correction
## Health Care Services Fee Sheet

**Inmate Name** _Dennis Regans_     **SBI #** _21720_

(Last, First MI)

**Facility** _DCC_     **Date** _5/8/06_

    **Chargeable Visit**       **$4.00**

    **Non Chargeable Visit**       **-0-**

    **Medication Handling Fee ($2.00 X _____ )**    $ _____

**Total Amount Charged To Inmate Account**    $ _____

**Health Care Staff Signature:** _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** X_____ **Date:** _5/8/06_

1) *Witness Signature: _____ Date: _____.

2) *Witness Signature: _____ Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____ Date_____

Copy:    Inmate Medical Record (yellow)

      Inmate (pink)

*Only needed if inmate refuses or is unable to sign.

**FORM #: 621**

3 part NCR

(C:Copay 96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name Dennis Roger ___ SBI # 24I 736

(Last, First MI)

Facility _____ DCC _____ Date 1/17/06

___ Chargeable Visit $4.00
___ Non Chargeable Visit -0-
___ Medication Handling Fee ($2.00 X _____ ) $_____

**Total Amount Charged To Inmate Account** $ O

Health Care Staff Signature: ___ ___ ___ _____

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: X _____ Date: 1/17/06

1) *Witness Signature: _____ Date: _____

2) *Witness Signature: _____ Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____ Date___ ___ ___
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____     SBI # _____ _____ __ _____

(Last, First MI)


Facility _____     Date ____ _____ \ ___

___ **Chargeable Visit**                                                      **$4.00**
___ **Non Chargeable Visit**                                                  **-0-**
___ **Medication Handling Fee ($2.00 X _____ )**                              $_____

### Total Amount Charged To Inmate Account                                    $  ⌀

Health Care Staff Signature: _____ 𝒾 .

---

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____     Date: __5̅ / 1 ÷ /○○__

1) *Witness Signature: _____     Date: _____ .

2) *Witness Signature: _____     Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office     Posted/Entered by_____ Date_____
Copy:     Inmate Medical Record (yellow)
          Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

**Inmate Name** _Brown, Roger_     **SBI #** _241286_

    (Last, First MI)

**Facility** _Dcc_        **Date** _6-15-05_

     ___ **Chargeable Visit**           **$4.00**
     ✓ **Non Chargeable Visit**        **-0-**
     ___ **Medication Handling Fee ($2.00 X ____ )**    $ ____

     **Total Amount Charged To Inmate Account**    $ ____

**Health Care Staff Signature:** _____

---

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____ **Date:** _____

**1) \*Witness Signature:** _____ **Date:** _____

**2) \*Witness Signature:** _____ **Date:** _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
       Inmate (pink)

\*Only needed if inmate refuses or is unable to sign.
## FORM #: 621

3 part NCR

(C:Copay.96 Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

===============================================================================

**Inmate Name** _Dennis Rogers_    **SBI #** _____

(Last, First MI)

**Facility** _DCC_    **Date** _10/13/05_

|  | **Chargeable Visit** | **$4.00** |
| --- | --- | --- |
| ✓ | **Non Chargeable Visit** | **-0-** |
|  | **Medication Handling Fee ($2.00 X ____ )** | $ _____ |

### Total Amount Charged To Inmate Account    $ _O_

**Health Care Staff Signature:** _____

===============================================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____    **Date:** _11/13/05_

**1) *Witness Signature:** _____    **Date:** _____

**2) *Witness Signature:** _____    **Date:** _____

===============================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

SPEED LETTER

TO Al Muhammad Aleek Shabazz

241736

22 BL11

FROM Cindy Atallian

Counselor - 22

SUBJECT:

MESSAGE

I met with medical about your medication
issue. This should have been corrected by now.
If not, please notify me immediately. I also
completed a Chaplaincy referral.

Thank you.    DATE 03/22/06    SIGNED CAM

REPLY:

_____ DATE _____ SIGNED _____

FORM #: 535    SEND PARTS 1 & 2 INTACT. PART 2 WILL BE RETURNED WITH REPLY. RETAIN PART 3 FOR FILE.

April 20, 2006

Muhammad Aleek Shabazz, 241736
22
BL11

I received your letter. Your phones should be working now for you to call your mother.
If not let me know. I have placed you on the list for a classification for Family Problems,
but I have 40 people for this month, so I must get them out of the way first. It might not
be possible to have this finalized until May, but I will see if the Lt. has any extra room. It
looks pretty full now. Also, I will bring up your case to the Mental Health meeting staff
next week about your ear if nothing has been done. Please let me know something before
Wednesday of next week. If I see Miss Shirell, I will let her know about the concerns
that you have expressed.

If you have any other concerns or questions, just let me know.

Thank you,

Cindy Atallian
Counselor – 22

May 10, 2006

Al-Muhammad Aleek Shabazz
22
BL11

I received your letter and have forwarded a copy to S/Lt. Profaci for her review.

Thank you,

Cindy Atallian
Counselor – 22

April 3, 2006

Al Muhammad Shabazz, 241736
22
BL11

I have sent a memo to the phone staff asking them to check on your mother's number. I also met with the nurses on Tuesday after we talked, and they promised to see you that afternoon. If no one saw you or if there is still a problem, please let me know immediately.

Thank you,

Cindy Atallian
Counselor – 22

April 4, 2006

Al Muhammad Aleek Shabazz, 241736
22
BL11

I believe our letters may be crossing in the mail. After I saw you on 3/28/06, I met with Miss Mattie about your ear. She said she would have Nurse Quani come to see you. It sounds like that did not go well. I will copy that letter to Miss Shirell for review. I also sent a memo to the phone staff – Miss Courtni to check on the problems with your mother's number. I will keep you posted as I receive responses.

Thank you,

Cindy Atallian
Counselor – 22

AMA.S.
Received
4-05ᵗʰ 06 wednesday

April 11, 2006

Al Muhammad Aleek Shabazz, 241736
22
BL11

Your phone sheet was submitted with your mother's new number – 302-998-2333. You
should be able to make calls now. I advised Mental Health staff that you wanted to
speak to them as well.

Thank you,

Cindy Atallian
Counselor – 22

**Correctional Medical Services**

**DATE**:  10/19/05

**FROM**:  MHU MEDICAL

**TO**: RODGER DENNIS  SBI: 241736

**RE**:  LAB RESULTS


**YOUR LAB RESULTS DATED 09/22/05  WERE NORMAL.**

# CORRECTIONAL MEDICAL SERVICES

DATE:  10/04/05

FROM    MHU MEDICAL

TO:  ROGER DENNIS  SBI:  241736

RE:  X-RAY

**YOUR X-RAYS WERE  NORMAL.**

# Correctional Medical Services

<u>DATE</u>: 04/10/06

<u>FROM</u>:  MHU MEDICAL

<u>TO</u>:  ROGER DENNIS   241736  MHU 22

<u>RE</u>:  LAB RESULTS

**YOUR LAB RESULTS COLLECTED ON 04/03/06 WAS NORMAL.**

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Alind Lage Denise

Al-Muhammad Aleek Shabazz
Name (Print)

MHU  Blg 22  B-L-11
Housing Location

April 13
Date of Birth

0024736
SBI Number

3-24-06
Date Submitted

Complaint (What type of problem are you having)? My ear has to be flushed and cleaned. It's split, & I cant hear out of it. It's still swollen. Happened yesterday 3-23-06 1 per NPSU blendll out it has to be cleaned and I should be getting Notum & ointment

Al-Muhammad Ashabazz
Inmate Signature

3-24-06
Date

**The below area is for medical use only. Please do not write any further.**

S: ∅ order to flush ear.
C/o Severe pain. cannot hear out
right ear. Pain meds not working

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

+/M Seen on 3/25/06. Motrin
A: not working. Wants something
Stronger

P: I/M is to have F/U with
provider on 3/30/06. Will request
that I/M be seen earlier

E:

C. Readin
Provider Signature & Title

3/26/06 @ 1900
Date & Time

**3/1/99 DE01**
FORM#:
**MED**
263

| DR#<br>1020741 | **DCC  Delaware Correctional Center**<br>**Smyrna Landing Road**<br>**SMYRNA DE, 19977**<br>**Phone No. 302-653-9261** | Date: **10/04/2005** |

## DISCIPLINARY HEARING DECISION

**Inmate** : Dennis, Roger L                                      SBI#:00241736    Type:Class 1

**Institution**:DCC  Delaware Correctional Center              **Hearing Date:** 10/04/2005    **Time:** 14:05

**Inmate Present:** Yes        **Reason(If No):**N/A

**Violation:** 1.04/200.209 Damage or Destruction of Property (Over $10), 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA: Not Guilty**

**Inmate Statement:**  Because I nevery Thearten the officer. There was no wires hanging out of my radio.

**Witness Name:** Akins, Deon

**Testimony :** N/A

**Witness Name:** ,

**Testimony :** I/M Akins, Deon stated He did not make no personal threaten to him or his family. He ask for officer name so he could contack highter auth.

**Decision :Guilty**

**Rational :** Per Rept. found I/M Guilty of all charges

**Sanctions:** N/A

### HEARING OFFICER'S SIGNATURE

Heverin, Ralph

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision

**I [ ]    DO      [X]    DO NOT INTEND TO APPEAL**

                                                                **INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal              [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified              [ ]    Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Loss of All Privileges | 10/24/2005 | 5 | 10/28/2005 |

Disciplinary#
**1020741**

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1          **Housing Unit:** Bldg 21          **IR#:** 1026233

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|------|-------------|------------|---------------------|------|------|
| 00241736 | Dennis, Roger **L** | DCC | Bldg.21 C Tier | 09/24/2005 | 20:20 |

**Violations:** 1.04/200.209 Damage or Destruction of Property (Over $10), 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:**1.N/A                    2. N/A                    3. N/A

## Description of Alleged Violation(s)

On The Above Date And Approx. Time While Conducting A Cell Search On C-Tier Cl6, I/M Rogers, Dennis Was Found To Have Panasonic Radio With The Speaker Taken Out Of The Radio, With Wires Hanging From The Inside Of The Radio. While Leaving Th Cell I/M Rogers Confronted Me C/O Mccalla And Tried To Tell Me That This Was Personal, Over A Diet Tray. I C/O Mccalla Told I/I Rogers That This Was Normal Procedure. I/M Rogers Then Proceeded To Threaten Me Buy Telling Me To Spell My Name And That H Was Going To Tell His People On The Outside About Me. I/M Rogers Was Informed That He Would Receive A Write Up And Th Radio Was Taken As Contraband. E.O.R.

**Reporting Officer:** Mccalla, Joseph W (Correctional Officer)

## Immediate Action Taken

**Immediate action taken by:** Mccalla, Joseph W -Correctional Officer

Radio Confiscated And Inmate Written Up.

## Offender Disposition Details

**Disposition:** N/A                    **Date:**N/A          **Time:** N/A          **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

## Approval Information

**Approved:**☑    **Disapproved:**☐    **Approved By:** Boone, Stephen W (Staff Lt./Lt)

**Comments:** N/A

## Shift Supervisor Details

**Date Received:** 09/24/2005          **Time:** 21:02          **Received From:** Boone, Stephen W

**Shift Supervisor Determination:**

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]    Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

_____
Boone, Stephen W (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____    **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing
Officer:**  _____          **Offender:** _____
                    Boone, Stephen W                                        Dennis, Roger L

**DR#**

**1020741**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

## INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, yo have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearir Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions sh be stated in writing.

| DR# | | **DCC Delaware Correctional Center** | **Date: 09/24/2005** |
| --- | --- | --- | --- |
| 1020741 | | **Smyrna Landing Road** | |

**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

**TO: Inmate:** Dennis,Roger L                    **SBI#:** 00241736    **Housing Unit:** Bldg 21

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? **[  ] Guilty       [ X ] Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner
      or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page.
   These have been fully explained to you at the time of this notification.

6. Counsel requested ?  **No**                    Name of Counsel:____

7. Confront accuser?  **Yes**

8. Witness requested?  **Yes**                    Name of Witness: Akins, Deon

I certify that on **09/24/2005**   at **21:02**  , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

_____
**(Employee's Signature & Title)**
Boone, Stephen W

_____
**(Inmate's Signature)**
Dennis,Roger L

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Dennis Birrer L        SBI# 00241730
HOUSING UNIT: 21 C TIER    DATE 9/24/05    TIME: 2020

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
| 1 | PANASONIC KADIO | P | 1 | Poor |

Rene Steuen CT
**Officer's Name (Print Clearly)**

Shift: B<d

**Officer's Signature Who Inventoried Property**

**Supervisor's Name (Print Clearly)**

Shift

**Supervisor's Signature Reviewing Inventory**

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)  (Date)  (Time)  (Person Receiving Property)  Unit

FORM# 537-A

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center

DATE: 4-20-05

GRIEVANT'S NAME: Al-Muhammad Aleek Shabazz
A.K.A. Roger Donate
CASE#: 15250

SBI#: 00241736

TIME OF INCIDENT: N/A

HOUSING UNIT: Bldg 21 C-tier lower 6#

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

This grievance is based on wearing shackles is your visit, and keeping them on for your whole visit is a violation of our Constitutional Rights. Lt Lt P. Taylor had no right to come from Ganderhill to here, and try to make himself look-good, by giving orders such as these. Then we also haft to wear leg shackles the whole visit cutting our ankles, and so forth. This order only went as far as Majn David K. Holman. Number 1 MHU is suppose to be Max High and the Shu Super Max. If Close Custody MHU Bldg 21 is going to be treated like Super Max then we should also have 1 man cells. They don't do this at Ganderhill or Georgetown, so how are you going to do it here? This is a plight to discourage our loved ones from coming now. Our Children nor our families like to see us like this. Our Rights are being violated, and something must be done about it.

ACTION REQUESTED BY GRIEVANT: To leave the waist chains and leg shackles off when we go to visits and while at visits. Lt/Lt Taylor is running MHU/Max like SHU/Super Max. Now therefore I request these improper actions to be changed. Please grant all of the above request and that I'm compensated for any injuries as soon by medical concerning this matter.

GRIEVANT'S SIGNATURE: Al-Muhammad Aleek Shabazz    DATE: 4-20-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

APR 2 2 2005

Inmate Grievance Office

gency Grievance)

4/84
10-23-05

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center          DATE: July 15th 05

GRIEVANT'S NAME: Al-Muhammed Aleek Shabazz     SBI#: 00241736

aka Mr. Roger Dennis Jr.

CASE#: 19193                                    TIME OF INCIDENT: 5:02nm

HOUSING UNIT: MHU Bldg 21                       12am to 8 am shift

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

At 5:02am breakfast was being servered Ossecoffy came around with coffee and everyday
he comes around talking crapto inmates; Apparently today he couldn't take
what was dished back at him he threw to cups of hot coffee
in my cell. I do not play those types of childish games. If I'd
threw something at him it wouldive been asault, but he opened that
door, when he tried to throw coffee on me and my collies. I
lot T6 Ettinger, and Sgt Floyd knows I wanted to see the Supervisor
Lt. apparently they laughed & thought it was a game. I followed
the Chaining command plus I informed my people on the street to
call or come see the Wardens about this crap. It won't be
tolerated.

ACTION REQUESTED BY GRIEVANT: That this be addressed to Deputy Warden
Pierce, Deputy Warden Burris and be brought up to security Chief
Holman, and that proper action is taken against this officer and the
others for not addessing it to the Supervisor. I can't request action
so I'm leaving that to the proper authorities.

GRIEVANT'S  SIGNATURE:_____          DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

JUL 2 0 2005

Amos
Received Back Nov 5th as und

**Inmate Grievance Office**

*(A Grievance)*

*8 Am to 4pm Shift*

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Facility          DATE: Jan. 15th 06   Sunday

GRIEVANT'S NAME: Al-Muhammad Aleek Shabazz    SBI#: 00241736
                        aka R.Dennis Jr

CASE#: 23116                          TIME OF INCIDENT: 11am

HOUSING UNIT: MHU Bldg 22 B-Lower 11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I'm filing this grievance, because we are not getting our proper time to eat
in the Chowhall. Officer D. Porter saw the 2nd half had just sat down after
they gave the 1st half a 2 minute warning, which was more like 30 seconds.
I spoke to Sgt. Kane about it coming out the Chowhall and Sgt. V. Kinloch,
and others were present. The Lt. of the Bldg, was Barlow, but I didn't
get to speak with him. This is one ing serious problems, and needs to
be addressed a.s.a.p, because we shouldn't have to be choking our food
down, because CO's are trying to sit back relax and do nothing, besides
make our lives miserable. This is not the first time this has happen,
but I'm bringing it to your attention now, because its getting out of hand.

ACTION REQUESTED BY GRIEVANT: That this is handle in the proper way, and not swept
under the rug, and that it be brought before the Wardens attention, and Security
Chief, and addressed as soon as possible.

_____

GRIEVANT'S  SIGNATURE: Al-Muhammad A Shabazz        DATE: Jan. 15th 06
                        aka (R.Dennis Jr)

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)      _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

JAN 1 7 2006

Inmate Grievance Office

Affidavit

March 23, 2006

I, Bryant Cannon do hearby acknoledge that I did in fact witness the above events. On the above date and time I did do as the summary of events states.

Bryant Cannon
Bryant Cannon

May 31, 2006