IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Al-Muhammad Aleek Shabazz, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-372 GMS |
| CMS/FSM Medical System,<br>Warden Thomas Carroll,<br>Comm. Stanley Taylor, | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Al-Muhammad Aleek Shabazz, SBI #241736, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $5.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *June 22*, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _June 26th 06_____, 2006.

                                          _Al-Muhammad Aleek Shabazz_
                                          Signature of Plaintiff
                                          A.K.A. Roger A. Dennis Jr.

I/M Al-Muhaimin Aleek Shabazz
SBI# 00241736   UNIT C-Bldg A-2-2#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(Emergency Attn)

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

(Legal Mail)