To: Honorable Judge Gregory M. Sleet (GMS)

From: Muhammad Aleek Shabazz

v.

CMS/FSM Medical System et al

Date: July 19, 2006

06-372 (GMS)

I hereby request that you order for my medical records be released. On 7-17-06 I went out for my ENT and found out that I may be totally deaf.

I request that you subpoena Mrs. Cheryl Ann Vangorder, Sgt. at D.C.C. and C/o Clyde Hastings who took me out to see the specialist, and heard everything that the specialist said to me. I also request that this case go to trial without any delay. This mishap happened in this institution so therefore they are responsible.

I request a speedy trial and for this case to go forward. Thank you for your time, efforts and concern, they are greatly appreciated.

Sincerely,
Al-Muhammad A. Shabazz
E-Bldg. (A-40)

FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



I/M Al-Muhammad Abdul Shabazz
SBI# 00241736   UNIT E BLDG D #46
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Official Business

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
c/o Honorable Judge Gregory M. Sleet