In the United States District Court
for the District of Delaware

Al-Muhammad Aleek Shabazz,
N/k/a Roger L. Dennis, Jr.,
  Plaintiff,

v.

Correctional Medical System, et al.,
  Defendants.

C.A. No. 06-372-GMS

FILED
SEP 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Plaintiff's Motion for Extension of Time

Comes by way the plaintiff, Al-Muhammad Aleek Shabazz, an inmate at the Delaware Correctional Center, Smyrna DE 19977., seeks this Honorable Court permission pursuant to the Federal Rules of Civil Procedures, for a grant for an extension of time to file in this court my amended complaint as following:

1. On August 10, 2006, this court issued an order for the amendment of the above captioned matter.

2. The plaintiff is an incarcerated inmate and is unskilled in the rule of law, an acting pro se.

3. The plaintiff is limited to one law library appointment (per) week, and have no other access to legal materials for research and comprisement of briefs or motions.

Wherefore, the court should grant the plaintiff an additional 30 days to proffer his civil claims.

Dated: September 5, 2006

Al-Muhammad Aleek Shabazz
A.K.A Roger L. Dennis Jr.



I/M Al-Muhammad Alggs SaaDAZ2606 PM 1 L WILMINGTON DE 197
SBI# 00241736   UNIT E-Bdg D#40
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

C/o: The Honorable Gregory M. Sleet
J. Caleb Boggs Building
844 King Street, Locker Box 19
Wilmington, Delaware 1980/

(Emergency Attn)

FILED
SEP 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE