In The United States District Court
For The District of Delaware

Al-Muhammad Aleek Shabazz

A.K.A. Roger J Dennis Jr.

    Plaintiff

    Vs.

First Correctional Medical Services, et al.;
Correctional Medical Services, Inc. et al
Stanley W. Taylor, and Del Dept of Cor;
et al; and Thomas L. Carroll, and Del Cor.
Ctr., et al

Civil Action No. 1:06-cv-372 GMS



FILED

JAN 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanner

Motion For Medical Discharge, and transfer out of
Custody of DOC, to Delaware State Hospital For
Further Evaluations

1) I am a Inmate at the Delaware Correctional Center. Name: Al Muhammad Aleek
Shabazz alias Roger J Dennis Jr. I've done over 85% of my time 17yrs on 19½
20 yr bit. I've been through a great deal Honorable Judge Gregory M. Sleet.

2) I'm not asking to go directly back to the street that's why I make this motion
to be tranfered to the State Hospital for further exams & Evaluations.

3) Due to the outcome of the Federal Probe on these prison Investigations, and
the findings of Inadequate medical treatment, and so forth, it was said that
all whom have medical Lawsuits, so forth in should benefit. The prisons have
been found liable of alot of Violations.

4) I hope and pray that your Honorable judge for the foregoing reasons will grant this motion of Relief.

Also I the Plaintiff filed on time before the 30 Day time period Plaintiffs First Amendment to Claims for relief and Injunction on, my original case, but have yet heard the status of my case.

Please get back to me on the status, and this New Motion. The prison has illegally moved me to Supermax Unit without justification, had my mother & family with me's been baby waiting in visiting room the whole visit without telling them what was going on. I was in psychic ward in the back of hospital, Butt maked paper gown being humilated 21 days from Nov. 28th 06 to Dec. 20th 06, taking showers without proper hygiene nothing to put on my feet so forth. Treated like a animal, and less than Human. Where is the Justice.

Date: Jan 4th 07

Signature: Mr. Al-Muhammad Aleek Shabazz
a/k/a Mr. Roger L. Dennis Jr. SBI 00241736

Sign: Mr. Al-Muhammad Aleek Shabazz
A/K/A Mr. Roger L. Dennis Jr.



WILMINGTON DE 197

11 JAN 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Per Judge Gregory Sleet