IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AL-MUHAMMAD ALEEK SHABAZZ, <br> a/k/a Roger L. Dennis, Jr. <br><br> Plaintiff, <br><br> v. <br><br> FIRST CORRECTIONAL MEDICAL <br> and CORRECTIONAL MEDICAL <br> SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 06-372-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington this 15TH day of June, 2007, the plaintiff having been ordered on September 25, 2006 to provide a USM-285 form for the remaining defendants, and the court file indicating that plaintiff has not submitted the USM-285 form for First Correctional Medical,

IT IS ORDERED that, on or before July 16, 2007 the plaintiff shall either:

1. Show cause why this case should not be dismissed for failure serve process on First Correctional Medical, or

2. Submit a complete USM-285 form for First Correctional Medical.

**Failure to respond to this order could result in dismissal of the case.**

UNITED STATES DISTRICT JUDGE



FILED

JUN 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE