06-472

I Thought I sent these with the Rest but here is CMS & SCM on Seperate 285 sows

Thank you

Sincerely Yours

Mr. Al-Muhammad Aleek Shabazz

June 19th 07



FILED
JUN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned