OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 10, 2007

TO: Al-Muhammad Aleek Shabazz
    SBI# 241736
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civ. No.* **06-372(GMS)**

Dear Mr. Shabazz:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint and amended complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                            PETER T. DALLEO
                                CLERK

cc: The Honorable Gregory M. Sleet
    U.S. Marshal
    Pro Se Law Clerk