IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AL-MUHAMMAD ALEEK SHABAZZ, : <br> a/k/a ROGER L. DENNIS, JR., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FIRST CORRECTIONAL MEDICAL : <br> SERVICES, ET AL.; CORRECTIONAL : <br> MEDICAL SERVICES, INC., ET AL., : <br> : <br> Defendants. : | C.A. No. 06-372-GMS |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Correctional Medical Services, Inc. This entry of appearance is not a waiver of any defense available to defendants and all defenses to the above-captioned action are reserved.

**BALICK & BALICK, LLC**

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services, Inc..

Date: August 10, 2007

## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 10th day of August 2007, the foregoing Entry of Appearance was filed via CM/ECF and served upon the manner indicated upon the follow:

**FIRST CLASS MAIL**
Al-Muhammad Aleek Shabazz
  a/k/a Roger L. Dennis, Jr.
SBI #241736
1181 Paddock Rd.
Smyrna DE 19972


    /s/ James E. Drnec
James E. Drnec, Esquire (#3789)