In The United States District Court
For The District Of Delaware

Al-Muhammad Aleek Shabazz,          )
A/K/A Roger L. Dennis Jr.           )
                    Plaintiff,      )   Civ. No. 06-372-GMS
                                    )
                                    )
    V.                              )
                                    )
                                    )
First Correctional Medical          )
Services and Correctional           )
Medical Services, INC.,             )
                                    )
                                    )
            Defendants              )

RECEIVED
AUG 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiffs First set of Interrogatories Directed
To Defendants & Their attorney James E. Drnec, Esquire
Balick & Balick

I the Plaintiff of this case hereby move for your honor to schedul-
e an emergency trial for this case and deny the Defendants
motion for dismissal of this case for which "they" say "I"
the Plaintiffs are prejudice, and without Merit. The Defendants
are trying to cover up their ongoing negligent behavior, and
I plan to prove all of this at trial or a private hearing
before Your Honor.

I have plenty of evidence and witnesses that work for
DOC that have dealt with me that will come forth,
and prove that the Medical system has been negligent.

1) I wouldn't even proceed with this if I wasn't 100% sure that the medical system is at fault for all my claims.

   a. I am acting as my own attorney at this time, and please remember I am no scholar with law by any means.

   b. I have filed in a timely matter and I've complied with all paperwork by law. At the time I am not working my rights are and have been violated, and I'm fighting for my life here.

2. I will be supplying copies of all grievances, and all paperwork as exhibits where DOC also as well as the Wardens, Cpts, Security Chiefs so forth have been investigating all this as well.

3. To a certain extent Delaware Correctional Center is bias against me as well. Not all, but most of administration so forth, because I've involved the feds to uncover alot of this dirt they are covering up trying to keep it out the media, the community, and our families.

I'm enclosing all paperwork to show you the pattern of negligence so forth. I can prove under American legal practice a party, and I the plaintiff can establish my injuries which I am entitled relief, and compensation.

Do to medicals negligence I was also terminated from my kitchen job, and I loss wages, and thats how I was providing, and taking care of myself.

                 (Pg two)

Medical Info is confidential, and FCM, and CMS had leaked my medical personal file to certain guard whom has no business knowing my medical situation, and nor my mental health business, and I have letters from the Chaplin, and proof of what I'm going through, and why I'm stressed, and so forth.

Exam all paperwork I am submitting, and read it thoroughly, and you'll see why I won't drop this at all. I'll fight this if it kills me. My family, Children and relatives mean the world to me.

Now to answer your Questions:

1. My full name is Mr. Al Muhammad Aleek Shabazz alias Mr. Roger L. Dennis Jr. DCC Prison lived past 10 yrs.

2. N/P Shinell A. Ott, Dr. Dale Rodgers, Dr. Vandoozle, former Dr. Louetta Brown, NP Joma @ Dcc Health Care providers P.O. Box 500 Smyrna Dela Dcc Medical 19977. Dr. Louise Rosiers whom has treated me From Dec.06 to Now & Continues to Do so. the paper work enclosed shows times, Dates and whom did what.

3. Kitchen Lt. Sheryl Morris head of Dela Corr. Center Main Kitchen.

4. Yes CMS is liable for medical negligence. Paper work provides, Breaches times and Dates.

(Page 3)

5) Back Lower Disc, asthma, High Bloodpressure Chronical Migraines hoard time Breathing & Can't hear out Right Ear constant infections and drainage.

6) Divorced

7) Born Down since 1989/expected to End 4-08-2010

8) Whatever is necessary.

I am Including a copy of the Summary of Events I ask Your Honor to Subpoena The same witness in the Summary of Events.

(Pg 4)

Certificate of Service

I, Al-Muhammad Aleek Shabazz, hereby certify that on the 15th day of August 2007, the foregoing Plaintiffs Motion should be acknowledged that I request to pursue this case before a Judge and Jury, and that I am serving papers to the Court and certified copies to the following:

Balick & Balick LLC attorneys
/s/ James E. Drnec, Esquire (3789)
711 King Street
Wilmington, Dela 19801


Al-Muhammad Aleek Shabazz
aka Roger L Dennis Jr.
SBI 00241736
1181 Paddock Rd.
Smyrna Dela 19977

Aug. 15th 07

(Summary of Events)                                    (page 1)

1) On this date Thursday March 23rd 06. 11am My ear was damaged by a fall on the edge of desk. Metal desk In Cell B-Lower 11 Bldg 22. Witnessed by Inmate Bryant L. Cannon, and David Smith whom applied wet Rag on Right ear, and held it until staff came on the tier. Sgt. J. Jarman and Cpl. M. Burton were working this day whom immediately called nurse Nurse Shaii Luanni Neal came down to look at it, and she called N/P Dr Sherell A. Ott and said It may need stitches, and on the phone she told OTT to bring the big baby some Candy. Insulting my character as a man, and a muslim. From this date I haven't been able to hear anything out my Right Ear. 2pm N/P Sherell A. OTT showed up to take a look at it said I may need stitches. She Cleaned it dressed it and said she'll check back with me in a couple of Days.

2) March 25th 06 3:41am Nurse Kay gave me antibiotics for ear, and regular meds. 6:45pm nurse Clairlynn Reader Called me out Checked ear it was still bleeding and black purple, and green seriously bruised still Can't hear. She told me they should have sent me out the day this happened, because it still looks bad. She said she'll put me back down Monday to be seen by Dr. who I still Can't hear out Right ear.

3) Tuesday March 28th 06 Hollered at Counselor Cindy A. Atallian told her what happened to ear, and showed her. Told her what was going on with medical and she said she'll be on top of that, and personal issues with family. She said she'll get with Sherell A. Ott & medical and they've also been dealing with back (why) race issue. I've been without my backbrace since Feb. 2001. 1:30pm this same Day N/P Sherell OTT (MA) Adrienne Bianch (MA) L. Cann came over to see me. I was told I may haft to go out to hospital ENT in 3 weeks after Clog Wax / with Blood behind it doesn't come out with eardrops and if meds don't work. 5:30 pm Nurse Robecca E. Vliet called me out to redress Ear. They didn't give me Ear plugs to protect ears from water during shower or anything. March 29th 06 Nurse Shaii Luanni Neal started Talking real foul out her mouth, because I was given orders to put drops in Ear put Cotton ball in ear to protect meds. She hollered its your "damn" ear do what you want see if I care. I filed grievance

(page 2)

4). April 2nd 06. Nurse Rebecca E. Vliet gave me migraine headache meds, but not new meds N/P Dr. Sherrell Ott ordered, Nor did she check ear as requested. Filed another medical grievance on Nurse Luanni Neal. Inadequate Treatment.

5)April 3rd 06 filed grievances on medical, because I wasn't getting any of my meds, and nurses starting cursing, and disrespecting me.

6). April 4th 06 made everyone who does it day to day by 06 aware I still can't hear, ears draining, and I still get very serious headaches that keep me from sleeping.

7 April 5th 06 Had Sgt Cain contact my counselor Cindy A. Atallian.

1) April 7th 06 OTT here to see me. 1:30pm Was just getting out shower. Sherrell Ott said my counselor called her so she came over to see me. I told er pain meds weren't working and there's constant pain. Things began to get out of hand and ridiculous, so it led to me filing this suit.

8) April 10th 06 Claulynn leader had to check on my meds because I didn't get them so she said she had to call Shaii Luanni Neal. Tuesday April 11th 06 mental Health Monet came down to see me about all the drama that's been going on.

10) Who Monet got angry with me, because I told counselor Atallian to get with her and let her know I need to talk to her. Monet snapped on me and said she doesn't like to be pressured, but I let her know I'm court ordered to see mental health.

11) April 12th 06 cbs rates WITNESS & Sgt C. VanOrden was on the tier with nurse Rebecca E. Vliet, and I was explaining to her that the Dr told me I didn't haft to keep putting sickcall slips, in to be seen, and she started talking all crazy cursing so forth and I told her I'm not going to argue with her; I'll deal with all this Inadequate treatment in Court. She made it sound like I was threatening her which was not the case.

12) April 15th 06 Ear still killing me so I put sickcall slips in.

13) April 16th 06 3:53pm meds Sunday Nurse Rebecca E. Vliet said Nurse Practitioner will be over tomorrow.

14) I wrote everyone, and spoke to everyone ~who→ same ~who about the pain in my ear and me not being able to hear anything. Cpl. L. Marshall, My counselor Cindy A. Atallian, Spoke to Lt. S. Hastings WITNESS Lt./Lt Alisa Profaci and the Lt's whom been assisting to make sure I'm seen.

15) April 18th 06 1:30pm Called out by N/P Sherell A. Ott she flushed ear a ball of wax came out, and she thought maybe that's why I could not hear, and then she told me now there's a infection in the ear, and once this clears up I should be going out to the outside for a ENT specialist Ear Nose & Throat Doctor.

16) April 21st 06 Counselor Cindy Atallian mailed me memo which will be enclosed as exhibits and proof throughout this lawsuit.

17) April 22nd 06 More problems with the pain meds I should be getting, but haven't been Nurse Clairlynn Reader said she'll check on them.

18) April 23rd 06 7pm Nurse Clairlynn Reader called me out to flush ear gave me ear-drops and said she's going to talk to O.T.T. from the Order she saw No pain meds were ordered like N/P Sherell A. Ott said she would.
April 28th 06 I asked Sgt. V. Kinloch has the Dr. been over because she was suppose to WITNESS have came early in the week.

19) C/O K. Hughey Black female officer called me out 10pm April 27th 06 out of concern to see if I was seen by the Dr. because she saw I was in a lot of pain with alot EAR on my mind.

20) April 28th 06 Spoke to Counselor Atallian earlier today during classification and Lt. J. Seacord. Was Classified out she ask me about my ear and meds, and so forth. I told her I'm still not getting what I'm suppose to be getting. She called after Classification 1:30pm Ott showed up over to see me I missed Muslim service which I attend every friday to hear once again I'll haft to be sent out. Still can't hear, and ear in alot of pain.

21) April 29th 06 4:00 nm Nurse Kay was suppose to the Staff brought me ear drops and WITNESS she gave me a box of eyedrop instead of eardrop. I told her I get ear drop. She argued with me until I showed her she was wrong. It took someone else to straighten her mess out. I filed

(Page 4)

cont → GRIEVANCE (NO RESPONSE) paperwork on this incident. No one did anything about any of the grievances so forth. That's why I'm filing this suits. Inadequate treatment. Nurse Kay came back told me I was wrong to try to hold evidence against (request back the eye drop bottle) (WITNESS) her that she gave me the wrong med. How was I wrong when all she wanted to do was argue?

Dr. Ott 4/28/06 wound up upping the dosage of pain meds for the ear.

22) April 29th 06 Saturday Nurse Rebecca E. Voit argued with me again saying she didn't see a order for meds being upped.

23) Monday May 1st 06 I had Cpl. C. Marshall call and he spoke to Adrienne Branch Medical Assistant, and she told him more than likely they'll be over Wednesday to see me.

May 2nd 06 Nurse Voit forgot pain meds said she'll be back, and she never came back with copy of prev meds. (records)

24) May 4th 06 Nurse Luanni disrespected me by calling me by my alias Roger Dennis Jr. when she been calling me by my muslim legal name. Then she told me and I quote if I have a f---ing problem with it write her boss Jeremy. She tried to insult my character, and disrespect me as a man. I wrote her up. She didn't even answer that grievance.

25) May 5th 06 Nurse Luanni tried to say there was a discrepancy with my meds. All she was doing was still nitpicking because I didn't argue with her. I walked out and wrote her up.

26) May 8th 06 Ott came down to see me to clear discrepancy with meds. She told me she'd take care of it. She said she'll be back to see me friday. All this should be logged in a log book, and my counselor could issue copies of all the letters I wrote her about these incidents.

(Page 5)

27) May 13th 06 Sat I filed a emergency sickcall slip Nurse Becky said is it a emergency she walked away, but my ear was bleeding out, and she did nothing about it, so I did what I had to do file paperwork.

28) May 16th 06 9:20am was called to go to Bldg 24 to see mental health Dr. Kunnelli I told him about all the problems he checked my medical file saw that there may have been a misprint where I was getting to strong dosage of Zantac, so he lowered the dosage which medical file should & could be subpoenaed.

29) May 22nd 06 1:30pm Mental Health Monet came to see me. I told her the problems, and that I haven't heard back from my counselor after 3 letters I wrote. There was nothing threatening nor offensive. I told Monet Counselor Atallian had sent me a letter with one line telling me she sent a copy of my letter to staff/Lt Profaci for her review on May 10th 06. I haven't heard from my counselor since then. She said she'll talk to her and send me a memo friday to let me know whats what. I never got a letter nor memo from Monet friday or as of yet.

30) Friday May 26th 06 meds were passed out 3am I let the nurse know and showed her where my ear had been draining and bleeding so she told me she couldn't take the sickcall slip she might get fired. 11:55am on my way to lunch I pushed the sickcall under the medical door, and I informed Lt. Michael Welcome of incident so he called Dr. Ott. I went to Jummah service 3pm I was called MA. K-Cann NP Shewell Ott & Nurse Luanne were in the Medical Dept. Shewell said the Lt. called her said I hadn't been seen by her which was a lie, but she had a attitude with me. She checked my ear once again the infection is back, I still can't hear and I'm still catching alot of flack about my meds, and then doing their Jobs. Nurse Luanne, and I had a argument, and then when I was leaving medical a guard approach me in a threatening manner, took his belt off with mace on it, and his cuffs threw it on the floor. I took my shirt & Kufi off, and things were heated from there.

(Page 8)

Sgt. J. Jarman & C/o P. Calhoun   C/o M. Owey stopped the incident before it esculated. That's where everything stands now.   Now I turn to the court because I know I have a very strong case that I request to be tried by Judge & Jury.

My witnesses to this case are officers and Inmates, Nurses

(1) Cpl. S. Marshall
(2) Counselor Cindy A. Atallian
(3) C/o S. Hastings
(4) C/o K. Hughey
(5) Sgt. C. Vanseidel
(6) C/o Clinton Parsley
(7) I/m Bryant L. Cannon
(8) I/m David Smith
(9) Nurse Clairlynn Reader (Transfered Georgetown Medical as of 5-31-06) 5-30-06 Tuesday was her last day here. She saw me on 5-30-06.

All to be subpoenaed if this case has to go all the way to trial The Institution is Responsible for the loss of property which will be attatched as my exhibits.

For the 5 yrs I've been without my back brace, I'm seeking $50,000 dollars every year. That comes to $250,000 for 5 years. As far as my ear its a possibility that I could suffer permanent hearing loss for the medical Department neglecting to send me out trying to save the state money, I'm seeking $550,000 dollars. Altogether that comes to $800,000 dollars. I also request that this suit be paid for by the Department of Corrections or the Medical Dept, because they are responsible for the damages.

Under American legal practice a party (generally a plaintiff) who has established that he or she has suffered an injury is entitled to relief. This relief is called a "remedy" and may come in various forms. Common judicial remedies in American courts include damages, injunctions, mandamus, and awards of cost and attorney fees. The monetary damages may be awarded by a court fall into three broad categories: 1) actual damages, including out of pocket, or pecuniary losses as well as compensation for physical and mental suffering; 2) nominal damages, when no damages, were sustained; and 3) punitive damages, sometimes called "exemplary damages, are only allowable when actual damage has been suffered and the acts causing the injury were so reckless, wanton, malicious, or intentional as to warrant an additional damage award. In this case the pain, and suffering and my hearing loss in my right ear, and my migraine headaches, and back pains from a assault done by guards.

See Mack V. Johnson, 430 F. Supp 1139 (E.D. PA. 1977) affirmed without opinion 582 S. 2d 1275 and Appeal of Smith, 582 S. 2d 1276 (No opinion)

Actual (or Compensatory) Damages see Wilson v. Donovan, 218 F. Supp 944 (D.C. - La. 1963), affirmed J. Smith and Son, Inc. v. Wilson, 328 F. 2d 313, Cert. den. 85 S. Ct. 31, 379 U.S. 816

Under 5th Amendment U.S. CA. I am entitled to a jury trial I am using & stressing my right to be appointed counsel if this goes all the way to trial.

See Burnell Hendricks V. Coughlin 114 S 3d 340 (1997) also see Cooper v. A Sargenti : CD 877 S 2d 170, 174 2d (Cir 1989)

(Continue Page 8)

(Page 8)

with all meds y/p Sherell a. 055 has tried; the excruciating pain continues, and many sleepless nights, and the most damaging thing is I still can't hear out my right ear and continue to get infections, and have not yet been out for a Ent to see what the extent of the damages are. The ear continues to drain, and I'm in serious pain while the state tries to save money rather than to send me out.

Therefore I'm at the Courts Mercy asking that you get "involved, and order the prison and Medical System to send me to a specialist.

And for the foregoing reason I don't have a job and I only get money every now & then from family on the streets; I wish to enter this case forma pauperis.

Mr. Al-Muhammad Aleek Shabazz (Alias Mr. Roger Dennis Jr.)

Signature: Mr. Al-Muhammad Aleek Shabazz (Mr. Roger Dennis Jr.)

(June 1st 06

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

(client Reged consent)

Al-Muhammad Aleek Shabazz
_____ Name (Print) _____

MHU  Bldg 22  B-1-11
_____ Housing Location _____

April 13
_____ Date of Birth _____

0024-1736
_____ SBI Number _____

3-24-06
_____ Date Submitted _____

Complaint (What type of problem are you having)? My ear has to be flushed and cleaned. It's split, & I can't really hear out of it & It's still swollen happened yesterday 3-23-06 I her nurse should call out It has to be cleaned and I should be getting Motrin & Ointment

Al-Muhammad A Shabazz
_____ Inmate Signature _____

3-24-06
_____ Date _____

**The below area is for medical use only.  Please do not write any further.**

S: Ø order to flush ear.
C/O sever pain Cannot hear out
right ear. Pain meds not working

O: Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

I/M Seen on 3/25/06. Motrin
A: not working wants something
stronger

P: I/M is to have F/U with
provider on 3/30/06. Will request
that I/M be seen earlier

E:

C Braden
_____ Provider Signature & Title _____

3/26/06 @ 1902
_____ Date & Time _____

3/1/99 DE01
FORM#:
MED
263

In The United States District Court
For The District Of Delaware

Al-Muhammad Aleek Shabazz,
n/k/a Roger L. Dennis, Jr.,
　　　　　　Plaintiff,

v.

First Correctional Medical Services, et al.;
Correctional Medical Services, Inc., et al.;
Stanley W. Taylor, and the Del. Dept of Corr,
et al; and Thomas L. Carroll, and the Del. Corr.
Cntr, et al.

　　　　　　Defendants.

Civ. Action No. 06-372-GMS
Jury Trial Demanded

## Plaintiff's First Amendment To Claims For Relief And Injunction

Comes Now, the plaintiff Al-Muhammad Aleek Shabazz, in pro se status, who by a grant from this honorable Court on August 10, 2006, amends his civil action pursuant to 42 U.S.C. §1983 as following:

### Procedural History

1. The plaintiff is an incarcerated inmate at the Delaware Correctional Center, Smyrna, De 19977.

2. First Correctional Medical Services, are the former contractual medical provider hired to facilitate and provide all medical care services for all state prisoner housed under the custody of Delaware Department of Corrections "DOC" Stanley W. Taylor (Commissioner) authority.

3. Correctional Medical Services, are currently employed by Mr. Taylor as the contractual medical provider hired to facilitate and provide all medical care services at Delaware Correctional Center, and state wide under which is ran by the Delaware Department of Corrections.

4. Thomas L. Carroll, is warden at the Delaware Corrections Center, Smyrna, De 19977.

5. I, the Plaintiff (Al-Muhammad Aleek Shabazz) on March 23, 2006, fail and hit my head damaging my right ear while getting of my bunk in MHU #22. I immediately called for a guard because my ear was bleeding and had began to swell also, present as witnesses was inmates (Bryant Cannon and David Smith) who assisted me by applying a wet rag to my ear.

6. After a few minutes (Sgt. Herman and Cpl. B. Burton) arrived and called for a nurse. At which time (L.N. Neal) came and looked at my ear, she then called for another nurse (Sherrell) who said that I might need stitches talking to (L.N. Neal) by way of phone, and told her to bring me to the building infirmary room for examination.

7. After getting there (Sherrell) cleaned up the area and advised me again that it still might need stitches, but never gave to me any. She then told me to come back in a few days to be re-evaluated.

8. On March 25, 2006, (R.N. Kay) gave me an antibiotic for my ear. And at 6:45 pm I was called out and had my ear checked by (L.N. Reader) who informed me that it was still bleeding from the inside and was very discolored. Mrs. Reader further advised me that it was her professional opinion and experince that I should had been sent out when it happened.

9. On March 28, 2006, I hadn't experinced any change in my condition. The antibiotic wasn't working and not only was there still bleeding and discoloration to my ear. But I still was suffering in pain both emotionally and physically. I was able to contact my counselor. Mrs. Atallian who in exchange informed medical, who sent (N.P. Sherrell out, M.A. Adrienne Bianch, M.A. Cane) nothing was done.

9. Since first injuring myself (DOC/DCC) and its medical contractors have refused to provide me with adequate medical treatment. Despite now assessed doctor diagnosis for out medical treatment, nothing continues to get done, irrespected of medical grievances and written complaints to prison and medical officials.

## Claims for Relief

10. The actions of Defendants (Stanley W. Taylor, Thomas L. Carroll, et al) acting under color of state law in their official and individual capacities with knowledge and acquaintance of the deliberate indifference to my serious medical needs, constitutes "cruel and unusual punishment" in violation of the Eighth Amendment of the United States Constitution. Monmouth County Correctional Center & Institutional Inmates v. Lanzaro, 834 F.3d 326, 347 (3d Cir. 1987) (a medical need is serious if it is one that has been diagnosed by a physician as requiring treatment, or one that obviously a lay person would easily recognized by the necessity for a doctor's attention); Estelle v. Gamble, 429 U.S. 97, 104, 97 S.Ct. 285 (1976).

11. The actions of Defendants (First Correctional Medical and Correctional Medical Services) along with its named and unnamed herein employees acting under color of state law in their official and individual capacities with knowledge and acquaintance of deliberate indifference to my serious medical needs. Have demonstrated "cruel and unusual punishment" by failing to provide to me adequate medical treatment in violation of the Eighth Amendment of the United States Constitution. Vinnedge v. Gibbs, 550 F.2d 926 (4th Cir. 1977) (denial of medical care); White v. Napoleon, 897 F.2d 103, 109 (3d Cir. 1990) (deliberate indifference claim stated by allegation that doctor(s) intended to inflict pain on prisoner without any medical justification and ....... the sheer number of specific number of instances in which doctor(s) allegedly, insisted on course continuing treatment that doctor(s) knew was painful, ineffective, or entitled substantial risk of serious harm to prisoner) is intentional maltreatment; Estelle v. Gamble, Id. 97 S.Ct. 285 (1976)

## Relief Requested

Wherefore, the Plaintiff requests that the Court grant the following relief:

A. Issue declaratory judgment stating that:

1. Defendants Taylor, Carroll, et al., working as employees of the Delaware Department of Corrections have violated the rights of the Plaintiff under the Eighth Amendment to the United States Constitution, that constitutes a deliberate indifference to his serious medical needs.

2. Defendants First Correctional Medical, Correctional Medical Services, and their employees have violated the rights of the Plaintiff under the Eighth Amendment to the United States Constitution, constituting a deliberate indifference to his serious medical needs.

B. Issue a injunction ordering that Defendants Taylor and Carroll or their agents to:

1. Immediately arrange and pay for the Plaintiff to be seen by a Ear Specialist (not affiliated) with any of the Defendants in this case.

2. Immediately arrange for the Plaintiff to begin recieving adequate pain medication for his ear and medications needed for the treatment of a busted eardrum".

3. Immediately issue after review by the Ear Specialist their finding a report to this Court within 10 days of its assessment for re-evaution and/or forms of continual treatment to be served upon the Plaintiff. Wherewhich, this Court shall make an order to discontinue or continue the necessary forms of effective treatment to the Plaintiff.

C. Award compensatory damages in the following amounts:

1. $25.000 severally against Defendants First Correctional Medical and Correctional Medical Services, et al., for the emotional and physical injuries sustained as a result of the Plaintiff denial of medical care.

2. $5.000 severally against Defendants Taylor and Carroll, et al., for knowingly neglecting to provide the Plaintiff with the necessary care and treatment deserving of the Plaintiff for his serious medical needs, at the hands of their contracted medical personnel deliberate indifference &

D. Award punitive damages in the following amounts:

1. $10,000 each against individuals directly associated with the denial of the Plaintiff's medical treatment employeed by First Correctional Medical or Corrections Medical Services, et al.

2. $15,000 each against Defendants Taylor and Carroll, et al., for the continual neglect and failure to act to the serious medical needs of the Plaintiff.

E. Grant such other relief as may appear that Plaintiff is entitled to.

Dated: October 17, 2006

Ali-Muhammad Aleek Shabazz
Ali-Muhammad Aleek Shabazz #241736
Delaware Corrections Center
1181 Paddock Road, P.O. Box 500
Smyrna, Delaware 19977

Sun 10-6-06 11:15am Cb J Stanley w/m Cla Mills witness & Blk
officer shook my cell D40 ☆ Doom Cb Stanley c/d
I don't get along cell in to same token his fair and
covers his back and I asked me what I pissoff
because they told him to shake my cell down
he let me know it wasn't his stuff Clo Stephanie
Perry is also a part of this scheme and equation
due to My allegations against sgt. J S Loyd on Tuesday
Oct 3rd 06 10:30 PM I right before we were called
for Ramadan up to the Chapel. Clo Hellbrod w/m
in Chapel / C/o T. Mills w/s know 7A NWTIP s/h shirt Clo T. Stanley w/m
Cpl. S. Bane / He told me direct that it wasn't his stuff
and whom it was /


10-7-06 Spoke to Cpt. Kail Henggeld blk told me
10-10-06 Lucinda and I had words, told her you aren't going
to be satisfied until you go to court, so she spoke real
slick, and I told her not to plan yourself. I am going
to file a grievance on her as well and a letter to
her boss John, because he did nothing the first time here
I had problems / 9:20 back in the old sgt. S Loyd blk spoke
real slick I'm tired of these clown ass people. I verified
pms?

Tuesday Oct 31st 06 Sgt Neddinger was in Charge of the Bldg I
had to go to meds somehow my med card came up missing
after Sgt Steven floyd and I had a dispute the day before,
Some of his co-workers said Sgt. floyd disposed of my
card, so I spoke to Nurse Lucinda Cpala at the med
window she said she would take care of it and speak to
Floyd. 9:30 am I was called to see Chaplin Frank
Pennell So I went to see him But I also had to
see Counselor Kevin Fletcher from 10 am to 11:30 am
we talked and some surprising crap came up
on the Computer. 3 write-ups that are bogus, but
the most surprising was the write up from Stephanie
Perry after my visit 10-05-06 my people met with
the Warden & I/A got assault Charges against
Sgt. S. Floyd They called Floyd up 1 pm & Thats
when Perry wrote me up Conflict of interest
Both ways Today Nov. 2nd 06 She said medical
didn't want me unless they call I told her
I come up everyday at 9 am She said she didn't
see my card floyd ripped it up. She said
she's tired of being caught up in the middle
of this war between him and I 9:30 am Classification
Lt. Porter with Kevin Fletcher th another counselor 10 am
Cpt K. Hazzard Investigating Conflict of Interest Evelyn
Stevenson wont due any of my classifications

due to conflict of interest. B. H. Williams Sr. They asked to have all write ups A.S.A.P. Mon or Wednesday. Holiday Tuesday.

11-03-06 6:17pm Grievance on Cpl. M. Burton Sat to Major James Scarborough & from Lieu. M. Merson

11-06-06 3:15pm Saw Shana Clark N/P Suppose to be able come get meds as ordered everyday at 9AM GPTWP Shahida & mental health Appt. tomorrow afternoon/

10-25-06

9:30nm Lucinda Opels gon tell me to have the Bldg to call about me picking my meds out I told her that the sgt's. Floyd and I don't get along like that. She said if you want your fuckin meds you'll have them call.

write
security Cpl. M. Burton Telling to Katherine Kastor about me Major Scarbough Instead of doing her security job, she's worrying about medical.

Sharigua took my Blood pressure. It was 139/102

10-30-06

2:30pm Sgt S. Floyd pulls me off the tier Handcuffs and threatens me, and then ran some B/S Story down to Lt. Silas before Silas took the Handcuffs off/ Silas threaten to Spears me if I got disorderly and threatening which I never was. Floyd Blanter lied because there is a paper trail of Harassment and assault on Cpt. Karl Hazzards desk, and I wrote it up to the Warden, but it looks as if I haft to also take this to the Security Chief, because I picked up my 1st B/S Major from Floyd in over 3 yrs. I will be getting my people Involved and the

senator's and everyone else as far as my lawyer
and so forth/ This will not continue, and I'm
going to make sure to press this issue to the
fullest. I'm waiting on the preliminary hearing
for the bogus write up - 2:42 pm.

10-25-06 When Steven Floyd the Sgt tried to give me a ultimatum
between mine visit or meds C/o Stephanie Terry did a bogus
write up because I pressed assault charges on Sgt Floyd
He was called up front to W/a & by the Warden when
this bogus write up took place. She's the same one
that stood in between us, and told me to just walk
away. She never advised or told me I was getting
a write up for being assaulted/ It's all retaliation
10-31-06 Sunday sat down with Counselor Kevin Sletcher from
10am to 11:15am about everything from vindictiveness/Conflict of
Interest so forth, and the open case write-up from the kitchen
which everything is on medical file and I had to leave work
everyday for pain and Vicoden, and blood pressure Checks
Medical treatments per Dr John Durst/ 8-29-06
Last write up open Bogus by Sgt S. Floyd/ & Lt
Salas on Mondays Oct 30-06 I had already sent
letters & assault charges to Cpt Hazzard & warned
everyone this would happen.

Catherine Harris 6:15pm Apprehete Def Parvich / c/o Lt's Ryans lied to him/higher up/Cpt. Heggens

8. Kitchen Manager Sheryl Morris

L. Tournsley W/Cons

S. Bayer W/Witness

Christine Alexa Bayssinger W/a

Christine Gore

2. Poole B/a

S. Ayres B/c

Kathy Seaton W/trn/Hosp

Lucinda BK B/a

G. Dailoey Pryor W/stm

C/o M. Strain B/m

Nurse Debra Washington Dominican

Sharon D/s

Stephanie

Tisha

Crystal B/a Y-ns

Jessica W/a Y-ns

Shona

S-1 Counselor(Minor)

Harmon BK

B. Pressley d/Sgt Kitchen

Maxwell or Kee Se Crosser

Deal Ballor

12:50 pm
Tuesday Aug 29th
suspended with pay from 9-29-06 then Not going to be suspended

12:47pm Kitchen Manager Sheryl Morris & Staff Sgt S. Agnes said spoke to medical, but didn't tell me the name of whom they spoke to they said I'm not suppose to come up everyday. I got blood pressure checks, and medical treatment & Pain meds for right ear that I still can not hear out of. I have a pink card that I haft to go back to the Bldg to get. I'm going to file medical grievance and suit for denial of treatment. I don't know whom Sheryl spoke to, but they lied. with Deputy Wardens Secretary Sue Walls & Capt J. Y. Henry & Shift Commander. Warden T. Caroll. I argued with Lucinda, and they pulled some dumb shit and Cathy Searon Head nurse Katherine Sheryl told me I couldn't leave at 4pm I'll straighten this out/

Ms. Crystal spoke to time
spoke to Debra Washington 4:30pm Before leaving left her's office
after spoke to Sheryl she gave me a white pass 1:30 pm

Sgt Sloyd and C/o Stephanie Percy tried to Intimidate me and Insult my character/ They said Sheryl Morris Terminated me /which

4:43pm back from medical Is outta order/ I got back to the spoke to Henry for Mental Health Bldg 2pm C/o Treadway signed a did Reports Sgt John with Hof Medical pass I will be forwarding everything to & and I will

( Chronic Care )

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

alias mr. Roger Dennis Jr.

Al-Muhammad Aleek Shabazz        B-Bldging D #40
_____      _____
Name (Print)                                               Housing Location

April 13th           00241736          Aug. 12th 06
_____        _____      _____
Date of Birth              SBI Number                    Date Submitted

Complaint (What type of problem are you having)? Pain Med. Vikative is About
to Run out for Right Ear. Dr. J. Duest said it will continue
until I go out to ENT Specialist. Ear continues to
drain. Sharp pains In Stomack lower left Side Near abdominal and
Pelvic area. Need EKG Done and continunse with weekly blood pressures check

Al-Muhammad Aleek Shabazz        8-12-06
_____      _____
Inmate Signature                                              Date

**The below area is for medical use only. Please do not write any further.**

S: Your medication has been renewed & you
are scheduled to be seen KJ 8-15-06

O:   Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

RECEIVED
AUG 14 2006

_____      _____
Provider Signature & Title                            Date & Time

3/1/99 DE01
FORM#:
MED
263

_(Union al Care) Emergency Medical Unit_

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

A.K.A. Roger Dempsey

Al-Muhammad Aleek Shabazz
Name (Print)

E-Bldging Dtier
Housing Location

April 13th
Date of Birth

00344736
SBI Number

9-5th-06
Date Submitted

Complaint (What type of problem are you having)? Serious pains in the stomach, Blood-pressure been running high, ear still draining right ear serious migraine headaches, blurred vision, Plus I need Dr. J. Durst to straighten Bloodpressure Checks out been having hard time breathing, and catching breath due to Asthma Bronchical. Creative meds runout soon need extended order and medical Card. Al-Muhammad Aleek Shabazz aka Roger Dempsey
Inmate Signature

9-5-06
Date

**The below area is for medical use only. Please do not write any further.**

S: the Dr. has seen you 2 times in the past month — You explained to me in person on 8-30-06 that

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____
you were anxious over losing your job. Anxiety can cause

A: all of the symptoms you are experiencing above. Medical can only verify that your B/P

P: Checks are ordered for security — we can not change their decision about your job. your inhaler order is still good — you may come to pharmacy

E: window between 1:00 p.m & 2:30 p.m

SEP 6 2006

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

(Chronical Care) (Emergency) (Medical Attn) (Immediate Httn)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

AKA Mu Ragi Denni's Jr.

Al-Muhammad Alook Shabazz                    E-Bldging Etier
_____                  _____
Name (Print)                                 Housing Location

April 13 th            00341736            Sept 7th 06
_____          _____          _____
Date of Birth              SBI Number              Date Submitted

Complaint (What type of problem are you having)? I didn't ask for your opinion, I requested to see Dr Durst as I was supposed to have been scheduled 2 1/2 weeks ago. Again I am having severe stomach pains which I've been scheduled for a sonagram, My ear I think is still infected right Ear draining, that I'm totally deaf in, Vibtins meds painmed for ear is about to runout, Also I'm having a hard time catching my breath from asthma Bronchidal, and my blood pressure been running high. This don't have anything to do with my job right now. I'll dealwith that accordingly. Thats not your business. My health is. Dr Durst ordered a backbrace I still don't al-Muhammad alook Shabazz                    9-7-06
have yet.            _____          _____
                    Inmate Signature   aka Ragi Dennis Jr.              Date

**The below area is for medical use only. Please do not write any further.**

S: you are scheduled to see a nurse
(practioner). Dr. Durst has not
been available recently, not sure

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

when he is returning. if your
shortness of breath is not resolved
A: with use of your inhaler, then
please notify security so you can
be see for an urgint sick call.
P:                                   KK 9-8-06

E:

RECEIVED
SEP 8 2006

_____                    _____
Provider Signature & Title                     Date & Time

3/1/99 DE01
FORM#:
MED
263

| Disciplinary# | | |
| --- | --- | --- |
| 1025741 | | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date:  **07/02/2006**

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit Bldg C | | IR#: 1033553 | | |
| --- | --- | --- | --- | --- | --- | --- |
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00241736 | Dennis, Roger L | DCC | Bldg.14 Chow Hall A | | 06/29/2006 | 11:50 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 2.10/200.213 Lying

| Witnesses:1. N/A | 2. N/A | 3. N/A |
| --- | --- | --- |

## Description of Alleged Violation(s)

On June 29, 2006 At Approx. 1150 Hours I, Lt. Paul Harvey Ordered I/M Roger Dennis To Sit At A Specific Table Which Still Had Two Empty Seats As He Was Attempting To Pass By The Table To Sit At An Empty Table. I/M Dennis Responded By Informing Me That Someone Had Spilled Water On The Table. I Observed The Table Which Did Have Water Spilled At One Of The Empty Spaces. I Ordered I/M Dennis To Sit In The Dry Seat Where There Was No Water On The Table In Front Of That Seat. I/M Dennis Responded "You Want Me To Sit There?", Pointed To The Dry Seat, And I Said "Yes, It'S Not Wet There.¿ And Nodded My Head In An Up And Downward Motion To Say Yes. I/M Dennis Then Proceeded To Bypass The Table And Sit At Another Table When I Turned My Back. After I/M Dennis Exited The Dinning Hall He Approached Me And Said That He Did Not Hear Me Tell Him To Sit At The Table Where One Of The Seats Were Wet Because He Has Trouble Hearing Out Of One Of His Ears. I Then Explained To Him That He Had Even Responded To Me And A Brief Conversation Occurred. I/M Dennis Began To Argue The Issue With Me And I Ordered Him To Return To His Housing Unit With The Rest Of The Inmates Who Were Already Standing At Sp 20 Gate Waiting To Go Back To T1 And T2 Bldgs. I/M Dennis Then Yelled "That Aint Right And You Can Bet Major Holman Will Find Out About This". I Then Informed I/M Dennis That That He Would Be Receiving A Write-Up.

Reporting Officer: Harvey, Paul  (Staff Lt./Lt)

## Immediate Action Taken

Immediate action taken by: Harvey, Paul  -Staff Lt./Lt

Refered I/M Roger Dennis To The Major Adjustment Board

## Offender Disposition Details

| Disposition: N/A | Date: N/A | Time: N/A | Cell secured? No |
| --- | --- | --- | --- |

Reason: N/A

Disposition Of Evidence: N/A

## Approval Information

Approved: [x]    Disapproved: [ ]   Approved By: Burman, Barry M (Staff Lt./Lt)

Comments: N/A

## Shift Supervisor Details

Date Received:         Time:          Received From: Burman, Barry M

Shift Supervisor Determination:

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Burman, Barry M (Staff Lt./Lt)

| Disciplinary# | DCC Delaware Correctional Center | Date: 07/02/2006 |
|---|---|---|
| 1025741 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

Disciplinary Type: Class1    Housing Unit Bldg C    IR#: 1033553

I have received a copy of this notice on **DATE:** 7-2-06  **TIME:** 2253  and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing
Officer:**

**Offender:**

Dennis, Roger L

07/02/2006
1025741

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**
Date: 07/02/2006

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: Dennis, Roger L          SBI#: 00241736     Housing Unit: Bldg C

1.  You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2.  At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
    How do you plead ? [  ] Guilty       [ X ] Not Guilty

3.  A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Written Reprimand
    b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4.  A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Loss of one or more privileges for a period of time not to exceed 90 days.
    b. Confinement to assigned quarters for a period of time not to exceed 90 days.
    c. Isolation confinement for a period of time not to exceed 90 days.
    d. Loss of good time for a period of time not to exceed 90 days.
    (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5.  You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6.  Counsel requested      **No**                    Name of Counsel: ,

7.  Confront accuser?      **Yes**

8.  Witness requested?      **No**                   Name of Witness: ,

I certify that on **07/02/2006**   at **20:27**  , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

(Employee's Signature & Title)
Burman, Barry M

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

(Inmate's Signature)
Dennis, Roger L

**Page 1 of 2**

Delaware Correctional Center
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

DR # _102_
_5747_

Date: _7-14-06_

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☒ Class I (Major)   ☐ Class II (Minor)   ☐ Summary (24 Hour LOAP)

Inmate: _Dennis, Roger L._ SBI#: 00 - _241736_
Institution: Delaware Correctional Center   Hearing Date: _5/4_   Time: _0935_

Inmate Present: ☒ Yes   ☐ No

Reason (If No): _____

Violation: _d+t bath - ff JD - W_
Inmate Plea: _____
Inmate Statement: _Offender states he never yelled or disrespect Lt. The_
_does have trouble hearing out of one of his ear. The sit was wet-_
_so was area. Offender Gallidon state he was not notified W_
Witness Name: _later all written up._
Testimony: _____

Witness Name: _None_
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: ☐ Guilty   ☒ Not Guilty   ☐ Further Investigation
Rational: _Was on leg possibility doe exist accuse did_
_not hear accuse. H/O note accuse did not com-_
_municate with confinse accuse._

Sanctions: _None_

Hearing Officer's Signature _____

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☒ I do not intend to appeal.

X _Al-Muhammad A. Shahzza (L. Dennis Jr)_
Inmate's Signature

## ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal.
☐ Sanctions have been modified

☐ Appeal has been denied by Commissioner or Designee
☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____ Time: _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

June 7, 2006

Al-Muhammad Aleek Shabazz, 241736
22
BL11

I received your letter. I am sorry to hear about the deaths in your family. I am preparing a note now to have the Chaplain come and speak with you and see if he can give you a call. I also was in contact with Miss Monet and advised her that I would be doing a Chaplain referral.

The mental health meeting is tomorrow. Your case will be brought up about you seeing a specialist. I have already e-mailed it about the agenda.

I will keep you posted as new information arrives.

Cindy Atallian
Counselor – 22

AM A.S Received
June 8th 07
4pm 12 shift

May 31, 2006

Al-Muhammad Aleek Shabazz, 241736
22
BL11

I returned from vacation last week and found three letters from you. Unfortunately, I had over 100 letters after being gone a week, so it is taking a little time to answer all of them. I will try to address your concerns.

Anytime I think S/Lt. Profaci can help with an issue, I try to copy her so that she may be able to help. There are some areas of concern where I just do not have any authority, and I appreciate her help.

I would not place much merit on hearsay. If I have a problem with an individual, I would tell that person or put it in writing or ask for extra staff. I do not know who is telling you stories but that is what it is – a story. I like to be professional with all of my clients, and I generally receive that respect back. That is how you have always been in your requests and dealings with me. I do not know where the rumor started, but do not worry about it because there is no merit in rumors.

I am sorry to hear that you have not been to the specialist yet.

I did send out some good new yesterday. You have been approved for medium, and you are on the list to move.

The Chaplain should be here today, so I will talk to him again about getting back with you.

I cannot complete an affidavit unless higher authority advises me to do so.

Medical may want to speak to Records about your name change as they would receive the official notice, and they could confirm whatever was needed.

Since you are going to the building to complete Family Problems, you will more than likely move faster than others just waiting to go to medium. It should not be long now.

Thank you, and if you have any other questions, don't hesitate to write.

Cindy Atallian
Counselor – 22

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate Roger Dennis , SBI# 241736 , Housing Unit 22
VIA: Counselor  Attallion
FROM: I.B.C.C.
DATE:  5/16/06
RE: Classification Results

Your M.D.T. has recommended you for the following: Med, Family Problems, Academics, A+P, MH, Crew or Kitchen

The I.B.C.C.'s decision is to:

_✓_ Approve _____

____ Not Approve _____

____ Defer _____

____ Recommend _____

**RECEIVED**

____ Not Recommend _____

**MAY 3 0 REC'D**

**Treatment Services**

### BECAUSE:

____ Lack of program participation
____ Pending disciplinary action
____ Gradual phasing indicated
____ Open charges
____ Prior criminal history
____ Failure to follow your treatment plan in that you _____

____ Time remaining on sentence
____ Prior failure under supervision
____ Poor institutional adjustment
____ Serious nature of offense

____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev 11/06 _____

### ADDITIONAL COMMENTS:

____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456
Revised 11/97

## Delaware Department of Correction
## Health Care Services Fee Sheet

Shabazz Muhammad
Aha

**Inmate Name** Dennis Rogers                    SBI # 341736

(Last, First MI)

**Facility** DCC                                 **Date** 6/5/06

|   | **Chargeable Visit** | **$4.00** |
|---|---|---|
| ✓ | **Non Chargeable Visit** | **-0-** |
|   | **Medication Handling Fee ($2.00 X ____ )** | **$____** |

## Total Amount Charged To Inmate Account          $ 0

**Health Care Staff Signature:** KC

---

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

**Inmate Signature:** _____  **Date:** 6/5/06

**1) *Witness Signature:** _____  **Date:** _____

**2) *Witness Signature:** _____  **Date:** _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office        Posted/Entered by_____        Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

*Emergency attn*

## FORM_ #585

## MEDICAL GRIEVANCE

FACILITY: DeLaCour Center        DATE SUBMITTED: ▓▓▓▓▓

INMATE'S NAME: Al-Muhammad Abook Shabazz (Roger Dennis Jr)   SBI#: 00241736

HOUSING UNIT: MHU Bldg 22 B-2-11        CASE #: 42503

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 10:13 Am

TYPE OF MEDICAL PROBLEM:

Nurse Sharè Quannè Neal has a serious problem. The Technician was in the Medical Dept. with her when she said there is a discrepancy with my meds 1 week or so is unaccounted for. She said I'm going to haft to start signing for my meds or I will no longer get KOP. The problem is she said this in a threatening manner. She said I got meds on my 8-Day ▓▓▓ and 1 week of my meds all unaccounted for. I never got any meds on the 13th of April. She tried to call me a liar in my face. I'm muslim and I deserve the respect I give. Since she got this head nurse spot she's been out of control. She's about to find herself in court. So what I'm saying is she needs to do her job, and stop being Judgemental of me. I'm not a child I'm a grown man. My counselor Mis. Cindy A. Atallian has also *cont on pages →*

GRIEVANT'S SIGNATURE: Al Muhammad Abook Shabazz   DATE: 5-5-06

alias Mr Roger d Dennis Jr.

ACTION REQUESTED BY GRIEVANT: That I get the respect I give, and also that I get my meds without a big hassle, and that this head nurse apologizes for her actions, and respects me as I respect her job position, and that her boss Jeremy Investigates this matter thoroughly and comes up with a appropriate Solution that works for all of us.

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**

**MAY 12 2006**

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Inmate Grievance Office

been notified of this issue with RN Quanni Neal. I don't know if its a personal grudge or what. She's never been out of control like this before the Head Nurse spot. I know I'm not the only convict that has raised issues & grieved her, and I won't be the last. There's also been a problem with my name. My name Al-Muhammad Aleek Shabazz is legal By the Courts, and my alias is Mr. Roger Dennis Jr. Dob 4-13-69. This issue has also been raised before. Quanni told me if I don't put Both names on sickcalls I won't be seen, and that's a threat, and a violation of my rights and my first Amendment. Respect my name. It's been Changed since 1987 for Religious Reasons. It's legal. Go to the SBI and Court data Base, and see what they use.

Al-Muhammad A. Shabazz
A.K.A. Roger L. Dennis Jr

Mar 5th 06

Clinton

My witness is Officer Passley

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 (Inmate Grievance Procedure) to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____  **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____  **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

  _____ Disciplinary Action        _____ Parole Decision        _____ Classificatbn Action

_____  **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____  **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

_____  **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____  **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓  **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

Inmate Grievance Chairperson                                      5-27-06
                                                                  Date

Department of Correction. Such individuals may only effect a name change by petitioning the Court of Common Pleas as follows:

(1) Individuals subject to the supervision of the Department of Correction shall be prohibited from adopting any names other than their legal names or otherwise effecting name changes, except as provided in this subsection.

(2) When, based upon testimony or sworn affidavits, the court finds that a petition for a name change of an individual subject to the supervision of the Department of Correction is motivated by a sincerely held religious belief, the court may grant such petition. In any case in which an individual subject to the supervision of the Department of Correction petitions the Court of Common Pleas for a change of name, the Court shall provide notice and opportunity to oppose the name change to the Department of Correction and shall permit it to submit any appropriate documentation in support of its opposition.

(3) If an individual is granted a name change pursuant to paragraph 2 of this subsection, he or she must provide all names previously held or adopted, as well as his or her legal name when signing any legal document or providing information to a law enforcement officer.

(c) The granting of any name changes pursuant to this subsection shall not restrict the Department of Correction from maintaining institutional files or otherwise referring to individuals by the names under which they became subject to the Department's supervision. (27 Del. Laws, c. 264, § 1; Code 1915, § 4657; Code 1935, § 5115; 10 Del. C. 1953, § 5901; 59 Del. Laws, c. 512, § 1; 67 Del. Laws, c. 103, § 1; 70 Del. Laws, c. 479, § 1.)

**Cross references.** — As to petition for change of name, see Civil Rule 81 of the Court of Common Pleas.

**Revisor's note.** — Chapter 15 of Title 13 was revised by 59 Del. Laws, c. 350. By this revision, jurisdiction over all actions for divorce is in the Family Court. Further, for present provisions similar to former §§ 1504 and 1536 of Title 13, referred to in this section, see §§ 1511 and 1514 of Title 13.

**Effect of amendments.** — 59 Del. Laws, c. 512, effective July 22, 1974, divided the former

section into two sentences by substituting a period and "The petition shall set" for "setting" at the beginning of the second sentence, substituted "Court of Common Pleas' Court" in the first sentence, and a sentence.

67 Del. Laws, c. 103, effective rewrote the last sentence.

70 Del. Laws, c. 479, effective added the (a) and (b) subsection added (c); and made stylistic ch

# CHAPTER 61. CONDEMNATION

Sec.
§ 11. Costs.
§ 114. Deposit of award.

## § 6102. Jurisdiction of Superior Court; filing of c

**Application to inverse condemnation.** — General principles of statutory construction suggest that had the General Assembly intended that inverse condemnation actions be included within the statutory scheme of condemnation, it would have so provided.

Delmarva Power & Light Co. v. Del. Super. Ct., 523 A.2d 973 (

For venue purposes, inverse condemnation and condemnation are separate entities. The lack of a venue statute specifically covering inverse condemnation requires examination of

FORM  #584    *DENNIS, ROGER*

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center    DATE: 8-29-06

GRIEVANT'S NAME: Ali Muhammad A. Shabazz    SBI#: 00241736
aka Roger Dennis Jr.
CASE#: _____    TIME OF INCIDENT: 1:30pm

HOUSING UNIT: E - Bldg  D#40

RECEIVED

AUG 3 0 2006

DCC Warden's Office

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Kitchen Manager Sheryl Morris suspended me from Main Kitchen
because she said I lied about my medical treatment everyday
at 1pm, but its on record and signatures of nurses or Dist that
I've been seen by for blood pressure treatments and everyday meds
that I half to take for pain due to being totally deaf at this time
in my right ear & a blood clot & swelling and drainage. She tried to
deny me of going to medical so I went to the next level, and
spoke to Kline whom is over top her in the kitchen. Inmates &
Lt. Seahman told Sheryl I went above her and was talking to Kline
but she can't write me up for anything nor terminate me, because
I followed the Chain of Command.

ACTION REQUESTED BY GRIEVANT: That I be able to obtain another job
without any delay, and that this wont hinder me due to her
unprofessional behavior and conduct and that she wouldn't
with big her superiors bring I can't request action against
her.

GRIEVANT'S SIGNATURE: Ali Muhammad A. Shabazz    DATE: 8-29-06
alias Roger Dennis Jr.

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____ (YES)    _____ (NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

SEP 1 1 2006

Inmate Grievance Office

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

___✓___ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    ___✓___ Disciplinary Action        _____ Parole Decision
_____ Classification Action    *102 7052*

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

_9.27.06_
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

( Chronical Care Immediate )

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Alias Mr. Roger Dennis

Al-Muhammad Aleek Shabazz                    E-Bldging D#40
_____              _____
Name (Print)                                  Housing Location

April 13th                    00241736        11-12-06
_____   _____  _____
Date of Birth                     SBI Number    Date Submitted

Complaint (What type of problem are you having)? Migraine headaches, blurred vision, constant Ear pain and drainage in the right ear, excruiating pain in the stomach. Burns when I urinate, sinuses draining, coughing green mucus. Request to Be Seen By Dr. VonDusen not a nurse Practitiner. I requested Not to be seen by Shama Chuko before. Plus I want to know about my

Bloodpressure Checks. Al-Muhammad Aleek Shabazz                 11-12th 06
lower back pain.  _____              _____
                  Inmate Signature                               Date

**The below area is for medical use only. Please do not write any further.**

S: Already scheduled w/ MD/MLP. - gm
_____
_____

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____
_____
_____

A:
_____
_____

P:
_____
_____
_____
_____

E:
_____

_____              _____
Provider Signature & Title                    Date & Time

**3/1/99 DE01**
FORM#:

NOV 1 6 2006

285
280
281 Medical

~ emergency attn ~

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Alias Roger DANNIS Jr

Al-Muhammad Aleek Shabazz _____ E-Bldg D#40
Name (Print)                                      Housing Location

April 13th _____ ①④②④1736 _____ 11-17-06
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having? I've put 5 chronical sickcall slips in about my ear & stomach & this recent rash on my arm thats irritated and obviously I'm being disrespected, because I haven't been put on the list nor seen for more of my problems. Request to see M.D. VonDusen. Not NP Shema period

Al-Muhammad A. Shabazz  aka Roger Dennis Jr    11-17th 06
Inmate Signature                                      Date

**The below area is for medical use only. Please do not write any further.**

S: You are scheduled to see health care professional

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

_____          _____
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED

# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

A.K.A. Roger Dennis Jr.

Al-Muhammad Aleek Shabazz    E. Bldng D #40

_____    _____    _____
Name (Print)                                                    Housing Location

April 13th    00241736    9-18-06
_____    _____    _____
Date of Birth                     SBI Number                   Date Submitted

Complaint (What type of problem are you having)? Sinus are really acting up
and out of control coughing up a lot of cold sore throat and
migraine headaches seems to be worst, and stomach pains, my ear that
I'm totally deaf in continues to drain and in serious pain. (Right ear)
for ENT & Plus my lower back is really in pain waiting on back brace also scheduled to go out
Sonogram

Al-Muhammad Aleek Shabazz aka Roger Dennis Jr    9-18-06
_____    _____
Inmate Signature                                          Date

### The below area is for medical use only. Please do not write any further.

S: Scheduled to nurse sick call    DN

O: Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

_____    _____
Provider Signature & Title                              Date & Time

*(Emergency)* *(attn)*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  (MENTAL HEALTH)

A.K.A. MR. Roger L. Dennis Jr

Al-Muhammad Abek Shak ee          E-Bldging J# 40
_____Name (Print)_____        _____Housing Location_____

April 13th 69      00284173G      10-84-06
__Date of Birth__   __SBI Number__   __Date Submitted__

*RECEIVED OCT 26 2006*

Complaint (What type of problem are you having?)  I need to see Mental Health Counselor. Need to talk to you personally. Can't be discussed with anyone else.

Al-Muhammad Abek Shabazz          10-24-06
___Inmate Signature___ aka Roger Dennis   ___Date___

**The below area is for medical use only.  Please do not write any further.**

S: Scheduled    10-27-06   08:00

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

_____Provider Signature & Title_____        _____Date & Time_____

3/1/99 DE01
FORM#:
MED

(Emergency Attn)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  (MENTAL HEALTH)

AKA Mr. Roger R Dennisoe.

Al-Muhammad Aleek Shabazz
__Name (Print)__

S. Bldging D#40
__Housing Location__

April 13th
__Date of Birth__

00241736
__SBI Number__

11-03-06
__Date Submitted__

RECEIVED NOV 03 2006

Complaint (What type of problem are you having?) Emergency Attn to Mental Health
Mr. Denis. I need to see you. It is an extreme Emergency. It can
not wait. Life & death situation. Please Schedule me Immediately.

Al-Muhammad Aleek Shabazz
__Inmate Signature__    aka Roger Dennis Jr

11-03-06
__Date__

### The below area is for medical use only.  Please do not write any further.

S: Scheduled   11-08-06   1300

O:   Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

_____        _____
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

A.K.A. Robert Dennis SSR

Al-Muhammed Abak Shabazz
_Name (Print)_

April 13th
_Date of Birth_

E-Bldg D# 40
_Housing Location_

00 241736
_SBI Number_

11-03-06
_Date Submitted_

Complaint (What type of problem are you having)? Wat of pain in the stomach, and in the right ear still draining, and sinuses getting worse. Constant migraine headaches. Blurry vision, and Dr. VanDuren added constant Blood pressure checks as needed, and the 3 times that's happened its been real high, but it hasn't been done since, because I've been having troubles with staff members, medical saying I'm not suppose to be up there or have to be there, when my medical file says different. Conton (white paper)

Al-Muhammed Abak Shabazz
_Inmate Signature_    aka RogerDennis Jr

11-03-06
_Date_

**The below area is for medical use only. Please do not write any further.**

S: You have been scheduled with provider.

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____                    _____
Provider Signature & Title                         Date & Time

**3/1/99 DE01**
FORM#:
MED
263

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Sola Com Center          DATE: 11-07-06

GRIEVANT'S NAME: Al-Muhammad Aleck Shabazz   SBI#: 00241736
AKA Roger Dennis Jr.

CASE#: 83023          TIME OF INCIDENT: 8:50 A.M.

HOUSING UNIT: E-Bldging S#46

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

At 8:50 am Sgt Floyd was at the desk again he asked me where was I going, and I
said to meds he told me I wasn't going anywhere got out his office, so I called Stephanie
Perry to verify she straightened this out that I go get meds everyday at
9am, and the morning Sgt Floyd told her I ain't going me where as long as
he was the Bldging. She showed him the list and everything he said that
didn't mean anything that Ms. Yardusa said I don't come over unless called
for - which he was misinformed, so he called Nurse Lucinda Opels while I
was out in the yard and then he called me, and sent me over, because
she told him I get meds everyday, I missed meds 3 days in a row because
of his harassment & retaliation: He can not come between my emergency med
situations, He's no nurse Dr. and he has no medical degrees.

ACTION REQUESTED BY GRIEVANT: What this is dealt with by Cpt. Paul Hazzard
and Security Chief Major J. Scarborough, and Deputy Warden David
Pierce, because this medical me mess to get meds instead of passed
was done by Pierce. Only diabetics get cards. Immediate and appropriate
action taken in his supervisors, and I/A when has him under investigation
on a assault charge pressed by me.

GRIEVANT'S SIGNATURE: Al-Muhammad Aleck Shabazz DATE: 11-07-06
aka Roger Dennis Jr.

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____ (YES)  _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____      DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

NOV 13 2006

Inmate Grievance Office

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

___

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*This cannot request disciplinary action against staff.*

_____
Inmate Grievance Chairperson

11-25-06
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

*Emergency grievance against Sgt Steven Sloss*

**FORM #584**

**GRIEVANCE FORM**

ROGER DENNIS

FACILITY: _Dela Corr Center_                    DATE: _11-06-06_

GRIEVANT'S NAME: _Al-Muhammad Abeok Shabazz_    SBI#: _00 24173_
aka Roger Dennis Jr

CASE#: _5 3 00 8_                    TIME OF INCIDENT: _8:55am_

HOUSING UNIT: _2- Bldg D#40_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

At 8:55am Shop called Hospital, Kitchen Workers, so forth & I went out to get my
pass because I got meds everyday at 9Am Sgt Jones is Running the Bldg
but Sgt Steven Sloss asked me where I was I going I said to get meds
like I do Everyday he said you are not on the list sir I have a
good day; I didn't argue I'm filing this paperwork as I was
told to do. I don't use a med call anymore, because Deputy Warden
David Pierce said their only for Diabetics; so we are on a EZ-Pass
list off the Computer put out less medical. He's still retaliating
and harassing me. I'm not going to argue with him I'm going to
keep this paperwork it then also. He said I'm on the list for 4pm & 2pm today.
I'll straighten it then also. The nurses don't call for you.

ACTION REQUESTED BY GRIEVANT: _Shot Cpt Karl Hazzard our area Cpt deals
with this problem a.s.a.p. so I takes the appropriate action
against this officer for Violating my rights to get pain meds that
I need for my health and that the Security Chief/Major James Scarborough
is made aware of the problem and Deputy Warden David Pierce._

GRIEVANT'S SIGNATURE: _Al-Muhammad A Shabazz_    DATE: _11-06-05_
aka Roger Dennis Jr

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**

NOV 13 2006

Inmate Grievance Office

April '97 REV

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*You WERE NOT ON THE MEDICAL APPOINTMENT LIST UNTIL 1:00 PM*

_____     _11-25-06_
Inmate Grievance Chairperson                 Date

Form#: 584 (F&B)
(Reverse Revised July '99)

**E**

# MED PICK-UP FOR 11-21-06

Tell M. Williams 1pm was in the window

Cobb, Jeffrey

Bowdey, Thomas

Thompson, David

Folks, Joseph

Ducote, Glenn

Parker, Ronnie

Mulkey, Freddie

McCorkie, David

Paskins, Demetrius

Nicholson, Ronnie

Whalen, Frank

Workman, Corrl

Barlow, Rodney

Williamson, David

Horston, David

Cordero, Rogelio

Shabazz, Muhammad

Hardy, Lentford

Samuels, Reginald

McCabe, Donald

Watson, Arthur

Johnson, Bernard

Brown, Winfred

Kelly, Edward

Rodriguez, Juan

Reed, James

Stokes, Walter

Hassett, George

Carvello, Michael

~~Stigger, Robert~~

Rampmeyer, Robert

Delhotal, Daniel

Roth, Richard

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 01/25/2007

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** DENNIS, ROGER L
**Grievance # :** 85324
**Status :** Unresolved
**Grievance Type:** Health Issue (Medical)
**IGC :** Merson, Lise M

**SBI# :** 00241736
**Grievance Date :** 11/17/2006
**Resolution Status:**
**Incident Date :** 11/17/2006
**Housing Location :** Bldg 17, Lower, Tier C, Cell 7, Single

**Institution :** DCC
**Category :** Individual
**Inmate Status :**
**Incident Time :**

### MGC

**Date Received :** 12/08/2006          **Date of Recommendation:** 01/24/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Uphold |
| Staff | | Gordon, Oshenka | Uphold |
| Staff | | Branch, Adriene | Uphold |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 3 | Deny : 0 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 24 January 2007.
Uphold: Audio groin consult ordered 12/29/06.
Saw hearing specialist Jan 23 07.
Excedrin migraine order for Prn.
Scheduled to see MD within 2 wks -
MRC states he is already scheduled.
Appeal provided. Appeal due 31 January 2007.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE SECURITY SUPERINTENDENT**
**MAXIMUM & MEDIUM-HIGH SECURITY**
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
TELEPHONE: (302) 653-9261
FAX: (302) 659-6663

<u>MEMORANDUM</u>

TO:         Dennis
            I/M Roger Davis #241736
            SHU 17

FROM:       Major David K. Holman

DATE:       January 17, 2007

RE:         Your Letter of 1/2/07

---

I am not clear about all of the issues you allege in your letter. S/Lt. Taylor is being tasked with assigning staff to interview you and reply to me with their findings.

DKH/cf
xc:   S/Lt. Taylor
      File

SAINT DISMAS CATHOLIC COMMUNITY
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

2-17-07

Dear Roger —

I spoke with your mother regarding information about your father. She did not have it but promised to get some info and wrote you. She said she will send # as well. Your aunt is not well — she is seriously ill and still in a hospital. She also stated that she would attempt to make an appointment for a visit. I hope she has time to fulfill those promises.

God Bless —
Father Jim

SAINT DISMAS CATHOLIC COMMUNITY
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

4-28-07

DEAR ROGER —
   Peace to you!
   I spoke with your mother — she's been really busy lately. She tried to make a visit around your birthday but was unsuccessful.
   She said your aunt is still on life support. There has been no great improvement.
   Your cousin Darlene Clark is getting married on Sunday April 29 — so family will be going to that.
   She, your mom, will do her best to contact you. I told her of your housing situation.
   Your mother's new address is:

Gloria Dennis
919 Bennett Street
Wilm. DE 19801
302.653.9261 ext. 2987

I hope this helps.
God Bless —
Father Jim



gar     Roger
        139 / 102

Paul N
Shavings
10-25-06



**CMS**

DEDICATED PEOPLE
MAKING A DIFFERENCE

Correctional Medical Services

Al Muhammad A, Shalabazz
AKA: Roger Dennis  SBI 241736
E D T40
1181 Paddock Road
Smyrna, DE 19977

20 October 2006

Dear Mr. Shalabazz,

      I received your letter regarding your concerns on 17 October 2006. Your record shows that the injury was sustained on 3/23/06. The treatment of dressing the wound on 3/23/ was appropriate. It is rare that someone experiences hearing loss following an injury like you sustained. You saw NP Ott on 4/23, 4/28, and /8/2006 for a condition called "*otitis externa*" which is an inflammation of the outer ear caused by an infection. The prescription of an antibiotic and pain medications for this condition is correct. Since you still complained of a hearing loss you were scheduled for an audiology (hearing specialist) evaluation, which was completed on 7/17/06. This evaluation showed no problems with the nerves in your ear so a recommendation was made to send you to an ear specialist, which is in progress. Due to the large number of requests for outside specialist this appointment can take up to 90 days to schedule. For security reasons we cannot notify you of the day and time of this appointment but if you do not receive information by 15 November 2006 please let me know so I can try to resolve this situation.

      Please write to me if you experience any further problems.

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC: Warden Thomas Carroll



Al Muhammad A, Shalabazz
AKA: Roger Dennis SBI 241736
E D T40
1181 Paddock Road
Smyrna, DE 19977

24 November 2006

Dear Mr. Shalabazz,

I received you letter today. I apologize for the delays in your care but some contractual obligations have forced us to delay some procedures. These issues have been cleared and you are scheduled for an evaluation no later than 31 December 2006. I am not "putting you off", occasionally we have difficulty with our vendors but I have been assured that this issue has been cleared and you will be seen as required

I appreciate the positive comments you gave to Mr Williams; providing care in any environment is difficult but can be more challenging in the environment you are in. I have discussed your concerns about the other staff members with our Director of Nursing and she is investigating these issues now.

The claim that we had not heard any of your grievances was troubling to me so I did investigate. I found that the Department of Corrections had deemed the following issues "non-grievable". Grievance # 79243, 79033, 72863, 55485, 54843, 45743, 42503, and 33000 were all stopped by the instillation grievance officer and never reported to the medical staff. The grievance process is under the control of the Department of Corrections and this is fully within their authority. I cannot comment on why they were denied; I did not receive them. The medical staff is ready to respond to any concerns voiced by our patients.

Please write to me if you experience any further problems.

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC: Warden Thomas Carroll

# aclu delaware

August 24, 2006

Mr. Al-Muhammad Aleek Shabbaz
SBI# 241736
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Shabazz:

I received your name from a couple of prisoners with whom I recently met when I was conducting interviews at DCC. They told me that you have had problems getting the health care you need. Currently, the American Civil Liberties Union of Delaware is in the initial stages of collecting and analyzing information from Delaware inmates who suffer from inadequately treated medical conditions, and we are conferring with colleagues about the feasibility of collective legal action or other forms of advocacy.

We are particularly interested in long-term inmates who, like yourself, believe they have received inadequate treatment for chronic conditions such as diabetes, staph infections, HIV/AIDS, cancer, hepatitis, and tuberculosis, among others.

We know that prisoners have great difficulty getting help and regret that we cannot provide you with *individual* direct representation. Because of the overwhelming demand for our services, we can only provide legal representation in cases that will help large groups of prisoners with very serious legal problems. Please understand that we have only one staff attorney in our office, and each month, we receive many letters from inmates throughout the state. Any one of these letters can describe an urgent legal need that would take months of a lawyer's time to resolve. That is why we are looking into the situation in Delaware prisons and considering a *class action* lawsuit.

As you may know, a 1996 law called the **Prison Litigation Reform Act (PLRA)** makes it harder for prisoners to file lawsuits in federal court. One of the most significant hurdles to overcome in the PLRA is exhaustion of the prison's grievance procedure. For medical grievances in Delaware prisons, if you refuse to sign the informal resolution with the Inmate Grievance Chair, your appeal will go to a Medical Grievance Committee hearing. If you are unsatisfied with the result from the hearing, complete the MGC Appeal Statement section of Form #585. This will be forwarded to the Bureau Grievance Officer, who will forward a recommendation to the Bureau Chief for a final decision. You must complete all levels of appeal, *even if* prison staff tells you that your grievance is too late, or rejects your grievance for some other reason. If you file a lawsuit in federal court before using every step of your prison's grievance procedure, it will almost certainly be dismissed.

To determine whether your case is one that we can evaluate more closely, we need to see any grievances you have filed in relation to the lack of adequate care, as well as any appeals you have filed of denied or unresolved grievances. If you have these documents, please send them to me at your earliest convenience. **In your letter, please describe in detail your complaints about the inadequate provision of health care to you**.

Please understand that this is not an offer of representation. We are in the initial stages of collecting and analyzing information from inmates. We appreciate your patience as well as any other information you wish to share with us about the provision of health care in Delaware prisons.

Thank you for contacting the ACLU of Delaware. I look forward to your response.

Sincerely,

Julia M. Graff
Staff Attorney

Enclosure

# aclu delaware

October 18, 2006

Mr. Al-Muhammad Aleek-Shabazz (a/k/a Roger Dennis, Jr.)
SBI# 241736
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


Dear Mr. Aleek-Shabazz,

    Thank you for your recent letter. I apologize for the delay in response. Please
understand that I am the only staff attorney in the office, and I am currently
corresponding with many, many dozens of inmates throughout the State, as well as
handling several other matters, including litigation against the Department of Correction
and Correctional Medical Services to obtain relevant health care-related documents so we
can better determine how to proceed regarding the issue of inadequate care. Therefore, I
may not be able to respond to every letter you send me, and turn around time is often 4-6
weeks. Please know that I am reading your letters and keeping track of the issues you
raise in them. For this same reason, I am unable to arrange in person meetings with every
person who writes to me.

    Again, thank you for writing to the ACLU. I look forward to receiving updates
on your health situation. Please let me know how your grievances progress, and send
copies of any further grievances you file.


Sincerely,

Julia M. Graff
Staff Attorney

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/02/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI# : 00241736 | Institution : DCC |
| Grievance # : 77863 | Grievance Date : 10/22/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Staff Issues | Incident Date : 10/22/2006 | Incident Time : 09:00 |
| IGC : Merson, Lise M | Housing Location : Bldg E, Tier D, Cell 40, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Per my chart and Dr. Vondoozle my BP is checked once a week, but  as needed when I have a headache & blurred vision, because of meds & chronicle care. Cpl. M. Burton which is there to provide security not tell the nurse what her job  is and especially not to be in a confidential file. she's violated all the above, and this is a violation of my rights. She told the nurse whom took my BP not to sign her name on the care, because I'm not supposed to have them, But they are for my immediate treatment, and to let the Sgt. know that I'm excused to leave the bldg at these times or as needed. If I didn't have them Sgt. Floyd  or other officers would not let me out. she threatened to get with D/W Pierce. Granted! I also have a court order about my treatments , and special orders from the doctor, because of my emergency health situation. I found out the nurses name is Emily , B/C, Reddish B/hair Jamaican Haitian ascent. this started because she's looking at old dates before I got this new medical order that says my next BP check would be Nov. 2nd 06.

**Remedy Requested** : That this is brought before the medical doctor & Medical director, and D/W Pierce, and Major Scarborough about his security officers whom are not minding their business and are in confidential medical situations, and he needs to be dealt with accordingly.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Scarborough, James |
| Grievance Amount : | |

DCC  **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 11/02/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** DENNIS, ROGER L | **SBI#**    : 00241736 | **Institution**   : DCC |
| **Grievance #**    : 77863 | **Grievance Date**  : 10/22/2006 | **Category**    : Individual |
| **Status**    : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date**    : 10/22/2006 | **Incident Time :** 09:00 |
| **IGC**    : Merson, Lise M | **Housing Location :** Bldg E, Tier D, Cell 40, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name**  : Scarborough, James | **Date of Report**  11/02/2006 |

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:** _____

**Date**    : _____

**Witness (Officer)**    : _____

Disciplinary#
1028179

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/30/2006

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit Bldg E | | IR#: 1036745 | | |
|---|---|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name| | Location Of Incident | Date | Time |
| 00241736 | Dennis, Roger L | DCC | | Bldg.E D Tier | 10/30/2006 | 14:00 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.01/200.105 Abuse of Privileges, 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order, Disorderly behavior

| Witnesses:1.N/A | 2. N/A | 3. N/A |
|---|---|---|

### Description of Alleged Violation(s)

On The Above And Time I Sgt Steven Floyd Was In The Office Running Chapel, Commissary And Receiving A Code Green. Inmate Roger Dennis #241736 Came Into The Office And I (Floyd) Asked Inmate Dennis Where Was He Going And He Stated "Chapel". I Informed Inmate Dennis That He Wasn'T On The Chapel List And Couldn'T Go Because Of This. Inmate Dennis Became Loud And Stated That " I Can Go To Chapel Anytime I Want Because I'M On All The List!"
At That Time I (Floyd) Checked The Roster For Chapel That I Had And Showed The Inmate That His Name Wasn'T On The List. I Then Proceeded To Put Inmate Dennis Back On D Tier And He Became Loud And Aggressive Stating That "You Motherfucker You Will Be Moved Soon Because I Already Talked To Capt. Hazzard And The Warden And You Got A Paper Trail!" I (Floyd) Opened The Tier Door To Secure Inmate Dennis On The Tier And He Stop At Cell D29 And Stated "This Won'T Happen Today Because This Motherfucker Won'T Let Me Go But He Will Be Getting His Coming!" At That Time I Directed Inmate Dennis To Go To His Cell And Lock In. Inmate Dennis Stated "Fuck You Punk, You Don'T Scare Me!" At That Time I Directed Inmate Dennis To Come Off The Tier Because Of His Behavior And He Was Cuffed And Secured In The Dayroom. Lt. John Salas Was Notified Of Inmate Dennis Being Secured In The Dayroom And Arrived At The Building At 1415 Hrs.
Reporting Officer: Floyd, Steven R (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

Immediate action taken by: Floyd, Steven R -CO Corporal/Sgt. - Large Inst.

Notified Lt. John Salas Submitted 404 And 122

### Offender Disposition Details

Disposition: N/A                    Date:N/A          Time: N/A        Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: [x]       Disapproved: [ ]   Approved By:Salas, John  (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received: 10/30/2006         Time: 14:59     Received From: ,

Shift Supervisor Determination:

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Salas, John  (Staff Lt./Lt)

Disciplinary#
1028179

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:  10/30/2006

## DISCIPLINARY REPORT

Disciplinary Type: Class1                Housing Unit Bldg E                IR#: 1036745

I have received a copy of this notice on **DATE:**_____  **TIME:** _____  and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer:                                                          Offender:
                        Salas, John                                                    Dennis, Roger L

10/30/2006
1028179

Date: 10/30/2006

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO:  Inmate: Dennis,Roger L                              SBI#: 00241736    Housing Unit: Bldg E

1.  You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2.  At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
    How do you plead ? [  ] Guilty      [ X ] Not Guilty

3.  A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a.  Written Reprimand
    b.  Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4.  A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a.  Loss of one or more privileges for a period of time not to exceed 90 days.
    b.  Confinement to assigned quarters for a period of time not to exceed 90 days.
    c.  Isolation confinement for a period of time not to exceed 90 days.
    d.  Loss of good time for a period of time not to exceed 90 days.
       (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5.  You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6.  Counsel requested      **No**                      Name of Counsel: ,

7.  Confront accuser?      **Yes**

8.  Witness requested?     **Yes**                     Name of Witness: Marion, Johnson

i certify that on **10/30/2006**  at **15:03**  , I                I have received copies of 122 & 127 and
served upon the above inmate this notice of                       understand my rights as Form # 127 has
Disciplinary Hearing for Minor/Major Offense and                  been read to me
the Disciplinary Report is attached hereto.

**(Employee's Signature & Title)**                                **(Inmate's Signature)**
Salas, John                                                       Dennis,Roger L

| Disciplinary# 1027749 | **DCC  Delaware Correctional Center** Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | Date: 11/09/2006 |
|---|---|---|

## DISCIPLINARY REPORT

Disciplinary Type: Class1          Housing Unit Bldg E          IR#: 1036120

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00241736 | Dennis, Roger L | DCC | Bldg.E D Tier | 10/05/2006 | 13:20 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order

Witnesses:1.Lingenfelter, Kevin          2. N/A          3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approximate Time I/M Dennis, Roger Sbi#00241736 Returned To The Building Right Before Count Time. I/M Dennis Stated That He Had To Go Right Back Out, Because He Had An Appointment. I C/O Perry, Stephanie Told I/M Dennis That We Had To Count First, As We Just Returned From Chow. C/O Lingenfelter Then Called Count Time, At Which Time All D-Tier Inmates Closed Their Doors Except For Cell #40. I C/O Perry Then Told Cell #40 To Close Their Door And I/M Dennis Came Out Of Cell #40 And Shouted Something. I C/O Perry Then Asked I/M Dennis To Repeat Himself, He Then Yelled Something Else And Slammed The Door. After I/M Dennis Secured His Door, C/O Lingenfelter Could Start His Count. Eor

Reporting Officer: Perry, Stephanie  (Correctional Officer)

#### Immediate Action Taken

Immediate action taken by: Perry, Stephanie  -Correctional Officer

Notified Area Lt.

#### Offender Disposition Details

Disposition: N/A          Date:N/A          Time: N/A          Cell secured?  No

Reason: N/A

Disposition Of Evidence: N/A

#### Approval Information

Approved: [x]     Disapproved: [ ]  Approved By:Godwin, Derrick R (Staff Lt./Lt)

Comments: N/A

#### Shift Supervisor Details

Date Received: 10/11/2006       Time: 15:01      Received From:

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Godwin, Derrick R (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____  **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing Officer:                              Offender:
Godwin, Derrick R                              Dennis, Roger L

11/09/2006
1027749

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: **11/09/2006**

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: Dennis, Roger L                              SBI#: 00241736     Housing Unit: Bldg E

1.   You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2.   At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
     How do you plead ? **[  ] Guilty      [ X ] Not Guilty**

3.   A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
     a.  Written Reprimand
     b.  Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4.   A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
     a.  Loss of one or more privileges for a period of time not to exceed 90 days.
     b.  Confinement to assigned quarters for a period of time not to exceed 90 days.
     c.  Isolation confinement for a period of time not to exceed 90 days.
     d.  Loss of good time for a period of time not to exceed 90 days.
         (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5.   You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6.   Counsel requested     **No**                  Name of Counsel: __

7.   Confront accuser?     **Yes**

8.   Witness requested?    **Yes**                 Name of Witness: __


I certify that on            at          , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

**(Employee's Signature & Title)**

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me


**(Inmate's Signature)**
Dennis, Roger L

Page 1 of 2

11/09/2006
1027749

**DCC Delaware Correctional Center**     Date: 11/09/2006
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

#### MINOR OFFENSE :

Right to Remain Silent: If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

Presence: You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  (MENTAL HEALTH)

A.K.A. Mr. Roger Dennis Jr.

Al-Muhammad Alsak Shabazz _____    E-Bldg  T#46
Name (Print)                                     Housing Location

April 13th _____    00024736 _____    9-19-06
Date of Birth                    SBI Number                Date Submitted

Complaint (What type of problem are you having)? My meds the paxil is being blocked out by other meds and serious stress, and I need to seen by mental health physician to have me increased and a evaluation to be done. I've been edgy alot lately and very very stressed also request to speak to Denise - I've been hiding alot of my feelings

Al-Muhammad Alsak Shabazz aka Roger Dennis M _____    9-19-06
Inmate Signature                                   Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled _____

_____

_____

O:    Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

_____

_____

E: _____

_____

_____

_____          _____
Provider Signature & Title                      Date & Time

3/1/99 DE01

FORM#:

MED

263

**Correctional Medical Services**
**Mental Health Unit**

June 1, 2006

Mr. Dennis,

Mental Health was unable to meet with you today due to my schedule. I was unable to bring up your case during the meeting, but I will definitely make it a point to do so at our next meeting in a week.

I will meet with you next week on Tuesday, June 6.

Thanks,

Mental Health Unit.
Maximum Housing Unit
DCC.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855

## MEMORANDUM

TO:        Sherry Scharff-Ames

FROM:      Robert E. Snyder
           Warden

DATE:      December 1, 2000

RE:        Termination from employment within Delaware
           Department of Correction

As a result of your personal involvement and relationship with an inmate at the Delaware Correctional Center you are permanently barred from entering upon any property of the Delaware Department of Correction.

Failure to comply with this order shall constitute trespassing and result in criminal prosecution.

I, Sherry Scharff-Ames acknowledge receipt of the above notification.

_____          _____
Sherry Scharff-Ames                 Date   12/1/00

_____          _____
Witnessed                           Date   12/1/00

RES/taw
CC:    Georgia Perdue, CMS Administrator
       Ron Drake, Institutional Investigator
       File

BOARD OF ELECTRICAL EXAMINERS
REAL ESTATE COMMISSION
BOARD OF PILOT COMMISSIONERS
BOARD OF ACCOUNTANCY
REGISTRATION FOR PROFESSIONAL LAND SURVEYORS
BOARD OF ARCHITECTS
BOARD OF CHIROPRACTIC
BOARD OF COSMETOLOGY AND BARBERING
BOARD OF DENTAL EXAMINERS
BOARD OF MEDICAL PRACTICE
BOARD OF NURSING
BOARD OF EXAMINERS IN OPTOMETRY
BOARD OF PHARMACY
BOARD OF PLUMBING EXAMINERS
EXAMINING BOARD OF PHYSICAL THERAPISTS
BOARD OF PODIATRY
ADULT ENTERTAINMENT COMMISSION
COUNCIL ON REAL ESTATE APPRAISERS
GOVERNOR'S MAGISTRATE SCREENING COMMITTEE



**STATE OF DELAWARE**
**DIVISION OF PROFESSIONAL REGULATION**
CANNON BUILDING,
861 SILVER LAKE BLVD., STE. 203
DOVER, DELAWARE 19904-2467

BOXING LICENSES
GAMING CONTROL BOARD
BOARD OF GEOLOGISTS
BOARD OF LANDSCAPE ARCHITECTURE
DEADLY WEAPONS DEALERS
BOARD OF EXAMINERS OF PSYCHOLOGISTS
BOARD OF FUNERAL SERVICES
BOARD OF VETERINARY MEDICINE
BOARD OF EXAM. OF NURSING HOME ADMIN.
BOARD OF EXAMINERS OF SPEECH/LANGUAGE
PATHOLOGISTS, AUDIOLOGISTS AND
HEARING AID DISPENSERS
BOARD OF CLINICAL SOCIAL WORK EXAMINERS
BOARD OF PROFESSIONAL COUNSELORS OF
MENTAL HEALTH
BOARD OF OCCUPATIONAL THERAPY
PHYSICIAN ASSISTANT ADVISORY COUNCIL
BOARD OF MASSAGE AND BODYWORK
COMMITTEE OF DIETETICS/NUTRITION
RESPIRATORY CARE PRACTICE ADVISORY COUNCIL

TELEPHONE: (302) 739-4522
FAX: (302) 739-2711

December 21, 2000

Complaint # 11-49-00

Sherry Scharff - Ames
121 Teak Court Acorn Arms
Dover, Delaware 19901

Dear Ms. Scharff - Ames:

The Division of Professional Regulation has received a complaint, a copy of which is enclosed. This Division's investigative unit is responsible for the conduct of investigations related to complaints against professional licensees. Please respond to this complaint, in writing, to the Division office within twenty (20) days.

A contact person from the Board of Nursing, will be appointed, but any inquires should be directed to the Division. At the conclusion of the investigation, the Division, in consultation with the contact person, will determine whether to close the case or forward the case to the Attorney General for review. The Attorney General's office may agree that the case warrants prosecution or may close the case. If the complaint is prosecuted, an administrative hearing would be held before the appropriate board or commission. You would be provided with appropriate notice and could appear with or without counsel.

In order to ensure that members of the board or commission can remain unbiased prior to such a hearing, information about the investigation will be shared only with the contact person. Any communication with other board or commission members could result in those individuals disqualifying themselves from participation in any hearing. Therefore, you are urged to contact the Division directly with any information or inquiries pertaining to this matter.

Sincerely,

Charles W. Cassell
Investigative Administrator
Cc: Board of Nursing





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE INSTITUTIONAL INVESTIGATOR**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855

December 12, 2000

Mr. William Cassell
Division of Professional Regulation
Cannon Building
861 Silver Lake Blvd.
Suite 203
Dover, De. 19904

Dear Bill,

I conducted an investigation here at the Delaware Correctional Center involving an inmate and a Correctional Medical Services employee, Sherry Scharff-Ames, white female, date of birth June 29, 1955. Ms. Ames is a licensed practical nurse. As a result of the investigation, letters from Ms. Ames were confiscated wherein she wrote about being blackmailed by another inmate who was aware of her relationship with inmate Roger Dennis. Ms. Ames also wrote that she had given Percocet pills to inmate Dennis to be subsequently given to inmate William Coleman to maintain his silence.

Ms. Ames was interviewed by me in the presence of CMS administrators, Georgia Perdue and Aaron Pendry. When questioned about the Percocet pills. Ms. Ames admitted to providing the pills as stated in her letter. I advised her she could be arrested for the sale of a narcotic drug. Ms. Ames immediately stated the pills were only Tylenol, which she represented to be Percocet.

I subsequently interviewed inmate Coleman after Ms. Ames' termination. Inmate Coleman advised me he had received approximately sixty Percocet pills, which Ms. Ames had provided.

Ms. Ames was clearly a security threat to this institution and admittedly engaged in unprofessional conduct. I am apprising you of this information to possibly curtail similar incidents of this nature in the future. Should you have any questions, please contact me and I will provide any additional information as necessary.

Very Truly Yours,

Ron Drake
Investigator

RED/taw
File

**Correctional Medical Services**
**Mental Health Unit**

June 8, 2006

Mr. Dennis,

Your case was discussed today in our meeting. Regarding your ear, you have been
scheduled for an outside appointment. Also, I emailed your counselor regarding lack of
contact with your mother. She informed me that she would make another referral to the
Chaplain to assist with this.

Thanks,

Ms. Monet
Mental Health Unit.

*A. M/A.S Received Dat June 10th06*

# aclu delaware

Dear Friend:

We have received complaints from many Delaware prisoners and detainees that they are being denied care for serious medical and mental health problems We are currently conducting an investigation to try to find out whether these complaints are the result of major faults in the State's system for delivering medical and mental health care to prisoners and detainees. If we find in our investigation that there really are serious system-wide problems, we will seriously consider bringing a class action lawsuit on behalf of Delaware prisoners, seeking improvements in the medical and mental care system in the State's prisons and jails.

Although we very much want to help improve conditions for Delaware prisoners and detainees, there are many factors that will determine whether we can take further action. One of the obstacles is that the law requires prisoners to "exhaust administrative remedies" before filing any lawsuit about prison conditions. This means that the courts do not allow *any* prisoner or detainee to file *any* lawsuit complaining about prison conditions until he or she *completes* the prison grievance process.

Therefore, if you have recently been denied care for some serious medical or mental health need, it is very important that you complete the prison grievance process if you want to preserve your right to sue later. You should carefully review the grievance procedures before you file a grievance. If you don't have a copy of the grievance procedures, there should be a copy for you to review in the library or in the counselor's or Inmate Grievance Chairperson's office. We are sending you this letter to explain to you our understanding of how the Delaware grievance process works, in hopes that it will help you successfully complete the grievance process, should you choose to do so.

## FILING THE GRIEVANCE

1. If you believe you have been wrongly denied treatment or otherwise received inadequate medical or mental health care, you should file a Form #585 **immediately**. Ask the prison law librarian or other prison staff member for one of these forms. **If you wait to file a grievance, you may lose your right to sue in court.** The general deadline for filing grievances is **within 7 days** of the "incident" that the grievance is about. (This deadline may not apply to medical grievances, but to be on the safe side, you should always file your medical grievances right away.)

There are four parts to Section #1 of a medical grievance. You must complete them all:

> **Date & Time of Medical Incident**: If you have a chronic (long-term) illness, there may not be a specific date or time that you are complaining about. In that case, you should write "ongoing."

1

**Type of medical problem:**  In this part, you must explain what medical problems you are having and why you don't think you are getting proper care.

> **Be as specific as possible.**  State what your medical or mental health conditions are, and state what kind of treatment you are complaining about – for example, that you are being denied medication, a test or procedure, an exam by a doctor or specialist, or an accommodation for a disability. You should also note if you believe you are getting the wrong care or the care you need is being wrongly delayed.
>
> Whenever you can, include names, job titles or descriptions of all people you believe are responsible for the lack of treatment or bad treatment you're receiving.  **In all of your grievances, you should name Correctional Medical Services, the Corrections Commissioner (Stan Taylor) and the warden of your facility as being responsible.**
>
> **Write about current problems.**  You should use the grievance procedures to complain about problems you are having now.  If you complain about old problems that are no longer bothering you, your grievance may be dismissed as being untimely
>
> **Signature & Date:** Be sure to remember to sign and date the grievance before you submit it.
>
> **Action Requested by Grievant:**  Write here what you want staff to do to help the problem.  Don't worry about putting down the "right" request here.  If you're not sure what should be done, it is good enough to ask that they give you adequate medical or mental health care.  If you want money damages, you should write that here too.

2. Once you have completed your grievance, drop it in the grievance mailbox.

3. **Keep extra copies of everything you file**, if at all possible.  If prison staff later lose the grievance or fail to respond to it, you can prove that you did file one out if you make an extra copy.

## PRESERVING YOUR RIGHT TO APPEAL THE GRIEVANCE

4. After you file a Form #585, one of the medical staff may speak with you about the grievance.  That staff member may try get you to sign a statement saying that the problem has been resolved.

## CAUTION:
**If you sign this statement saying that the problem has been resolved, it will end the grievance process and you will not be able to be appeal the grievance.  It is also**

2

**possible that if you don't appeal the grievance, a court might later bar you from
filing a lawsuit on this issue.** Even if the prison medical staff or prison officials
promise to provide you with all or some of the care you are asking for, this is not a
guarantee that you will get that care.    Therefore, as a general rule, we believe it may be
better not to sign the informal resolution – unless you are sure you have already been
given everything you need and were asking for.

## ·GRIEVANCE HEARING

5.  If you don't sign the statement, there should be a hearing before three members of the
medical staff, called the Medical Grievance Committee.

6.  The hearing officers may again ask you to sign a statement saying that the problem
has been resolved. Again, if you sign the statement, you will lose your right to appeal and you
may lose your right to file a lawsuit later.

## APPEALING THE DECISION

7.  After the hearing, **you should immediately file an appeal**. The general deadline for
grievances is **within 3 days** of receiving the decision.

- To file an appeal, you should use the same Form #585 that you filed your original
  grievance on.  You should get this form back by the end of the hearing.  If you don't, you
  should ask the medical grievance committee to return it.
- The grievance procedures require you to explain the reasons for your appeal.  It is
  probably safest if your answers cover everything that you believe was wrong with the
  Medical Grievance Committee decision.  If you received no relief from the Medical
  Grievance Committee, you should re-state all of the problems you identified in your
  grievance. Before you file your appeal, you should carefully review your grievance and
  make sure the appeal covers all of the same issues.
- Be sure to **sign and date** the appeal.

8.  Once you have received a decision on your appeal from the Bureau Chief of Prisons,
you have completed the grievance process.

3

## SEND US COPIES OF YOUR COMPLETED GRIEVANCES

9. It is very important that you save all of the paperwork you get from the grievance process. Once you have completed the process you should send a copy of all of your paperwork to:

**Julia Graff
Staff Attorney
ACLU of Delaware
100 West 10th Street, Suite 309
Wilmington, DE 19801**

If you send us the originals, we will make a copy for you and send back the originals.

You may be unable to get a decision from the Bureau Chief of Prisons because prison officials fail to respond to your grievance or appeal, or because prison officials refuse to consider your grievance. If this happens, or if you are unable to complete the grievance process for any reason, write to us about your problem and send us copies of the paperwork that you have received so far.

If you have any other questions about how to use the grievance process, you should ask the law librarian or the inmate grievance chairperson for help. You may also write to us and we can try to help you through the process.

Sincerely,

Drewery Fennell
Julia Graff
ACLU of Delaware

Margaret Winter
Eric Balaban
Jeffrey Monks
ACLU National Prison Project

4

January 10, 2007

You are scheduled for an audiogram (hearing test) and a return visit to the ENT for a follow up. No MRI has been recommended yet.


Thank you
Debbie Rodweller, Medical

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** DENNIS, ROGER L | **SBI#** : 00241736 | **Institution** : DCC |
| **Grievance #** : 77863 | **Grievance Date** : 10/22/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 1 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 10/22/2006 | **Incident Time :** 09:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier C, Cell 7, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Scarborough, James                    **Date of Report** 11/02/2006

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Fowler, Guy                    **Date of Report** 11/02/2006

**Investigation Report :**

**Reason for Referring:** Captain Fowler, please assign a Supervisor to investigate this matter. Thanks.

---

**Investigator Name** : Fowler, Guy                    **Date of Report** 11/09/2006

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Godwin, Derrick R                    **Date of Report** 11/09/2006

**Investigation Report :**

**Reason for Referring:** LT Godwin,
        Investigate this ASAP. Interview the nurse and CPL Burton as well as the inmate. Complete this and
        IF resolved, return an INMATE SIGNED copy of this grievance to the Grievance Office NLT 11/13/06.

**Investigator Name** : Scarborough, James                    **Date of Report** 02/14/2007

**Investigation Report :**

**Reason for Referring:** Maj. Scarborough,
        There has been no investigation or resolution done on this grievance. Please assist us in have this
        grievance investigated. Thank You,
        Cpl. Merson

**Investigator Name** : Fowler, Guy                    **Date of Report** 02/14/2007

**Investigation Report :**

**Reason for Referring:** Captain Fowler, somehow this report found its way back to me without being investigated. Please
        have this grievance investigated and findings submitted to IGC immediately.

---

**Investigator Name** : Godwin, Derrick R                    **Date of Report** 02/18/2007

**Investigation Report :**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 04/17/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** DENNIS, ROGER L | **SBI#** : 00241736 | **Institution** : DCC |
| **Grievance #** : 77863 | **Grievance Date** : 10/22/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 1 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 10/22/2006 | **Incident Time :** 09:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier C, Cell 7, Single | |

**Investigator Name** : Godwin, Derrick R                     02/18/2007

**Reason for Referring:** Lt. Godwin, if you have investigated this grievance and it can't be resolved send it (not resolved) back to the IGC officer, Capt. McCreanor ASAP

**Investigator Name** : Scarborough, James                     **Date of Report** 03/26/2007

**Investigation Report :**

**Reason for Referring:** Maj. Scarborough,
This grievance has now reached the 150 day warning. We need an investigation ASAP.
Thank You,
Cpl. Merson

**Investigator Name** : Fowler, Guy                     **Date of Report** 03/26/2007

**Investigation Report :**

**Reason for Referring:** Compliance issue. Please get this taken care of immediately and have findings forwarded to IGC.

**Investigator Name** : Henry, Janice                     **Date of Report** 03/27/2007

**Investigation Report :**

**Reason for Referring:**

**Investigator Name** : Fowler, Guy                     **Date of Report** 03/28/2007

**Investigation Report :**

**Reason for Referring:** To Capt. Fowler

**Investigator Name** : Godwin, Derrick R                     **Date of Report** 03/29/2007

**Investigation Report :**

**Reason for Referring:** LT Godwin, This investigation must be completed ASAP. You will see how

**Investigator Name** : Simon, Joseph S                     **Date of Report** 03/29/2007

**Investigation Report :**

DCC  **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 04/17/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** DENNIS, ROGER L | **SBI#** : 00241736 | **Institution** : DCC |
| **Grievance #** : 77863 | **Grievance Date** : 10/22/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 1 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 10/22/2006 | **Incident Time :** 09:00 |
| **IGC** : Merson, Lise M | **Housing Location :**Bldg 17, Lower, Tier C, Cell 7, Single | |

**Investigator Name** : Simon, Joseph S                                    03/29/2007

Will speak to Cpl Burton and remind her that she is not to interfere with any medical business at all. This is not an accusation of her but a reminder as to what extent her authority is.

**Reason for Referring:**

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

## GRIEVANCE INFORMATION - IGC

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 04/17/2007

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | | |
|---|---|---|---|
| **Offender Name :** DENNIS, ROGER L | **SBI#** : 00241736 | **Institution** : DCC |
| **Grievance #** : 77863 | **Grievance Date** : 10/22/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 1 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 10/22/2006 | **Incident Time :** 09:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier C, Cell 7, Single | |

| IGC | | |
|---|---|---|

**Medical Provider:**                              **Date Assigned**

**Comments:**


[ ] **Forward to MGC**              [ ]    **Forward to Medical Provider**    [ ]    **Warden Notified**

[ ] **Forward to RGC**              **Date Forwarded to MGC :**

[x] **Offender Signature Captured**        **Date Offender Signed**        : 04/17/2007

## DISCIPLINARY HEARING DECISION

| Inmate | Dennis, Roger L | SBI#: 00241736 | Type: Class 1 |
|---|---|---|---|
| Institution: DCC Delaware Correctional Center | | Hearing Date: 05/05/2004 | Time: 09:30 |

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** N/A

**Inmate PLEA:** <u>Not Guilty</u>

**Inmate Statement:** I do inventory sheet. Its not my jobto secure door. He gave someone permission to go in there. I wasnt there when someone came in there.

**Witness Name:** Shabazz, Malcolm I/M

**Testimony :** Wasnt there do not anything.

**Witness Name:** Young, Tom I/M

**Testimony :** Dont know anything about it. Wasnt there Cook Wayne handles inventory.

**Decision :** <u>Guilty</u>

**Rational :** Counsel denied inmate capable of representing self has done so in past several times. During confrontation C/O Wayne said there were 30 on the shut and inmate changed it ot 29. Inmate is in charge of store and responsible for anything that comes out of store room. Inmate found guilty of all charges.

**Sanctions:** N/A

### HEARING OFFICER'S SIGNATURE

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer.I may appeal the decision of a Class I Hearing to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

**I [X]    DO    [ ]    DO NOT INTEND TO APPEAL**

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

| [ ] | Inmate does not wish to appeal | [X] | Appeal has been denied by Commissioner or Designate |
|---|---|---|---|
| [ ] | Sanctions have been modified | [ ] | Time Limit(72 Hours since hearing) for appeal has expired |

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Confinement to Quarter | 04/23/2007 | 10 | 05/02/2007 |

This Inmate has

No Time

To Serve

L.Y.

C L 7

James Satterfield

4.22.07

LEVEL-2
ASOF 4-15-07

C/o Hedges ~~Wm~~ Brought
The paperwork 10:10pm

(Mon) 4-2-07 Lt. C. Satterfield
2:35pm Lt.

Said times lasped this sanction
is voided & pulled from my
file

DL12

DENNIS, ROGER

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Del. Corr. Center          DATE: June 10th 07 received / 5-11-07

GRIEVANT'S NAME: Col-Muhammad A. Shabazz    SBI#: 00241736
alias M. Roger Dennis

CASE#: 11-9583  12/763    TIME OF INCIDENT: Thurs June 12  7:30 pm 5-10-07

HOUSING UNIT: MHU 21 D-Corner 12          (on Going)

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I'm appealing your decision on this case.
You didn't have the original grievance. Read the
action being you said I cant ask for discipline against
a officer c/o Wessell Brown

ACTION REQUESTED BY GRIEVANT: Full Investigation and that
the proper authorities discipline her for a her action
and that I be reimbursed for property

GRIEVANT'S SIGNATURE: M. Muhammad a. Shabazz   DATE: 6-10-07
alias Roger Dennis Jr

WAS AN INFORMAL RESOLUTION ACCEPTED?          (YES)     (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:                         DATE:

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

JUN 15 2007

**April '97 REV**

Inmate Grievance Office

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language**. The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable**. This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.  _____Disciplinary Action  _____Parole Decision  _____Classification Action

_____ **Request**. Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s)**. This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates**. Inmates cannot submit grievances for other inmates.

_____ **Expired filing period**. Grievance exceeds seven(7) days from date of occurrence.

READ THE HOUSING RULES REGARDING GRIEVANCES

Inmate Grievance Chairperson

6/20/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

(Emergency Grievance)

CL7

## FORM #584

## GRIEVANCE FORM

FACILITY: Dela Cou Center          DATE: 2-26-07

GRIEVANT'S NAME: Al-Muhammad Aleek Shabazz SBI#: 00241736

CASE#: 103667          TIME OF INCIDENT: 8:35 pm

HOUSING UNIT: SHU Bldg 17 C-lower 7#

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE, GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

8:35 pm meds came around, and I had an empty inhaler there for nurse
Bette J. Bryant, and Sgt. Padilla, put himself in the middle of
me getting important meds for my health even a asthma pump.
Bette told him if I don't have one to trade I won't getting one.
Then left the tier without saying anything to me, and
left the tier.
    I will be documenting this, and sending a copy to the Top
Warden, Commissioner, and Bureau Chief. This won't be tolerated
and if nothing is done about this disrespectful officer, and
nurse I'll push a lawsuit Negligence.

ACTION REQUESTED BY GRIEVANT: That the proper action is taken against
Sgt. Padilla as well as Nurse Bette J. Bryant. You always
say I can't request punishment, so I request the Deputy
Warden David Pierce, Ward Caroll, and Deputy Warden Burris
gives the officer proper discipline.

GRIEVANT'S SIGNATURE: Al-Muhammad A. Shabazz    DATE: 2-26-07
                      aka Coy Dennes Jr

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

FEB 28 2007

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action</u>: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action     _____Parole Decision     _____Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*Policy is inmates must turn in an empty inhaler for a new one, this cannot request disciplinary action against staff,*

Inmate Grievance Chairperson                                      3-13-07
                                                                   Date

Form#: 584 (F&B)
(Reverse Revised July '99)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center          DATE: 5-11-07

GRIEVANT'S NAME: Al-Muhammad A. Shabazz     SBI#: 00241736
alias Mr. Roger Dennis Jr.
CASE#: 115583          TIME OF INCIDENT: Thursday 4pm to 12  7:30pm 5-10-07

HOUSING UNIT: MHU 21 D-lower 12

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Time and Date above C/o Desselle Brown on 4pm to 12 shift took Inventory of my property, and a lot of my property came up missing. A Brand new Pen stamped envelopes (5), some legal letters, receipts of money I've paid the Court, and proof of legal fees, and she took personal news paper clippings, and my glasses were chipped, and scratched. This is totally ludicris, and rediculous, and I think she should be held responsible. I have the copies of Inventory, and something she took she never put on the sheet. All properties in the photo Album were ripped out, and she must be held accountable.

ACTION REQUESTED BY GRIEVANT: I request I be reimbursed for my property, and that she is properly disciplined by her superiors for the disrespect, and distruction of my property. I would like to be there when the accused is confronted with these Charges.

GRIEVANT'S SIGNATURE: [signature]          DATE: 5-11-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

**RECEIVED**
**MAY 15 2007**
**Inmate Grievance Office**

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to
resolve complaints prior to filing a regular grievance. Grievances are to be submitted
within seven(7) days from the date of the occurance or incident or within seven days
after the inmate became aware of the incident. The grievance is to be placed in the
grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a
weekend or a holiday, it will be recieved during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions
outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has
been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with
DOC Policy 4.4. These procedures have their own appeal process that must be
followed. _____ Disciplinary Action _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please
correspond with the appropriate office to secure the information that is
requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in
Grievance # _____.

_____ **Original Grievances must be submitted** to the Inmate Grievance Chairperson.
Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for
other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.
_I/M's CANNOT REQUEST STAFF BE DISCIPLINED_

_____
Inmate Grievance Chairperson

5/21/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

*Emergency Medical Grievance*

**FORM #585**

**MEDICAL GRIEVANCE**

C L 7

FACILITY: Dole Correctional Center            DATE SUBMITTED: 2-26-07

INMATE'S NAME: Al-Muhammad Aleek Shabazz aka(Dennis)r   SBI#: 00241736

HOUSING UNIT: SHU Bldg 17 C-Lower 7#            CASE #: 102683

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: 8:32pm

TYPE OF MEDICAL PROBLEM:

Nurse Bette J. Burant got real slick with the tongue & did not take me a asthma pump, and told Sgt. Patilla if I didn't have me to trade I wasn't getting one, but she did let even came back to get the empty pump to get me a new one. She put my health in jeopardy, and this is not the first time.

GRIEVANT'S SIGNATURE: Al-Muhammad Aleek Shabazz   DATE: 2-26-07
a Ka Roger Dennis Jr.

ACTION REQUESTED BY GRIEVANT: that she is moved from the SHU area, and put on suspension without pay, and that I get a apology, and her boss uses proper discipline if mere request seems to harsh.

**RECEIVED**

DATE RECEIVED BY MEDICAL UNIT: _____

FEB 28 2007

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MEDICAL GRIEVANCE FORM #585
Page two

## SECTION #2

IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY
MUST RESPOND , IN WRITTING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR
AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.

RESPONSE BY M.G.C.: _____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVVANT:_____ GRIEVANT SIGNATURE:_____

DOES GRIEVANT ACCEPT M.G.C. DECISION? _____(YES) _____(NO)

## SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____ DATE:_____

**ORIGINAL: INSTITUTION FILE**                              **COPY: GRIEVANT**

**Instructions for Submitting a Regular Grievance**

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

_____ **Disciplinary Action**                              _____ **Parole Decision**

_____ **Classification Action**

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

INMATES CANNOT REQUEST STAFF BE DISCIPLINED OR REASSIGNED

Inmate Grievance Chairperson                              3-13-07
                                                          Date

Received
P 3/18/23
3/11/3
3-28-07

(Emergency Grievance)                    DENNIS, ROGER

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _Delaware Corr. Center_          DATE: _March 6th 07_

GRIEVANT'S NAME: _Al-Muhammad Aleek Shabazz_  SBI#: _00241736_
                 alias Roger Dennis Jr
CASE#: _132443_                 TIME OF INCIDENT: _2:40 pm_

HOUSING UNIT: _SHU Bldg 17C-Level 7#_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

During a shakedown there was rookies 1 by the Name of A. Hanna
a B/m name unknown and Sgt Kershaw Squires-Francis, and they
disrespected my property, my religion, and my legal
material. Sgt Squires-Francis threw away some active
legal work where I am in court right now, and then
she allowed her rookies to throw away stuff that
shouldve never been thrown out. Her and I got into
a heated argument, and she talked about my matter, and
after that I let her have it. Two wrongs don't make it right,
but she started a war she won't win, especially throwing away federal
mail. Plus she threw my dictionary away.

ACTION REQUESTED BY GRIEVANT: _That this is sent up the chain to Major David_
K. Holman the Security Chief, and Deputy Warden David Pierce
Deputy Warden Burris, and Warden Carroll, so they can decide
the proper action to take against this Beligerent officer.
I will not Back down from this. If no action is taken I will push
a federal suit; and have her arrested.

GRIEVANT'S SIGNATURE: _Al-Muhammad Aleek Shabazz_  DATE: _3-06-07_
                       aka Roger Dennis Jr

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)   _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAR 0 8 2007

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____ Disciplinary Action    _____ Parole Decision    _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence. I/MES CANNOT REQUEST STAFF BE DISCIPLINED

Inmate Grievance Chairperson

3-14-07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/17/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** DENNIS, ROGER L | **SBI#** : 00241736 | **Institution** : DCC | |
| **Grievance #** : 77863 | **Grievance Date** : 10/22/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 1 | **Resol. Date** : 04/17/2007 | |
| **Grievance Type:** Staff Issues | **Incident Date** : 10/22/2006 | **Incident Time :** 09:00 | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier C, Cell 7, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Per my chart and Dr. Vondoozle my BP is checked once a week, but as needed when I have a headache & blurred vision, because of meds & chronicle care. Cpl. M. Burton which is there to provide security not tell the nurse what her job is and especially not to be in a confidential file. she's violated all the above, and this is a violation of my rights. She told the nurse whom took my BP not to sign her name on the care, because I'm not supposed to have them, But they are for my immediate treatment, and to let the Sgt. know that I'm excused to leave the bldg at these times or as needed. If I didn't have them Sgt. Floyd or other officers would not let me out. she threatened to get with D/W Pierce. Granted! I also have a court order about my treatments , and special orders from the doctor, because of my emergency health situation. I found out the nurses name is Emily , B/C, Reddish B/hair Jamaican Haitian ascent. this started because she's looking at old dates before I got this new medical order that says my next BP check would be Nov. 2nd 06.

**Remedy Requested** : That this is brought before the medical doctor & Medical director, and D/W Pierce, and Major Scarborough about his security officers whom are not minding their business and are in confidential medical situations, and he needs to be dealt with accordingly.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Scarborough, James |
| **Grievance Amount :** | |

# Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Dennis Rogers_        SBI # _241736_

(Last, First MI)

Facility _DCC_        Date _6-4-07_

| | | |
|---|---|---|
| ___ | **Chargeable Visit** | **$4.00** |
| ✓ | **Non Chargeable Visit** | **-0-** |
| ___ | **Medication Handling Fee ($2.00 X ___ )** | $_____ |

### Total Amount Charged To Inmate Account        $ _0_

Health Care Staff Signature: _____ _KC_ _____

---

# I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _Ali Muhammad Shihab_    Date: _6-4-07_

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office        Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

===================================================

**Inmate Name** Dennis Ruger                    **SBI #** 241736

(Last, First MI)

**Facility** DCC                                 **Date** 7/25/07

____ **Chargeable Visit**                                        $4.00
__✓_ **Non Chargeable Visit**                                     -0-
____ **Medication Handling Fee ($2.00 X _____ )**            $_____

____ **Total Amount Charged To Inmate Account**              $ 0

**Health Care Staff Signature:** _____

===================================================

# I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** X _____ **Date:** 7/25/07

**1) *Witness Signature:** _____ **Date:** _____

**2) *Witness Signature:** _____ **Date:** _____

===================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Lennis, Roger_    SBI # _241736_

(Last, First MI)

Facility _DCC_    Date _8/13/07_

|   | Chargeable Visit | $4.00 |
|---|---|---|
| ✓ | Non Chargeable Visit | -0- |
|   | Medication Handling Fee ($2.00 X _____ ) | $_____ |

**Total Amount Charged To Inmate Account**    $ _0_

Health Care Staff Signature: _____ _KC_ _____

---

# I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____    Date: _8/13/07_

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Dennis, Roger_    SBI # _341736_

(Last, First MI)

Facility _DCC_    Date _3/1/07_

Chargeable Visit    $4.00

✓ Non Chargeable Visit    -0-

Medication Handling Fee ($2.00 X ____ )    $ ____

**Total Amount Charged To Inmate Account**    $ _0_

Health Care Staff Signature: _X._

---

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

Inmate Signature: _____    Date: _3/1/07_

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____    Date_____

Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.

**FORM #: 621**

3 part NCR

(C:Copay 96:Form 4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Dennis Roper_      SBI # _24/173c_

(Last, First MI)

Facility _DCC_      Date _4/24/07_

| | | |
|---|---|---|
| ___ | Chargeable Visit | $4.00 |
| ✓ | Non Chargeable Visit | -0- |
| ___ | Medication Handling Fee ($2.00 X ___ ) | $_____ |

Total Amount Charged To Inmate Account      $ _0_

Health Care Staff Signature: _____

---

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _X_____      Date: _4/24/07_

1) *Witness Signature: _____      Date: _____

2) *Witness Signature: _____      Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office      Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

**Inmate Name** _D____, _____   **SBI #** _241736_
(Last, First MI)

**Facility** _DCC_   **Date** _1/29/07_

    ✓ **Chargeable Visit**                                    $4.00
    ___ **Non Chargeable Visit**                               -0-
    ___ **Medication Handling Fee ($2.00 X ____ )**       $_____

**Total Amount Charged To Inmate Account**    $ 4——

**Health Care Staff Signature:** _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES
DESCRIBED ABOVE.

**Inmate Signature:** _____   **Date:** _1-29-07_

**1) *Witness Signature:** _____   **Date:** _____

**2) *Witness Signature:** _____   **Date:** _____

The fee for services rendered will be deducted from your inmate account even if the amount
deducted generates a negative balance. Any funds received by you will first be applied to any
negative balance. Any negative balance remaining on your account when you are released will
remain active for three (3) years after the date of release. Should you return to Delaware Department
of Correction as an inmate within that three (3) year period, the negative balance will be applied to
your inmate account on your new commitment.

Distribution:
Original:  Facility Business Office       Posted/Entered by_____ Date_____
Copy:      Inmate Medical Record (yellow)
           Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

# Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Dennis Roger_     SBI # _941736_

(Last, First MI)

Facility _DCC_     Date _1/25/07_

___ **Chargeable Visit**                                    **$4.00**
_✓_ **Non Chargeable Visit**                               **-0-**
___ **Medication Handling Fee ($2.00 X ____ )**        $_____

**Total Amount Charged To Inmate Account**        $ _0_

**Health Care Staff Signature:** _____

---

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

**Inmate Signature:** _____ **Date:** _1/25/07_

1) **\*Witness Signature:** _____ **Date:** _____

2) **\*Witness Signature:** _____ **Date:** _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

\*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

FROM: Al-Muhammad Abdul Shabazz

SBI# 00 247736 ___ UNIT M HU Bldg 21 D-Room 12#

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office Of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801 - 3570

(Emergency Attn)

"Legal Mail"