# BALICK & BALICK LLC
## ATTORNEYS

Sidney Balick

Adam Balick

Joanne Ceballos

James Drnec

August 10, 2007

Mr. Al-Muhammad Aleek Shabazz
a/k/a Roger L. Dennis, Jr.
SBI # 241736
Delaware Correctional Center
1181 Paddock Rd.
Smyrna DE 19977



Re: *Shabazz v. Correctional Medical Services.*
C.A. No. 06-372 GMS

Dear Mr. Shabazz:

As you are aware, I represent the defendant in the above-referenced action. Included with this letter is an Authorization for Health Information Disclosure. When you plead infliction of injuries, you put in issue your prior health history. Please execute the Authorization and return it to me so that I may gather and review your prior health records. Please include on the Authorization your date of birth, and leave blank the space for the name of the physician's office disclosing information. I will fill that in using the information that you provide to me in your Answers to Interrogatories.

I will provide to you copies of any records received to the extent you wish to have copies made at your expense. Please let me know. I have included a self-addressed, stamped envelope for your convenience

Sincerely,

James E. Drnec

JD/jz
Enclosure

**BALICK & BALICK LLC**
ATTORNEYS

711 King Street • Wilmington, Delaware 19801

Delaware Correctional Center
RECEIVED
AUG 1 1 2007

WILMINGTON DE 197
10 AUG 2007 PM 2 L

Mr. Al-Muhammad Aleek Shabazz
a/k/a Roger L. Dennis, Jr.
SBI # 241736
Delaware Correctional Center
1181 Paddock Rd.
Smyrna DE 19977