August 24th '07

RECEIVED
AUG 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Al-Muhammad Aleek Shabazz
a/k/a Roger J. Dennis Jr.
SBI 00241736
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Dela 19977

            Co: Shabazz V. Correctional Medical Services
                CA No. 06-372Gms

Dear Mr. Dunes:

        I am aware you represent the defendants in the
above-referenced action. I sent the Court the same info
I sent you. That way it won't be no discrepancies.
I am no lawyer nor a scholar, but I know how
the system works with all due respect. I was going to
sign to release my medical records, but the Defen-
dants refused to sign. If you look in the package I sent
and read the letter that explained.

Second you said I was deficient In my answer to
CMS Interrogatories: 1, 2, 3 you said request info
about me prior 10yrs before my Incarceration. I
worked for my family business In my homeland
Accomac VA - Landscapping And Construction.

No. 5# CMS is responsible for not acting on Dr. orders
for Treatment to lower back Disk, and I had
to wait 5½ yrs before they gave me my

(Page II) proper backbrace back, and I was reinjured by fall when I was working in the kitchen. As far as my asthma, high blood pressure, and difficulty breathing that was explained In the Interrogatories and In my journal notes, and medical grievances which cost me to lose my job In the Kitchen.

Listen Mr. Dimeo Sir; I'm not a attorney, and as I said I'm no scholar with the law, but I've done my homework, and research and I know I have a very strong, and winning case. I wont backdown by any means.

I have my witnesses and I'm asking your Honorable Seat to have them all subpoenaed if this goes forth to trial.

I have a whole lot of documents to produce, but I don't have a job, and I only get money from family everynow and then, and plus the Court takes a percentage to pay for this lawsuit when I do get money from family for personal hygiene so forth.

Plus I am a muslim and I pay my Zakat which means Charity for my Blessings from the Almighty Allah (Sbt).

At this time I can't pay for medical Documents to go out. Is there another way?

(Pg III) Please get back to me A.S.A.P. Plus my mother has a whole file of my legal papers at home. Her name is Ms. Gloria J. Dennis  302-998-2333 Home. Cell 302-898-1255.

Sincerely,

Mr. Al-Muhammad Aleek Shabazz

SBI. 00241736

Thanks for your time cooperation.

My ex-fiance Sherry L Scharff has a Box of legal documents and plus she use to work here as a nurse as you see in my Answering Interrogatories.

Re: Shabazz v. CMS
CA. No. 06 - 372 GMS

Page I      For Balick & Balick Defense for Defendants
This is A No-Binding Motion for you to have
The last 2yrs of My sentence Vacated and have CMS
Pay I the Plaintiff $250,000 To Make all this go
away.

1) If you decide to settle this; This is the terms that
I hope and pray we could agree upon, but if not
I'll persue to push for a trial and have all my
witness subpoenaed.

2) To me it would be a waste of the states money
when they are already crying broof for more money
to build, and add more prisons, when these prisons
conditions, and medical situations stay in the news-
papers daily.

3) I don't want this long and drawn out, but I won't
walk away empty handed for all the negligent
and inadequate treatment I've been through.

4) With all due respect; if they would have properly
done their jobs none of us would be in this
position.

5) All medical personel aren't bad, and its sad you
got nurses quitting, and leaving, because they don't
like the way we are being treated, and the way
they are being treated.

Page II   This is my motion. Please get back to me with your immediate response.

Sincerely

Mr Al-Muhammad Aleck Shabazz

SBI 00241736

Aug 24th 07



RECEIVED

AUG 2 4 2007

Delaware Correctional Center

WILMINGTON

PM

BALICK & BALICK LLC
ATTORNEYS

711 King Street · Wilmington, Delaware 19801

Al-Muhammad Aleek Shabazz
a/k/a Roger L. Dennis, Jr.
SBI #241736
1181 Paddock Rd.
Smyrna DE 19972



LEGAL
DOCUMENTS

BALICK & BALICK LLC
ATTORNEYS

Sidney Balick

Adam Balick

Joanne Ceballos

James Drnec

August 22, 2007

Mr. Al-Muhammad Aleek Shabazz
a/k/a Roger L. Dennis, Jr.
SBI # 241736
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

> **Re:     *Shabazz v. Correctional Medical Services .*
> *C.A. No. 06-372 GMS***

Dear Mr. Shabazz:

As you are aware, I represent the defendant in the above-referenced action. I write to raise two issues: First, I noticed that on August 21, 2007, you filed with the Court the letter I sent to you on August 9, 2007 asking you to execute and return to me the medical records authorization form I also sent you. If you do not intend to execute that form, please let me know at once.

Second, I have reviewed your Answers to CMS's Interrogatories and they are deficient in the following manner: Numbers 1, 2, and 3 each request information about you from the ten year period PRIOR to your current incarceration. You have responded only with information that is current. Please provide the information requested.

Number 5 asks you to identify "with specificity" the injuries you claim CMS is responsible for. Your first entry reads "Back Lower Disc". Are you contending that CMS is responsible for injuring one of the discs in your lower back? If so, please indicate the level at which the injury occurred and the date and manner in which it occurred. Please also confirm that you are now contending that CMS is also responsible for your asthma, high blood pressure and difficulty breathing.

Please provide this information so that we can avoid the inconvenience and expense of a motion to compel. Pursuant to Local Rule 7.1.1, this letter constitutes my attempt to communicate with you prior to the filing of a motion to compel.

I also note that your most recent filing with the Court included a substantial number of documents. I have not, however, received any written responses to CMS's

Mr. Al-Muhammad Aleek Shabazz
August 22, 2007
Page 2-

Requests for Production of Documents, which was filed on August 10, 2007. I remind
you that you must file a written response in addition to producing documents. Given the
nature of the documents you have produced to date, I hope that you have additional
documents as a number of categories have not been produced.

Thank you for your time. I look forward to hearing from you.

Sincerely,

James E. Drnec
(ID#3789)

JD/jz



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

TO:         IM Roger Dennis SBI# 241736 SHU 17 CL7

FROM:       Deputy Warden Pierce

DATE:       January 22, 2007

RE:         Property and Staff Issues

---

    I received your letter dated December 28, 2006, regarding your property and staff and have forwarded your concerns to S/Lt. Dotson for his investigation and action.

DP/dc
Attachment
cc:    S/Lt. Dotson
       File

Document CL7

You told me you'll help me & now I'm
playing games with me, I'm
holding you to that?

To: Deputy Warden David Pierce
Sam: Ali Muhammad Aleek Shabazz, alias Mr. Roger Servie jr.
SBI# 00234236   Bldg 17C-27 SHU

**RECEIVED**

JAN 0 5 2007

**DEPUTY WARDEN I**

Yesterday sir after my visit with family my
property finally brought to me at 10am by Sgt. N. Hillingsworth. First of all I got receipts,
and paperwork on everything I didn't get, and I didn't get all my commissary, and
she smartly told me that if I didn't sign my TV, Radio, headphones over I would be
written up write it up its my property. She threw my 2man prayer rug
threw the flag on the floor which was very disrespectful, and shoved all my
stuff on the floor. She never gave me a copy of any of my property or
my Inventory which is a violation, and I have officers to witness the
disrespect of this female officer. I filed a grievance, and paperwork on this
I'm informing you, because I know the grievance board having officers, and every
one is going to try to let her get away, because she's one of their own. I'm
here for bogus write ups never seen, I've been humiliated, disrespected,
and now the big guns step in my father people my aunt that works in the
Pentagon & Aunt and Uncle Both Federal Agents FBI. I've tried to be civil
but this prison continuously wants to play games have me in the hospital
psychic rooms 21 days taking showers barefooted now I got sores on feet and
all that skin rashes all that, and medical Don't want to do their
job. You leave me know choice. I'll hold off my aunts and uncles, and my family thats
senators and thats in Congress until I see what they do at BOP Main level even
though I already know what they are going to do nothing. After Wardens day
Back to business doing that week I'm unleashing my people letting
them do what should've been done a long time ago I'm not going to let
this prison keep humiliating me doing what they want and think they
are going to get away with. The nurses firing, cell phones, drugs all
that crap I know about all of it and how its getting in and by whom.
I'll pull all their cards for what they did to me.

Ali Muhammad jr.

# Memo

**To:** ~~Muhammad A. Shabazz #241736 (E. building)~~

**From**: Major James Scarborough

**Date**: 11-01-06

**Subject**: letter of complaint against staff

I have read your letter and forwarded it to Unit Commander, Captain Karl Hazzard for his investigation.

*Major James Scarborough*
Security Superintendent

Cc: Captain Karl Hazzard
    file



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                          (302) 739-5601
Commissioner                                      Fax:   (302) 739-8221

February 27, 2007

Al-Muhammad Aleek Shabazz
SBI# 00241736
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Shabazz,

I am in receipt of your letter dated February 12th.

I have forwarded your letter to Jim Welch, Medical Director to investigate.

Sincerely,

Carl C. Danberg
Commissioner

cc:      t-file 20

CCD:lmd



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
## OFFICE OF THE DEPUTY WARDEN
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

<u>Lawrence A. McGuigan</u>

<u>MEMORANDUM</u>

TO:        Inmate Roger Dennis, AKA Muhammad Shabazz
           SBI# 241736
           MHU 21 BU3B

FROM:      Lawrence McGuigan
           Deputy Warden

DATE:      June 18, 2002

RE:        Back Brace

_____

       Relevant to our recent conversation, I requested that medical perform an
evaluation on your ongoing requests for a back brace.

       Medical has advised me that, at this time you do not require a back brace.
Should you wish further clarification, feel free to write to the Medical Department.


LAM/dc

cc:    Deputy Warden Burris
       Captain Henry
       Robbie Hampton/Medical
       Inmate File

1

April 4, 2006

Al Muhammad Aleek Shabazz, 241736
22
BL11

I believe our letters may be crossing in the mail. After I saw you on 3/28/06, I met with Miss Mattie about your ear. She said she would have Nurse Quani come to see you. It sounds like that did not go well. I will copy that letter to Miss Shirell for review. I also sent a memo to the phone staff -- Miss Courtni to check on the problems with your mother's number. I will keep you posted as I receive responses.

Thank you,

Cindy Atallian
Counselor – 22

A.M.A.S.
Received
4-05ᵗʰ 06 wednesday

April 11, 2006

Al Muhammad Aleek Shabazz, 241736
22
BL11

Your phone sheet was submitted with your mother's new number – 302-998-2333. You should be able to make calls now. I advised Mental Health staff that you wanted to speak to them as well.

Thank you,

Cindy Atallian
Counselor – 22

TO _Al Muhammad Aleek Skaby_
_241736_
_22    BL11_

FROM

SPEED LETTER

_Cindy Atallian_
_Counselor - 22_

SUBJECT: _____

MESSAGE

_I met with medical about your medication_
_issue. This should have been corrected by now._
_If not, please notify me immediately._
_I also completed a Chaplaincy referral._

_Thank you._    DATE _03/22/00_    SIGNED _CA_

REPLY:

_____

_____

_____

_____

_____

_____DATE_____SIGNED_____

FORM #: 535        SEND PARTS 1 & 2 INTACT. PART 2 WILL BE RETURNED WITH REPLY. RETAIN PART 3 FOR FILE.

April 20, 2006

Muhammad Aleek Shabazz, 241736
22
BL11

I received your letter. Your phones should be working now for you to call your mother.
If not let me know. I have placed you on the list for a classification for Family Problems,
but I have 40 people for this month, so I must get them out of the way first. It might not
be possible to have this finalized until May, but I will see if the Lt. has any extra room. It
looks pretty full now. Also, I will bring up your case to the Mental Health meeting staff
next week about your ear if nothing has been done. Please let me know something before
Wednesday of next week. If I see Miss Shirell, I will let her know about the concerns
that you have expressed.

If you have any other concerns or questions, just let me know.

Thank you,

Cindy Atallian
Counselor – 22

3-18-04

To: Brenda Holweida (Supervisor)

From: Al-Muhammad Aleek Shabazz,
Alias: Roger Dennis Jr.  SBI. 00241736
MHU Bldg 21  B-Lower 3#

Dear Ms. Holweida,

I filed a grievance to you about my medical situation, and I'm concerned, because I still haven't heard back from you yet, and I'm still having the same problem with my stomach, left side, near my kidney, and sharp pains from my upper chest down near my heart, and my back. This has been going on 4 weeks now. Dr. Lorretta Brown ordered maylox for my stomach, and still there is no change. Brenda I come to you, because I trust you, and I know you will make sure everything is properly handled. I told you before that (MA) Adrienne Branch also told Dr. Brown about the problem, and then when she saw me again the days I filed the grievance I was charged. Something is wrong Brenda. I know my body. Sometimes when I get up I fall to my knees, because I have no feeling in my whole left side arm, leg all the way down. They drew blood Thursday March 11th 04 Nurse Tonya Smith Best I don't know the lab results. I haven't got my PPD yet, plus I feel a Ekg, and X-Rays should be ran. Please get back to me A.S.A.P.

Sincerely yours,
Mr. Al-Muhammad Aleek Shabazz
Bldg 21 B-Lower 3#

spoke w inmate on
3/19/04 bhm

**DCC** Delaware Correctional Center
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/16/2004

Z I

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI# : 00241736 | Institution : DCC |
| Grievance # : 2025 | Grievance Date : 03/10/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/10/2004 | Incident Time : 14:30 |
| GC : Merson, Lise M | Housing Location : Bldg 21, Lower, Tier B, Cell 3, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Cramping in my stomach. Dr. brown charged him $4.00 because she said I never mentioned the problem at my chronic care visit. I did and she should have treated me then. I had a friend who died of stomach cancer here for some of the same symptoms and Dr. Brown ask me if i worry alot and I said yes I do when it comes to my health.

**Remedy Requested :** I request to get another opinion from another medical proffessional and a EKG is done blood test ran, and tat proper steps are taken to resolve this matter with my health. I'm very worried until I get proper diagnosis and then we go from there.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 03/12/2004 |
| Investigation Sent : 03/12/2004 | Investigation Sent To : Kratsas, Gina |
| Grievance Amount : | |

NAME: Dennis Roger    SBI#: 241236

LOCATION: Mhu 21    DATE: 3/19/04

Please schedule with:

MD: Dr. Ali

NP/PA: _____

NSC: _____

For: wants EKG, eval for $Ca^+$
2. CEA

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/16/2004

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI# : 00241736 | Institution : DCC | |
| Grievance # : 2025 | Grievance Date : 03/10/2004 | Category : Individual | |
| Status : Unresolved | Resolution Status: | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/10/2004 | Incident Time : 14:30 | |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Lower, Tier B, Cell 3, Bottom | | |

### INFORMAL RESOLUTION

**Investigator Name** : Kratsas, Gina                                 **Date of Report** 03/12/2004

**Investigation Report :**

**Reason for Referring:**

Offender's Signature: _X Al-Muhammed A. Shabazz aka R.L. Dennis Jr._

Date : _3-19-04_

Witness (Officer) : _Brenda Holverda Ramsons_

_Set idcr. Alue for eval
for need of EKg +
testing for cancer._

January 29, 2007

Mr Dennis

I understand your request is for a MRI, however a Physician must request a MRI before you can be scheduled for one. I understand you have gone to both of the outside consults on the same day last week. I will forward your nursing and physician complaints to the DON Eller for investigation, along with a copy of your letter and my response.

Thank you

Deborah Rodweller, Medical



(Emergency Att'n)

(Legal Mail)

INM: Al-Muhaimen Ali Al-Malik
SBI# D0294736    UNIT: MHU-Bldg 81 D-Room 12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street locker Box 18
Wilmington Delo 1 9801-3570