In The United States District Court
For The District of Delaware

Al-Muhammad Aleek Shabazz,  
aka Roger L. Dennis Jr.,  
    Plaintiff,

v.

First Correctional Medical  
Services, Et Al.; Correctional  
Medical Services, Inc., Et Al.,  
    Defendants

C.A. No. 06-372-GMS

FILED  
NOV 16 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

PD scanned

Motion to Amend & add Defendants to Foregoing Case.

11-07-07 Wednesday myself & my cellie Carey Carmona was briskly moved out our cell due to we had no running water for 3 days, but they also wrote us up "illegally" using we held trays and Administratively moved us to Isolation on a dirty mattress on the floor no sheet to cover it with (1) Blanket and Sheet no pillow, and I just got my legal work today with alot of missing personals legally, and personal. St/Lt Alisa Profaci is a part of this lawsuit so this was vindictive, and Bias, and retaliation on her part, and officer L. Sowla at the Delaware Correctional Center. Major James Scarborough is the Investigating Security Chief and the write up is suppose to be vacated like it never existed due to the circumstances. I was suppose to have still been on the compound but was "illegally" moved. I want this all on record. My moms been sick Ms. Gloria J. Dennis, My Aunt is on a machine, and had 4 strokes veg. state. I'm a victim of Circumstance. My cellie Carey Carmona is good younger

(Page 2) man whom is stuck in the middle, because of my suit which I suffered much injury and still go through pain daily. I've filed all my briefs on time and would like a up to date docket of where my case stands today as of receipt of this letter.

Thank You

Sincerely,

Mr. Al-Muhammad Aleek Shabazz
aka Mr. Roger L. Dennis Jr.
SBI.00241736#

SHU Bldg 18 C-1-2#
Nov. 14th 07

Also need to know how much I've paid the court as of today.

