In The United States District Court
For The District of Delaware

Al-Muhammad Aleek Shabazz,
AKA) Mr. Roger d. Dennis Jr.
                Plaintiff

            vs.

First Correctional Medical
Services and Correctional
Medical Services, Inc.,
                Defendants

Civ. No. 06-372 GMS

FILED

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### Motion to Amend and to Add DOC
### Back to this Lawsuit and Combine*
### Cases. All are responsible for evidence I am
### About to present. 2nd Motion is for a Speedy
### Trial. 3rd Motion to be appointed Civil Counsel.

I am about to present some very serious evidence, and
I pray that your honor will see that this is a emerg-
ency case and grant my motion and all request

I ask that the court take this case very serious,
because this is my life we are talking about.

I filed a letter to Bureau of Prisions Commissioner
Carl Danberg, and Bureau Chief Rick Kearney and
nothing has been done as of yet.

(Page 1)

pge 2

On 11-07-07 I plaintiff Al-Muhammad Aleek Shabazz and my Cellie Carey Caimona SBI 293006 had complained that we had no running water for 3 days, meaning we couldn't brush our teeth, wash our faces, nor shave, use the bathroom or anything. Lt. Michael Trader and S/Lt Alisa Profaci knew this because they were right on the tier when the plummers did it when they were fixing the collmert to us water Bldg 21 D-Lower 11. We were in Lower 12. Anyways we were tricked and illegally written up for holding trays which did not warrant and Isolation time, but we were sent to Iso Illegally in Retaliation, because S/Lt Alisa Profaci is part of my lawsuit, and this was a bias and vindictive act.

I filed grievances followed the Chain of command and no-one wanted to act. (1) grievance was that I received $300.00 a day for everyday I was in the hole, because Number 1, S/Lt Profaci, Lt. Michael Welcome and Cpt. Guy Fowler Violated The Due process Clause keeping my cellie and I in confinement/Solitary without opportunity to rebut Charges, so we are entitle to Compensatory & punitive damages, and alot of my property was lost damaged and they couldn't find it, Backbrace, Denture plates legal property, so forth. I'll save all arguments for trial.

Then I was without Proper meds 7½ days asthma pumps, Proper pain meds so forth. I filed grievance for $30.00 a day. Mental anguish, and Inadequate treatment.

Nov. 21st 07 I came out the hole/Iso sent to Bldg 19 B-Lower 10 which my points warrant me to be on the compound, but I found out I'm on Administrative Max hold with No

3 3) explanation at all. I filed Paperwork to the Major James Scarborough, Deputy Warden David Pierce, Deputy Warden Elizabeth A. Burris whom retires Jan. 08, but I still want her held responsible as well. No-one gets through the cracks like they been doing.

I am enclosing all proper paperwork. I'm being held because of this lawsuit, and all other paperwork I've put in about seeing that justice is brought against all involved. I don't have proper access to the law library, and my Mental Health Needs nor Medical needs are being met. Bogus write-ups included.

I have a aunt in Veg. State In Md their deciding whether to take off life support waiting to hear from me which the Chaplins have not came and given me any calls, and my great uncle is In Intensive care In VA, and my moms been sick. On Aug. 24th 07 I responded to Defendants attorney Mr. Dinez, and it was to settle or go to trial, but I've yet to get a response. I also wrote to get a Docket sheet which I still haven't gotten a response.

Please your honor grant motion and order all to respond a.s.a.p.

Sincerely Mr. Al-Muhammad Aleel Shabazz
alias Mr. Roger L. Dennis Jr.
SBI. 00241736#



# Office of Treatment Services
## Maximum Housing Unit
### Delaware Correctional Center
**Smyrna, Delaware 19977**

To:     Roger Dennis 241736
        SHU 19 B L 10

From:   Todd Kramer
        SHU 19 Counselor

Date:   December 12, 2007

---

I have received your letter that you sent through in-house mail. I have sent an e-mail request to both Deputy Warden Pierce and Major Scarborough about your request for double cuffing. Once I get a response, I will let you know.

Thank you for your patience.


Cc:     File

**CORRECTIONAL MEDICAL SERVICES**

# Memo

**To:** Mr. Shabazz

**From:** Doc Afsa

**Date:** 11/30/07

**RE:** Your questions

I asked + inquired re your questions
+ here is what I found out.

1. I wrote + sent the memo for double
cuffs.

2. fit for glasses ordered

3. back braces are not allowed in the
Shu you will have it returned
once leave Shu

4. no dental plates found or packed up
(per Cane).

5. all your meds have been re-ordered as
of 10·26·07.

**FORM #584**

**GRIEVANCE FORM**

BL10

FACILITY: Delaware Correctional Center          DATE: Dec 3rd 07

GRIEVANT'S NAME: Al-Muhammad Aleek Shabazz     SBI#: 00241736
alias Roger Dennis Jr

CASE#: 14A238          145963     TIME OF INCIDENT: CN-Going Unresolved Issue

HOUSING UNIT: SHU Bldg 19 B-Lower10     Personal Property Issue

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I.G.C. Michael McCreanor turned this over to St/St Bernard Williams to
Investigate TV/ Radio and headphones lost somewhere in Bldg 14. This has
went on long enough. I had my hearing plaving to have paperwork
that all properties 'is mine' now I was in my property. If it can't
be found I said I wanted it to be replaced or paid for. I
need all my property. This issue can't no longer be delayed. Every
time the Institution illegally moves me, I always go through the
same slave and I enough to enough. I have all proper paperwork if
I had to take this further and not none forget to push for small
claims court. It should not have to come to that.

ACTION REQUESTED BY GRIEVANT: That my property is found. All my property has
speakers in it TV/Remote Super III Radio's and some headphones. Old lete
a borrowed Radio Super 3 with speaker until property is found. There are
plenty of Radios in the Hearing offices that you all be listen to. Radios you've
Confiscated from people. I know because I've personally saw them.

GRIEVANT'S SIGNATURE: Al-Muhammad Aleek Shabazz   DATE: Dec. 3rd 07
alias Mr. Roger Dennis Jr.

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____ (YES)   _____ (NO)
RECEIVED
DEC 04 2007 (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)
IM GRIEVANCE OFFICE
GRIEVANT'S SIGNATURE          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
   GRIEVANT

April '97 REV

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI# : 00241736 | Institution : DCC |
| Grievance # : 146303 | Grievance Date : 11/17/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Personal Property | Incident Date : 11/17/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg 19, Lower, Tier B, Cell 10, Single | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate Claims: I never got all my legal papers for my active cases that I am allowed to have and plus when I got a copy of my property sheet all my property I was not listed on the property sheet such as my 3 small phone books hard back brown one red one from chapel and 1 small paper brown one from commissary 3 new black pens, my journal for court my denture plates teeth top and bottom, my black pro flex back brace, other commissary items, personal hygiene, dial deodorant, speed stick, other food items, and magazines and my other property. I've been denied by Lt. S. Dixon the hearing officer and I had all proof of owner ship of my TV, radio, and head phones, and they've lost that somewhere in the hearing office bldg 14 and property room.

Remedy Requested : That all my property is found and given to me as was, and that if my property is not located that it is paid for pronto, because its been missing entirely to long, and to many games are being played. I've done everything through the chain.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : NO             Date Received by Medical Unit :

Investigation Sent :             Investigation Sent To : Hawkins, Karen D

Grievance Amount :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/10/2007

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI#    : 00241736 | Institution    : DCC | |
| Grievance #    : 146303 | Grievance Date  : 11/17/2007 | Category    : Individual | |
| Status    : Unresolved | Resolution Status: | Inmate Status : | |
| Grievance Type: Personal Property | Incident Date    : 11/17/2007 | Incident Time : | |
| IGC    : McCreanor, Michael | Housing Location :Bldg 19, Lower, Tier B, Cell 10, Single | | |

| INFORMAL RESOLUTION |
|---|

Investigator Name   : Hawkins, Karen D                          Date of Report  12/10/2007

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date    :_____

Witness (Officer)   :_____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

DCC **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/11/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI# : 00241736 | Institution : DCC |
| Grievance # : 146501 | Grievance Date : 11/17/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/17/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg 19, Lower, Tier B, Cell 10, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I've been on Iso status since 11/7/07, and I've yet to receive any 2 valve asthma pump or my albuterol. I'm due to receive a hearing aide. I went to outside hospital 11/6/07 12 pm noon, and the order was to clean ear with alcohol daily or vinegar to keep infection out of it. I've had 20 infections in my right ear that I can't hear out of plus I wear a back brace lower back, but they packed in my property with denture plates for top and bottom. Ear is in a lot of pain, sinus drawing they have me or plain mattress 1 sheet 1 blanket and its cold as ever. Migraine headaches killing me, and eyesight. Back pain med ran out need to be seen. I've asked every nurse all they keep saying is I'll check.

**Remedy Requested** : That this matter be corrected prompt. There is already a active lawsuit on CMS and SCM now active case civil action No 06-372 CMS. This will be added unless problem is corrected.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES

Date Received by Medical Unit : 12/11/2007

Investigation Sent : 12/11/2007

Investigation Sent To :

Grievance Amount :

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 12/11/2007

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI#     : 00241736 | Institution    : DCC |
| Grievance #    : 146501 | Grievance Date : 11/17/2007 | Category     : Individual |
| Status      : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 11/17/2007 | Incident Time : |
| IGC      : McCreanor, Michael | Housing Location :Bldg 19, Lower, Tier B, Cell 10, Single | |
| INFORMAL RESOLUTION | | |

Offender's Signature:_____

Date         :_____

Witness (Officer)    :_____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/11/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DENNIS, ROGER L | SBI# : 00241736 | Institution : DCC |
| Grievance # : 146501 | Grievance Date : 11/17/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/17/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg 19, Lower, Tier B, Cell 10, Single | |

### IGC

**Medical Provider:** Contracted Health Services    **Date Assigned** 12/11/2007

Comments:

[ ] Forward to MGC          [x]  Forward to Medical Provider        [ ]  Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC :

[ ] Offender Signature Captured      Date Offender Signed     :

DCC  **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/11/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : DENNIS, ROGER L | **SBI#** : 00241736 | **Institution** : DCC |
| **Grievance #** : 146501 | **Grievance Date** : 11/17/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/17/2007 | **Incident Time** : |
| **IGC** : McCreanor, Michael | **Housing Location** : Bldg 19, Lower, Tier B, Cell 10, Single | |

### MEDICAL PROVIDER

**Provider Name** : Contracted Health Services       Date Received : 12/11/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

### DECISION

**Decision Date:**            **Vote :**

**Comments** :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/11/2007

(Chronical Care)
Lisa I.
Adriene Blaxech Bley (ms)

# Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name  _Denis Rogers_    SBI # _941736_

(Last, First  MI)

Facility  _DCC_    Date  _11/29/07_

|  | Chargeable Visit | $4.00 |
| ✓ | Non Chargeable Visit | -0- |
|  | Medication Handling Fee ($2.00 X _____ ) | $_____ |

## Total Amount Charged To Inmate Account    $ _0_

Health Care Staff Signature:  _____

---

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _Ali Muhammad (Dennis Rogers)_    Date: _11/29/07_

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance.  Any funds received by you will first be applied to any negative balance.   Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release.  Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original:  Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
            Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
## FORM #:  621

3 part NCR

(C:Copay.96.Form.4)

Ranes, Roses 06 said Shed another Box with stuff but
my hygiene, Denture Plates, Necklace, Pens bought in commissery (3)New Black Pens and other property not mentioned

Prayer Rug & Glasses $10.00 Gold frames Damaged eye Glasses who? C/c Williams who's W. Webenster... shoved

**INMATE ACQUIRED OR CONFISCATED PROPERTY**

INMATE NAME: _Doh    s    Lore_    SBI #: _____

HOUSING UNIT: _____    DATE: _____    TIME: _____    Page _1_ of ____

RECEIVED NOV 1 8 2007 PROPERTY ROOM

| ITEM# | ITEM | | DESCRIPTION/MAKE, MODEL & SERIAL # | SP/PP | QTY | Condition P/F/G |
|---|---|---|---|---|---|---|
| 1 | Book | ✓ | | 2 | | |
| 2 | Book | ✓ | | | 1 | |
| 3 | Book | ✓ | | | 1 | |
| 4 | Book | ✓ | | Did n't get | | |
| 5 | | | Book | | 1 | |
| 6 | | ✓ | Book | | | |
| 7 | | ✓ | | | 9 | |
| 8 | | ✓ | | | 1 | |
| 9 | Gravela cereal | ✓ | | | | |
| 10 | | ✓ | | | | |
| 11 | | ✓ | | | | |
| 12 | | ✓ | (Damaged) | | | |
| 13 | | ✓ | | | 1 | |
| 14 | | ✓ | | | 1 | |
| 15 | Glasses case | ✓ | (Damaged) | | | |
| 16 | | ✓ | (Damaged) | | | |
| 17 | | ✓ | | | | |
| 18 | | ✓ | | | | |
| 19 | | ✓ | | | | |
| 20 | | ✓ | | | | |
| 21 | | ✓ | | | | |
| 22 | | ✓ | | | | |
| 23 | | ✓ | | | | |
| | nothing | | | | | |
| | Envelopes | white Lg. 88m =12 ea | PP | 24 | F |
| | Letters | various | PP | 8 | P |
| | Tablets | Composition / white | PP | 2 | F |

_B. ... ... ... ...                         Salice_
Officer Inventorying Property Name (Print Clearly)    Shift    Officer Inventorying Property Signature

_C T. Williams_                         _Ext_                         _T. Willel_
Supervisor Reviewing Documentation (Print Clearly)    Shift    Supervisor Reviewing Documentation Signature

**RECORD OF TRANSFER OF PROPERTY**

_____ on _____ at _____ by _____ (Person Receiving Property) _____ within _____
(Person Transferring Property)    (Date)    (Time)    (Unit)

_____ on _____ at _____ by _____ within _____
(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    (Unit)

_____ on _____ at _____ by _____ within _____
(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    (Unit)

Form 537-A(Revised 11/08/06)    **SP= State Property    **PP= Personal Property

DR # 103
3185

Date: 8-1-07

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☒ Class I (Major)    ☒ Class II (Minor)    ☐ Summary (24 Hour LOAP)

**Inmate:** Dennis Roger L                    **SBI#:** 00 241736
**Institution:** Delaware Correctional Center    **Hearing Date:** 8-1-07    **Time:** 1040

**Inmate Present:** ☒ Yes    ☐ No

Reason (If No): _____

**Violation:** DCST 8 — FTOO - Possession of NDC
**Inmate Plea:** N/G
**Inmate Statement:** Plead not guilty because he had the proper paper work for TV and C/O Rainey would not look at the paper work.

**Witness Name:** N/A
**Testimony:** _____

**Witness Name:** N/A
**Testimony:** _____

**Witness Name:** N/A
**Testimony:** _____

**Decision:** ☒ Guilty    ☐ Not Guilty    ☐ Further Investigation
**Rational:** Based on write up inmate found N/G of DOTB - POMDC because inmate has proof of ownership for TV Guilty of FTOO

**Sanctions:** 5 days (OAP

**Hearing Officer's Signature** _J. Kuyen_

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☒ I do not intend to appeal.

_Al-Muhammad A. Shafagg R. Dennissije_
Inmate's Signature

## ORDER TO IMPLEMENT SANCTIONS

☐    **Inmate does not wish to appeal**    ☐    **Appeal has been denied by Commissioner or Designee**

☐    **Sanctions have been modified**    ☐    **Time Limit (72 hours since hearing) for appeal has expired**

**Modifications:** _____
It is hereby ordered to implement the sanctions or modified sanctions on **Date:** _____    **Time:** _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

*than as well as begin route up and illegally movement and time served in Iso 11-07-07 to 11-21-07 2pm*

DR # 1035772

Date: 11/27/07

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☐ Class I (Major)    ☑ Class II (Minor)    ☐ Summary (24 Hour LOAP)

**Inmate:** Dennis Roger                  **SBI#: 00** 241736
**Institution:** Delaware Correctional Center    **Hearing Date:** 11/27/07    **Time:** 0929

**Inmate Present:** ☑ Yes  ☐ No

**Reason (If No):** _____

**Violation:** 1.06  1.10  2.03  2.06  2.13
**Inmate Plea:** not guilty
**Inmate Statement:** Don't get up for lunch didn't have running water.

**Witness Name:** _____
**Testimony:** _____

**Witness Name:** _____
**Testimony:** _____

**Witness Name:** _____
**Testimony:** _____

**Decision:** ☑ Guilty   ☐ Not Guilty   ☐ Further Investigation
**Rational:** Inmate found guilty of 2.06 + 1.0
and 2.13 PWDC. With class II all
other charges dropped. Inmate
allowed 15/50 no further sanction.

**Sanctions:** _____
                      **Hearing Officer's Signature** _____

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☑ **I do intend to appeal.**

☐ **I do not intend to appeal.**

inmate unable to sign
                      **Inmate's Signature**

## ORDER TO IMPLEMENT SANCTIONS

☐ **Inmate does not wish to appeal**      ☐ **Appeal has been denied by Commissioner or Designee**

☐ **Sanctions have been modified**        ☐ **Time Limit (72 hours since hearing) for appeal has expired**

**Modifications:** _____
It is hereby ordered to implement the sanctions or modified sanctions on **Date:** _____    **Time:** _____
Form 121 – May 30, 2003 – 2 pt. NCR   DACS

INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Dennis Roger      SBI #: 247736
HOUSING UNIT: 21      DATE: 11-7-07      TIME: ____      Page 1 of ____

RECEIVED NOV 13 2007 PROPERTY ROOM

| ITEM# | ITEM | DESCRIPTION/MAKE, MODEL & SERIAL # | SP/PP | QTY | Condition P/F/G |
|---|---|---|---|---|---|
| 1 | Book | The world almanac 2005 | PP | 1 | P |
| 2 | Book | Creative writing | PP | 1 | P |
| 3 | Book | Holy Quran | PP | 1 | P |
| 4 | Book | The address Bank Clot. Raney Checking | PP | 1 | P |
| 5 | Pic | Black | PP | 1 | P |
| 6 | Comb | Black | PP | 1 | P |
| 7 | Vanila envolope | legal work   Full Box | PP | 4 | P |
| 8 | Oatmeal Cream pies | Little debbie | PP | 1 | G |
| 9 | Granola cereal | Sunbelt | PP | 1 | G |
| 10 | Photo album | gray | PP | 1 | P |
| 11 | address Book | Brown | PP | 1 | P |
| 12 | Prayer Rug | Red   was Damaged | PP | 1 | P |
| 13 | Cup | Tan | PP | 1 | P |
| 14 | Shark | Blue | PP | 1 | P |
| 15 | eye glasses case | Black | PP | 1 | P |
| 16 | eye glasses | Brown   Damaged | PP | 1 | P |
| 17 | Dalk of playing cards | aviator | PP | 1 | P |
| 18 | kuffi | | PP | 1 | P |
| 19 | Cup w/lid | Clear | PP | 1 | P |
| 20 | Tooth brush | Blue | PP | 1 | P |
| 21 | Tooth brush holder | | PP | 1 | P |
| 22 | Soap Container | | PP | 1 | P |
| 23 | Bowl with lid | | PP | 1 | P |
|  | nothing follows | | | | |
|  | Envelopes | white Lg 83n  =12 ea | PP | 24 | F |
|  | Letters | various | PP | 8 | P |
|  | Tablets | Composition / white | PP | 2 | F |

Brian T. Collison      GXK6cc
Officer Inventorying Property Name (Print Clearly)      Shift      Officer Inventorying Property Signature

CT.ulleone      EXP1
Supervisor Reviewing Documentation (Print Clearly)      Shift      Supervisor Reviewing Documentation Signature

RECORD OF TRANSFER OF PROPERTY

To Summer McLaughlin  on 11/14/07  at ____  by ____  within SHU  issued well from Cell

(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   (Unit)

____ on ____ at ____ by ____ within ____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   (Unit)

____ on ____ at ____ by ____ within ____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   (Unit)

Form 537-A(Revised 11/08/06)   **SP= State Property   **PP= Personal Property

Raney, Roger C/o said I had another Box with stuff in it
mystery *pens*, Denture Plates, Necklace, Pens bought in commissary (3) New black Pens are also property not mentioned

## INMATE ACQUIRED OR CONFISCATED PROPERTY

Prayer Rug & Glasses $10.00 old frames Damaged (pr Glasses    W. Winterstein
2 towel    C Williams

| INMATE NAME: | | SBI #: |
|---|---|---|
| HOUSING UNIT: | DATE: | TIME: ___ Page ___ of ___ |

| ITEM# | ITEM | DESCRIPTION/MAKE, MODEL & SERIAL # | SP/PP | QTY | Condition P/F/G |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Legal | | | | | |
| | | Didn't get | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | (Damaged) | | | |
| | | | | | |
| | | (Damaged) | | | |
| | | (Damaged) | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Envelopes | white lg. 98cm = 12 ea | PP | 24 | F |
| | Cell on | Hispinis | PP | 8 | P |
| | Tablets | composition / white | PP | 2 | F |
| | | | | | |
| | | | | | |

| Officer Inventorying Property Name (Print Clearly) | Shift | Officer Inventorying Property Signature |
|---|---|---|
| C. Williams | SHFT | |
| Supervisor Reviewing Documentation (Print Clearly) | Shift | Supervisor Reviewing Documentation Signature |

### RECORD OF TRANSFER OF PROPERTY

| | on | at | by | within |
|---|---|---|---|---|
| (Person Transferring Property) | (Date) | (Time) | (Person Receiving Property) | (Unit) |

| | on | at | by | within |
|---|---|---|---|---|
| (Person Transferring Property) | (Date) | (Time) | (Person Receiving Property) | (Unit) |

| | on | at | by | within |
|---|---|---|---|---|
| (Person Transferring Property) | (Date) | (Time) | (Person Receiving Property) | (Unit) |

Form 537-A(Revised 11/08/06)    **SP= State Property    **PP= Personal Property

DR #
1035955

Date: 11/20/07

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☑ Class I (Major)  ☐ Class II (Minor)  ☐ Summary (24 Hour LOAP)

Inmate: _Dennis Denni_  SBI#: 00 _241736_
Institution: Delaware Correctional Center  Hearing Date: _11/20/07_  Time: _1035_

Inmate Present: ☑ Yes  ☐ No

Reason (If No): _____

Violation: _1,18   2,03   2,06_
Inmate Plea: _not guilty_
Inmate Statement: _a was there when they pulled our stuff._

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: ☑ Guilty  ☐ Not Guilty  ☐ Further Investigation
Rational: _Per report inmate found guilty of all charges._

Sanctions: _10 days CMU_
Hearing Officer's Signature _Blanya Scurra_

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☑ I do intend to appeal.

☐ I do not intend to appeal.

_inmate unable to sign current run_
Inmate's Signature

## ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal  ☐ Appeal has been denied by Commissioner or Designee

☐ Sanctions have been modified  ☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____ Time: _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

Disciplinary#
1035772

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
Phone No. 302-653-9261

Date: 11/07/2007

## DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit Bldg 18 | | IR#: 1047235 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00241736 | Dennis, Roger L | DCC | Bldg.21 D Tier | | 11/07/2007 | 12:00 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 1.18/200.218 Possession of Dangerous Contraband, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

| Witnesses:1.Welcome, Michael | 2. Cannon, Michael | 3. Scott, Daynene |
|---|---|---|

### Description of Alleged Violation(s)

On The Above Date And Time, Inmates Rodger Dennis #241736 And Carey Carmona #293006 Both Housed In Cell Dl12 In Building 21. I Sgt Robert Cain,Was Picking Up Trays From Chow And Inmates Dennis And Carmona Refused Repeated Directives / Orders To Give Up Food Trays And Razors. Lt Welcome Was Notified. Lt.Welcome Came To The Building And Talked To The Inmates, And They Still Refused To Give Up The Items. Lt. Welcome Then Attempted A Second Time, And They Came Out Of The Cell One At A Time To Be Cuffed And Each Inmate Was Escorted To A Classroom In Building 24. The Food Trays And Thei Razors Were Recovered After The Inmates Were Removed From The Cell. End Of Statement

**Reporting Officer:** Cain, Robert L (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

Immediate action taken by: Cain, Robert L -CO Corporal/Sgt. - Large Inst.

Incident And Disciplinary Reports Submitted.

### Offender Disposition Details

Disposition: N/A                    Date:N/A          Time: N/A          Cell secured?  No

Reason: N/A

Disposition Of Evidence: Returned To Stock (Food Trays), Razors Disposed Of

### Approval Information

Approved: [x]     Disapproved: [ ]   Approved By:Welcome, Michael (Staff Lt./Lt)

Comments:N/A

### Shift Supervisor Details

Date Received: 11/07/2007      Time: 13:36      Received From: Welcome, Michael

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

*(signature)* Lt. Welcome

Welcome, Michael (Staff Lt./Lt)

I have received a copy of this notice on DATE: 11/7/07   TIME: 1345  and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: *(signature)* Welcome, Michael

Offender:
Dennis, Roger L

11/07/2007
1035772

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: **11/07/2007**

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: Dennis, Roger L          SBI#: 00241736    Housing Unit: Bldg 18

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? [  ] Guilty      [ X  ] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested      **No**                    Name of Counsel: ,

7. Confront accuser?      **Yes**

8. Witness requested?      **Yes**                   Name of Witness: Welcome, Michael
                                                             Scott, Daynene
                                                             Cannon, Michael

I certify that on **11/07/2007**  at **13:38**  , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

**(Employee's Signature & Title)**
Welcome, Michael

**(Inmate's Signature)**
Dennis, Roger L

11/07/2007
1035772

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: **11/07/2007**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

## INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

| Disciplinary# 1035955 | **DCC  Delaware Correctional Center** Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | Date:  11/14/2007 |
|---|---|---|

## DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit Bldg 18 | | IR#: 1047470 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | **Date** | **Time** |
| 00241736 | Dennis, Roger L | DCC | Bldg.B Property Room | 11/14/2007 | 09:59 |

Violations: 1.18/200.218 Possession of Dangerous Contraband, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order, 1.31 Promoting Prison Contraband

Witnesses:1. N/A                    2. N/A                            3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approximate Time, I C/O Summer Mclaughlin Was Processing The Property Of Inmate Dennis, Roger Sbi#00241736 From His Transfer From Bldg Mhu21 To Shu18 Iso. Upon Inventorying This Inmate'S Property, I Discovered The Following Contraband Hidden Inside 2 Envelopes Of Legal Mail:

4 Strands Of Copper Wire Which Appear To Be Charred On The Ends
2 Pieces Of Material, Silver In Color Approximately 2-3 Inches In Length. 1 Which Contains A Sharp, Pointed End

This Inmate Is In Direct Violation Of Dcc Housing Rules.
Reporting Officer: Mclaughlin, Summer H (Correctional Officer)

### Immediate Action Taken

Immediate action taken by: Mclaughlin, Summer H -Correctional Officer

Evidence Secured, Area Lt Notified, 404 Written

### Offender Disposition Details

Disposition: N/A                    Date: N/A            Time: N/A        Cell secured?  No

Reason: N/A

Disposition Of Evidence: Evidence Secured And Forwarded To Area Lt

### Approval Information

Approved: [x]      Disapproved: [ ]   Approved By: Satterfield, James P (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received: 11/14/2007        Time: 11:10      Received From: Satterfield, James P

Shift Supervisor Determination:

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Satterfield, James P (Staff Lt./Lt)

I have received a copy of this notice on DATE: _11-14-07_   TIME: _122_   and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing Officer:                                    Offender:
                Satterfield, James P                                        Dennis, Roger L

11/14/2007
1035955

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: **11/14/2007**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate:Dennis,Roger L          SBI#: 00241736    Housing Unit: Bldg 18

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? [ ] Guilty    [X] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
   (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested    **No**          Name of Counsel:

7. Confront accuser?    **No**

8. Witness requested?    **No**          Name of Witness:

I certify that on **11/14/2007** at **11:10** , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

**(Employee's Signature & Title)**
Satterfield, James P

**(Inmate's Signature)**
Dennis,Roger L

11/14/2007
1035955

**DCC  Delaware Correctional Center**     Date: **11/14/2007**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: _____   SBI# 24___

HOUSING UNIT: _____   DATE _____   TIME: ____

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| | | | 2 | |
| | | | 4 | |
| | | | 2 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____   _____   _____
**Officer's Name (Print Clearly)**   **Shift**   **Officer's Signature Who Inventoried Property**

_____   _____   _____
**Supervisor's Name (Print Clearly)**   **Shift**   **Supervisor's Signature Reviewing Inventory**

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

Revised: 4/01/03   ** S- State Property   P- Personal Property   FORM# 537-A

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 08/30/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** DENNIS, ROGER L | **SBI#** : 00241736 | **Institution** : DCC |
| **Grievance #** : 140298 | **Grievance Date** : 08/27/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 08/27/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 21, Lower, Tier D, Cell 12, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Williams, Bernard                    **Date of Report** 08/30/2007

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

To Frank Kromka (Property officer)

I Al-Muhammad Aleek Shabazz alias Mr. Roger d Dennis Jr. SBI 00241473 am writing you about my Sylvania TV serial No. 38912202 and my Sup 3 Radio and headphones you have over there in the property Room. I had my hearing on 8-1-07 10:40am with Lt. S. Divanya was found not guilty because I showed proof that everything is mine, the only thing I couldn't find paperwork on was the head phones. Anyway I know I can't get my TV until I go to the MM or back to the compound, but I am allowed to get my Radio Or Roger Rainey was the one that caused all the confusion, and tried to be smart about the situation, but that's besides the point. All that is being handled thru the court system. Thank you for your attention and cooperation.

Sincerely Yours

Mr. Al-Muhammad Aleek Shabazz
alias Mr Roger Dennis Jr. SBI 00241473
MHU 21 Bld D tier Lower 12#

8-6-07 written

Note:
Property is In Bldging 14 evidence Room from what my Paperwork says.

Disciplinary# **1033185**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: **08/14/2007**

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit Bldg 21 | | IR#: 1043750 | | |
|---|---|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | | Date | Time |
| 00241736 | Dennis, Roger L | DCC | Bldg.B Property Room | | 07/11/2007 | 14:20 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

| Witnesses:1. N/A, | 2. N/A | 3. N/A |
|---|---|---|

### Description of Alleged Violation(s)

The Property Room Is In Receipt Of 1 Black Sylvania Television Serial #38912202 And 1 Pair Of Headphones Silver And Black In Color Allegedly Belonging To I/M Dennis, Roger Sbi#241736. The Property Room Records Were Searched, And Has No Record Of Mr. Dennis Owning A Television Or Headphones. The Property Officer Questioned Mr. Dennis About This Matter And He Failed To Produce Proper Documentation Proving Ownership Of These Items And Told The Property Officer To "Go Fuck Yourself". This Inmate Is In Direct Violation Of Dcc Housing Rules.

**Reporting Officer:** Mclaughlin, Summer H (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Mclaughlin, Summer H -Correctional Officer

Evidence Secured In Building 14 Evidence Room, 404 Written And Forwarded To Area Lt

### Offender Disposition Details

**Disposition:** N/A          **Date:** N/A          **Time:** N/A          **Cell secured?**  No

**Reason:** N/A

**Disposition Of Evidence:** Evidence Secured And Forwarded To Building 14 Evidence Room

### Approval Information

**Approved: [x]**     **Disapproved: [ ]**   **Approved By:** Mccarty, Ronald  (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**            **Time:**          **Received From:** Mccarty, Ronald

**Shift Supervisor Determination:**

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

*Ronald McCarley*

Mccarty, Ronald  (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** 8-14-07 **TIME:** 1000 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** X *H Fauntz William*          **Offender:** X *M.AS  R.Dennis H*
Dennis, Roger L

08/14/2007
1033185

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: **08/14/2007**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate:Dennis,Roger L          SBI#: 00241736     Housing Unit: Bldg 21

1.  You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2.  At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
    How do you plead ? **[ ] Guilty       [✗] Not Guilty**

3.  A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Written Reprimand
    b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4.  A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Loss of one or more privileges for a period of time not to exceed 90 days.
    b. Confinement to assigned quarters for a period of time not to exceed 90 days.
    c. Isolation confinement for a period of time not to exceed 90 days.
    d. Loss of good time for a period of time not to exceed 90 days.
       (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5.  You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6.  Counsel requested      **No**          Name of Counsel: ,

7.  Confront accuser?     **Yes**

8.  Witness requested?    **Yes**          Name of Witness: N/A,

I certify that on **07/12/2007**   at **02:11**   , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

**(Employee's Signature & Title)**
~~Mccarty, Ronald~~

FANST,  WM

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

A,M.A.S   R Dennis Jr
**(Inmate's Signature)**
Dennis,Roger L

08/14/2007

1033185

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

**Date: 08/14/2007**

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

07/12/2007
1033185

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 07/12/2007

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

**TO: Inmate:** Dennis,Roger L            **SBI#:** 00241736   **Housing Unit:** Bldg 21

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? **[ ] Guilty      [√ ] Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
   (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested   **No**                Name of Counsel: 

7. Confront accuser?   **Yes**

8. Witness requested?   **No** OL12 upper bunk   Name of Witness: JPR. McL

I certify that on **07/12/2007** at **02:11** , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

**(Employee's Signature & Title)**
Mccarty, Ronald

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

**(Inmate's Signature)**
Dennis,Roger L

**Page 1 of 2**

07/12/2007
1033185

**DCC   Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

## INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

Disciplinary#
**1033185**

DCC **Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

Date: **07/12/2007**

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | | Housing Unit Bldg 21 | | IR#: 1043750 | | |
|---|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00241736 | Dennis, Roger L | | DCC | Bldg.B Property Room | | 07/11/2007 | 14:20 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

| Witnesses:1. N/A | 2. N/A | 3. N/A |
|---|---|---|

### Description of Alleged Violation(s)

The Property Room Is In Receipt Of 1 Black Sylvania Television Serial #38912202 And 1 Pair Of Headphones Silver And Black In Color Allegedly Belonging To I/M Dennis, Roger Sbi#241736. The Property Room Records Were Searched, And Has No Record Of Mr. Dennis Owning A Television Or Headphones. The Property Officer Questioned Mr. Dennis About This Matter And He Failed To Produce Proper Documentation Proving Ownership Of These Items And Told The Property Officer To "Go Fuck Yourself". This Inmate Is In Direct Violation Of Dcc Housing Rules.

Reporting Officer: Mclaughlin, Summer H (Correctional Officer)

### Immediate Action Taken

Immediate action taken by: Mclaughlin, Summer H -Correctional Officer

Evidence Secured In Building 14 Evidence Room, 404 Written And Forwarded To Area Lt

### Offender Disposition Details

Disposition: N/A                      Date: N/A          Time: N/A          Cell secured? No

Reason: N/A

Disposition Of Evidence: Evidence Secured And Forwarded To Building 14 Evidence Room

### Approval Information

Approved: [x]      Disapproved: [ ]    Approved By: Mccarty, Ronald  (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received:                 Time:              Received From: Mccarty, Ronald

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

*Ronald Mc Carty*
Mccarty, Ronald (Staff Lt./Lt)

I have received a copy of this notice on DATE: _07-12-07_ TIME: _0535_  and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer:        *H Ronald Mclaw*                Offender: _____
                                                              Dennis, Roger L

(EXHIBIT) IR. Hage-Kennedy.

IM: Mr. Al Muhammad Abd Salam
SBN COOH 4756    UNIT SHU BLD 18 B Room 10
DELAWARE CORRECTION CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

S/o Os of the Honorable
Judge Gregory M. Sleet

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18#
Wilmington Delaware
19801-3570