To: The Clerk and Judge Sleet   Civil Action No. 06-372 GMS
From: Al-Muhammad Aleek Shabazz
alias: Mr. Roger L. Dennis Jr. SBI.00241736
Date: February 14th 08

I'm confused about the Order of 2-11-08. Did Judge Sleet dismiss my whole case or just the medical malpractice Claim? I need to know because either way I'm appealing the decision, because CMS is responsible for what happened to me, and I plan to sue Balick & Balick L.L.C. attorneys whom represents CMS for their underhanded tactics to have this dismissed. If you Honorable Judge Sleet lets them get away with this I will be forced to have your Honor removed from the case, and someone else put on the case for being to close to this meaning removing yourself from the door, because of being acquaintances of my mom. Get back to me A.S.A.P without Delay.

Thank you.

Sincerely yours,

Mr. Al-Muhammad Aleek Shabazz
alias Mr. Roger L. Dennis Jr. SBI.00241736
DCC /Shu Bldg 19 B - Lower 10th

FILED
FEB 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

William Roy Davis Jr.
I/M M. Ali-Muhammad Abdul Shabazz
SBI# 00241936      UNIT SHU Bldg 19 B-Level 10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Emergency Attn:

WILMINGTON DE 197
14 FEB 2008 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Dela. 19801-3570

19801-3570

Legal Mail