OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 25, 2008

TO: Al-Muhammad Aleek Shabazz
SBI# 241736
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Response to Letter Dated 2/15/08; 06-372(GMS)*

Dear Mr. Shabazz:

This office received a letter from you requesting clarification on the Order dated 2/11/08. Per the Memorandum Order (DI 29), the defendant Correctional Medical Services Inc's motion to dismiss pursuant to 18 Del. C. § 6853 is granted. This can be referenced in the attached order.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: DI 29